**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

'00 MAY 24  AM 8 39

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** May 15, 2000<br>**Docket:** #109<br>[X] **Plffs** [ ] **Defts** [] **Other**<br>**Title:** Motion | **GRANTED.** The Court hereby sets a Status Conference in the instant case for **July 11, 2000 at 4:00 p.m.** |

Date: 5/19/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

(5)

| Rec'd: | EOD: |
|---|---|
| **By:** | # 110 |