UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 JUN -6 AM 7: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.   CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 26, 2000<br>Docket: # 112<br>[] Plffs [X] Defts [] Other<br>Title: Informative Motion Motion [sic] Requesting an Extension of Status Conference | **DENIED.** The Department of Justice is the attorney of record. The fact that Ms. Martínez Fortier is assigned to the case and that she will be on vacation on the date of the status conference is a matter that should be handled by the Department, not the Court. Further, counsel is advised that courtesy copies brought to the undersigned's chambers must have the stamp of the Court. Otherwise, the Court does not know the date of filing from looking at the courtesy copy. This has been a standing order with which the Department of Justice should be familiarized. The Status Conference will not be continued. |

Date: 6/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:           # 114

(5)