UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                             CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 26, 2000<br>**Docket:** 116<br>[] Plffs [] Defts [X] Other<br>**Title:** Notice of Appearance | **NOTED.** The Clerk shall enter the appearance of Iván Vega Lassalle and all further correspondence shall also be sent to Mr. Vega. |

Date: 7/18/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:     # 117