UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: December 21, 1998<br>Docket: 91<br>[X] Plffs [] Defts [] Other<br>Title: Motion | **GRANTED.**<br>The Court finds that Plaintiffs have come forward with evidence that their positions were occupied by members of the opposing party. Defendant brings evidence pointing in the other direction. Accordingly, the Court pursuant to its Opinion and Order will not enter summary judgment against the remaining Plaintiffs with political discrimination claims. The Court has already made a pronouncement regarding Plaintiffs' political harassment claims.<br>Plaintiffs José González-Rivera and Santa G. Cruz-Crespo request a voluntary dismissal which the Court hereby **GRANTS.** The Court will enter judgment accordingly.<br>With regards to Plaintiffs Ana L. Cabrera-Cabán, Francisco Reyes, and Esther Rosado Robles, counsel has been unable to provide any affidavits in support of their claims. Thus, the Court hereby **DISMISSES** their claims. |

Date: 7/27/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| | #118 |