IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LUIS A. ACEVEDO GARCIA, et. al, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL NO. 97-2639 (JP) |
| | * | |
| HON. ROBERTO VERA MONROIG, et. al., | * | |
| | * | |
| Defendants | * | |
| | * | |

### PARTIAL JUDGMENT

Pursuant to the Order entered on this same date, the Court hereby dismisses the claims of José González-Rivera, Santa G. Cruz-Crespo, Ana L. Cabrera-Cabán, Francisco Reyes, and Esther Rosado-Robles.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of July, 2000.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE