

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
     Plaintiffs

vs.                                                                     CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
     Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** August 1, 2000<br>**Docket:**<br>[] **Plffs** [X] **Defts** [] **Other**<br>**Title:** Motion to Withdraw Legal Representation | **GRANTED.** Ms. Martínez Fourtier shall be withdrawn as counsel of record. Nevertheless, the Department of Justice is still accountable for any developments that may arise in the instant case. |

Date: 8/7/00

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 121 |

5