UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                      CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 15, 2000<br>**Docket:** 102<br>[ ] **Plffs** [X] **Defts** [ ] **Other**<br>**Title:** Motion Seeking Leave to Withdraw as Counsel | **GRANTED.** Luis A. Falto Cruz shall be withdrawn as counsel for Co-Defendants Municipality of Adjuntas, Roberto Vera Monroig, and Irma González. |

                                                                       JAIME PIERAS, JR.
**Date:**                                                        U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: λ | # 123 |