UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                                                                                    CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

**ORDER**

**RULING**

In view that the Court has ruled upon all pending dispositive motions, the Court hereby sets a status conference for **November 20, 2000** at 2:00 pm.

Date: 8/31/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:                # 124