# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUIS ACEVEDO-GARCIA, ET AL

VS.                                              CIVIL NO. 97-2639(JP)

ROBERTO VERA-MONROIG, ET AL

## ORDER

By Order of the Court, the **STATUS CONFERENCE** set for November 20, 2000, at 2:00 a.m., **is hereby reset for November 22, 2000 at 2:00 p.m.**

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 26th day of November 2000.

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Sulma López-Defilló
Deputy Clerk

