UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.       CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 2, 2001<br>**Docket:** # 130<br>[ ] Plffs [ ] Defts [X] Other<br>**Title:** Motion Withdrawing Legal Representation | **DENIED.** Attorney Orlando Fernández of the law-firm of García & Fernández, who represents co-Defendants the Honorable Roberto Vera Monroig, Mayor of Adjuntas and Ms. Irma González, in their perosal capacities has asked this Court 1) for leave to withdraw as legal counsel; 2) for proceedings in this case to be stayed for thirty (30) days; and 3) for the Department of Justice to be granted thirty (30) days to appoint new attorneys for co-Defendants Vera Monroig and González in their personal capacities. All requests are hereby **DENIED**. Attorney Orlando Fernández and the law firm of Garcia & Fernandez will not be allowed to withdraw form this case unless and until new attorneys make an appearance on the aforementioned co-Defendants' behalf. Therefore, Attorney Orlando Fernández of the law-firm of Garcia & Fernandez is responsible for all proceedings in this case until this Court orders otherwise. |

Date: 2/15/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: /s/      # 131