# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                                                          CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 14, 2001<br>**Docket:** # 132<br>[] **Plffs** [] **Defts** [X] **Other**<br>**Title:** Notice of Appearance | **NOTICE.** The Court hereby **NOTES** the appearance of the law firm of Sánchez Betances & Sifre, P.S.C. on behalf of co-Defendants Roberto Vera Monroig and Irma M. González Delgado, in their personal character. |

Date: 2/14/01

                                        JAIME PIERAS, JR.
                                        U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 133 |


