# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
    Defendants

CIVIL NO. 97-2639 (JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 21, 2001<br>**Docket:** # 134<br>[] Plffs [] Defts [X] Other<br>**Title:** Second Motion to Withdraw Legal Representation. | **GRANTS.** As new counsel, the law firm of Sánchez Betances & Sifre, P.S.C., have already appeared on behalf of co-Defendants Roberto Vera Monroig and Irma González,, the Court hereby **GRANTS** attorney Orlando Fernández's instant motion to withdraw legal representation. |

Date: 3/01/01

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 135 |

