IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, et al. | * |
| Plaintiff | * |
| vs. | * CIVIL NO. 97-2639 (JP) |
| HON. ROBERTO VERA MONROIG, et al. | * |
| Defendant | * |

**FURTHER SCHEDULING CONFERENCE ORDER II**

On November 22, 2000 the parties met with the Court for Further Scheduling Conference. At said Conference **Pre-trial** was **set** for **June 25, 2001 at 4:00 p.m.** and **Trial** was **set** for **July 9, 2001 at 9:30 a.m.** As these dates are fast approaching the following is hereby **ORDERED**:

1. The Parties **SHALL** file a proposed pre-trial order on or before **June 18, 2001.** The Parties should come to the Pre-trial Conference ready to seriously discuss settlement. While at the Pretrial Conference, the attorneys are **ORDERED** to have their clients available by phone, under penalty of fine; and

2. On **June 29, 2001**, the parties shall: (1) submit proposed jury instructions, if any, together with citations of authorities in support of the proposed instructions; (2) meet and mark all exhibits to be offered at trial, for identification; and (3) notify the Court in writing whether any witnesses will require the assistance of an interpreter.

CIVIL NO. 97-2639(JP)                2

3.  Failure to comply with this Order is at the risk of the proponent of the evidence not submitted in accordance with the above requirements. The dates specified herein shall not be changed. If changed, the same is at the risk of the party interested in the information or discovery and in no event shall affect the subsequent course of the action as scheduled herein. Fed. R. Civ. P. Rule 16.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of May, 2001.

By _____
JAIME PIERAS, JR.
UNITED STATES DISTRICT JUDGE