UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                         CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 1, 2001<br>**Docket:** # 137<br>[] Plffs [X] Defts [] Other<br>**Title:** Motion [for Nunc Pro Tunc]. | **GRANTED.** Upon further examination, the Court finds that Plaintiffs Luz Rivera-Santiago and José A. Román-Torres still have political discrimination claims remaining in this action, although their political harassment claims have been dismissed pursuant to the Opinion and Order of this Court, <u>Acevedo Garcia v. Vera Monroig</u>, 30 F.Supp 2d 141, 158 (D. Puerto Rico 1998) (Pieras, J.). Therefore, the Further Scheduling Conference Order of November 29, 2000 (docket No. 126) is hereby **amended** to reflect the same. Defendants **SHALL** take the depositions of these two Plaintiffs, if they wish to do so, on **June 19, 2001 at 9:00 a.m. and 11:00 a.m.**, respectively. Should the dates for the taking of these depositions pose a problem for either party said party **SHALL** notify the Court **in writing on or before June 11, 2001** with any request for leave to change the deposition date. Otherwise, no extensions shall be granted as the dates for Pre-trial and Trial are fast approaching. |

Date:    June 6, 2001

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 138

