UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
    Defendants

CIVIL NO. 97-2639 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 20, 2001<br>**Docket:** # 142<br>[] **Plffs** [X] **Defts** [] **Other**<br>**Title:** Motion Assuming Additional Legal Representation. | **GRANTED.** The Court hereby **GRANTS** Attorney Jorge Martinez-Luciano's motion to join the defense team in this action. |

Date: 6/25/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: _____    # 143

