IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.,  \*

    Plaintiffs

vs.             CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.,

    Defendants

### **FURTHER PRE-TRIAL ORDER**

**I.  INTRODUCTION**

The parties met with the Court on July 9, 2001, for a Pre-Trial Conference, represented by counsel: Israel Roldán-González, Esq., and Héctor L. Guzmán, Esq., for the Plaintiffs; Yahaida Zabala, Esq., and Luis V. Villares Sarmiento, Esq., for Defendants in their personal capacity; and Johanna Emmanuelli Huertas, Esq., and Jorge Martínez-Luciano, Esq., for the Municipality of Adjuntas, and for Defendants in their official capacity. During the Conference the parties discussed the possibility of settlement and agreed to continue discussing settlement options.

**II.  AGREEMENT OF THE PARTIES**

During the Pre-Trial Conference the parties stipulated to the following facts:

    1. Plaintiffs do not contest the use of the following witnesses by Defendants at trial: Mayor Roberto Vera, Irma Gonzalez, Ana Figueroa-Latorre, Haydeé Maldonado, CPA Reinaldo Ramírez, Luz C. Guerra, Sarah Chiesa, and Carmen D. Orengo. Therefore, these witnesses will be allowed at trial in addition to any other witness notified in



CIVIL NO. 97-2639(JP)                    2

accordance with the ISC Order in this case.

2. Plaintiffs will only present themselves as witnesses in the trial in this case. Further, the only documentary evidence which each Plaintiff will present is the last Personnel Change Order.

III. **PRELIMINARY ORDERS**

1. The second Pre-Trial Conferences **SHALL** take place in the Chambers of the undersigned on **July 23, 2001, at 4:00 p.m.** At said conference the claims of the second twenty (20) Plaintiffs, Plaintiffs #21 - #33 of Section II and Plaintiffs #1 - #7 of Section III **SHALL** be the subject of the conference.

4. **On or before July 16, 2001:**

   a. Plaintiffs' attorneys **SHALL** file an Informative Motion detailing each aforementioned Plaintiffs' causes of action, witnesses, and documentary evidence.

   b. Defendants' attorneys **SHALL** file an Informative Motion detailing the Defenses' theory of defense, witnesses and documentary evidence as to the aforementioned Plaintiffs.

The model sheet provided to the parties by the undersigned should serve as an outline for the information requested by the Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of July, 2001.

JAIME PIERAS, JR.
UNITED STATES DISTRICT JUDGE