IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, et al., | * |
| Plaintiffs | * |
| vs. | *   CIVIL NO. 97-2639 (JP) |
| HON. ROBERTO VERA MONROIG, et al., | * |
| Defendants | * |

## FURTHER PRE-TRIAL ORDER II

I. **INTRODUCTION**

The parties met with the Court on July 23, 2001, for a Second Further Pre-Trial Conference, represented by counsel: Israel Roldán-González, Esq., for the Plaintiffs; Yahaida Zabala, Esq., and Luis V. Villares Sarmiento, Esq., for Defendants in their personal capacity; and Jorge Martínez-Luciano, Esq., for the Municipality of Adjuntas, and for Defendants in their official capacity. Attorney Johanna Emmanuelli Huertas was unable to appear at said conference due to illness. However, Attorney Martínez substituted for her. During the Conference the parties discussed the possibility of settlement and agreed that there was no further need for additional pre-trial conferences as all further pre-trial matters could be resolved by way of Informative Motions. Nonetheless, they agreed to continue discussing settlement options.

II. **PRELIMINARY ORDERS**

  1. **On or before July 30, 2001:**

     Defendants' attorneys **SHALL** file an Informative Motion detailing the Defenses' theory of defense, witnesses and documentary evidence to the remaining Plaintiffs in

CIVIL NO. 97-2639(JP)                    2

Section III of the CE Document: #8 - #49. The model sheet provided to the parties by the undersigned should serve as an outline for the information requested by the Court.

2. **On or before August 2, 2001:**

   The parties shall file an informative motion regarding the documentary evidence that will be used in this case. Further, the parties **SHALL** index all documentary evidence by page and number and state the materiality and relevance of each record. All hand-written documents or records **SHALL** be transcribed prior to filing said records with this Court. Further, all non-English language documentary evidence or records that a party wishes to use in this case **SHALL** be accompanied by a certified English language translation in accordance with Local Rule 108.1. The parties are cautioned that failure to file certified English-language translations with non-English-language documents **SHALL** result in the Court disregarding all information premised on the non-English-language documents. See Local Rule 108.1; see also González Morales v. Hernández Arencibia, 221 F.3d 45, 50 n.4 (1st Cir. 2000) (finding that appellants had waived arguments premised on documents for which they had not provided translations); Rivera v. Hospital Interamericano de Medicina Avanzada, 125 F. Supp.2d 11, 14 (D. Puerto Rico 2000) (Pieras, J.).

3. As requested by the parties, a Settlement Conference **will** be held in this case. Said Conference **SHALL** take place on **September 18, 2001, at 4:00 p.m.**, in the Chambers of the

CIVIL NO. 97-2639(JP)                    3

undersigned. While at the Conference, the attorneys are **ORDERED** to have their clients available by phone, under penalty of fine.

4.  The Jury Trial in this case is set to commence on **October 1, 2001, at 9:20 a.m.** Therefore, on or before **September 21, 2001**, the parties shall: (1) submit proposed jury instructions, if any, together with citations of authorities in support of the proposed instructions; (2) meet and mark all exhibits to be offered at trial, for identification; and (3) notify the Court in writing whether any witnesses will require the assistance of an interpreter.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of July, 2001.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE