IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LUIS ACEVEDO-GARCIA, ET AL

    Plaintiffs

    Vs.                                      CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA-MONROIG, ET AL

    Defendants

**ORDER**

By Order of the Court, the **SETTLEMENT CONFERENCE** set for September 18, 2001 at 4:00 p.m. is hereby **reset for AUGUST 22, 2001 at 4:00 p.m.**[1]

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 27th day of July, 2001.

                         FRANCES RIOS DE MORAN
                         Clerk of the Court

                         By: _____
                         Sulma López-Defilló
                         Deputy Clerk

---

[1] The parties are advised that Senior Judges' address has changed to: **U.S. Courthouse & Post Office Bldg., 3rd Floor, 300 Recinto Sur Street, Old San Juan, P.R. 00901** (tel. No. (787) 977-6050).