UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
    Defendants

CIVIL NO. 97-2639 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: July 31, 2001<br>Docket: # 156<br>[X] Plffs [X] Defts [] Other<br>Title: Joint Motion Requesting Extension of Time to File Informative Motion Regarding Documentary Evidence. | **GRANTED and Accompanying ORDER.** On or before **September 21, 2001,** the Parties **SHALL** file an informative motion in accordance with this Court's prior order requiring English language translations and a documentary index. However, in order to make sure that the pre-trial issues in this case completely covered, on or before **August 20, 2001,** the parties **SHALL** file an informative motion 1) confirming whether all documentary evidence to be used at trial has been produced, and 2) detailing any objections regarding the admissibility of documentary evidence. |

Date: 8/27/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: A    #157

7