# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LUIS ACEVEDO GARCIA, et al

VS.                                    CIVIL NO. 97-2639 (JP)

ROBERTO VERA MONROIG, et al

## ORDER

By Order of the Honorable Judge Jaime Pieras, Jr., the **JURY TRIAL** scheduled for October 1st, 2001, at 9:30 A.M. **IS HEREBY RESCHDULED FOR OCTOBER 9, 2001, AT 9:30 A.M.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of September, 2001.

FRANCES RIOS DE MORAN
Clerk of Court

By: /s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk


