UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                                                    CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

**ORDER**

    The attorneys in this case are reminded to adhere to the rules pertaining to statements made by lawyers. In particular, the attorneys are advised to review Local Rule 109.7(A) and to refrain from making any public statement that may impair a party's right to a fair jury trial. **Docket No. 166**, which is Defendants' Motion Requesting the Imposition of Sanctions and the Entering of Special Orders under Local Rules 109.7(A) and 109.7(C), is **DENIED**. However, the Court will deal with this matter upon examining the prospective jurors and their qualifications as such.

Date: 9/28/01

JAIME PIERAS, JR.
U.S. Senior District Judge

