## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



LUIS ACEVEDO-GARCIA, et al

VS.                                          CIVIL NO. 97-2239 (JP)

ROBERTO VERA-MONROIG, et al

### ORDER

By Order of the Honorable Judge Jaime Pieras, Jr., the **JURY TRIAL** scheduled for October 9th, 2001, at 9:30 A.M. **IS HEREBY RESCHDULED FOR OCTOBER 10th, 2001, AT 9:30 A.M.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of October, 2001.

FRANCES RIOS DE MORAN
Clerk of Court

By: /s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk



7