IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**LUIS ACEVEDO-GARCIA, et al**

    Plaintiffs,

v.                                 CIVIL NO. 97-2639 (JP)

ROBERTO VERA MONROIG, et al

    Defendants.

### ORDER

By Order of the Court, a **MEETING IN CHAMBERS** WITH THE ATTORNEYS IN THIS CASE WILL BY HELD ON **TUESDAY, OCTOBER 9, 2001, AT 2:00 P.M.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3RD day of October, 2001.

                            FRANCES RIOS DE MORAN
                            Clerk of the Court

                    By: _____
                                Deputy Clerk