UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
    Defendants

CIVIL NO. 97-2639 (JP)

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 10, 2001<br>**Docket:** # 178<br>[ ] **Plffs** [ ] **Defts** [X] **Other**<br>**Title:** Motion for Admission Pro Hac Vice | **GRANTED SUBJECT TO FILING OF FEE.** Attorney Hector L. Guzman has complied with Local Rule 204's requirements for *pro hac vice* appearances. However, as a **condition precedent** to appear in this action on behalf of Plaintiffs in this action, Attorney Hector L. Guzman must file the *pro hac vice* fee of **one hundred fifty dollars ($150.00)**, in compliance with Misc. No. 97-83(CC), dated May 27, 1997. |

Date: 10/10/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:            # 179

by hand to all attys present in Court
10/10/01 at 10 AM.