IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.     *
                                    *
    Plaintiff                       *
                                    *
                                    *
vs.                                 *     CIVIL NO. 97-2639 (JP)
                                    *
                                    *
HON. ROBERTO VERA MONROIG, et al.   *
                                    *
    Defendant                       *
                                    *

*Received & Filed in Open Court. 10/11/01 at 12:55 pm*

## ORDER

On October 10, 2001, the Court engaged in the process of jury selection in this case. Because the magnitude of the same, which is comprised of 82 Plaintiffs, said process took all day. During the jury selection, all jurors had ample opportunity to object and inform the Court and the attorneys why they were unable or otherwise indisposed to serve on this jury panel. Many informed the Court of previous obligations, health reasons, and even political reasons as to why the could or should not serve on the panel. The Court at that time accepted or denied such requests on information as a basis to be excused.

At the end of the day, the jury panel was selected and sworn in. Juror María Isabel Colón Rodríguez, Juror Number 60, was one of them. This morning, the Court received a note from said juror asking the Court to excuse her from serving on this panel for medical reasons related to her children. The Court notes that this juror stated yesterday that she was a closing officer for Banco Santander, and that she was a nervous person as excuses not to serve. Nevertheless, the Court did not accept them and the parties chose her as a juror

CIVIL NO. 97-2639 (JP)                    2

Today, she comes to the Court with a new excuse in order not to serve on this panel.

The court is convinced that this is an afterthought and it will not accept said excuses. The Court, in its congested docket, cannot condone this behavior, where jurors, once they are selected, can simply object to being a juror and be dismissed. Being a juror is an obligation of every citizen, and the Court will not release Ms. Colón from that obligation. Therefore, her request is **DENIED**. This juror is further advised that she shall be subjected to serious sanctions if she does not serve as ordered by the Court. This case will be continued until tomorrow October 12, 2001 at 9:30 a.m. The Court expects you to be here.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 11 day of October, 2001.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

Served by hand by Clerk of Court

By: Courtroom Deputy Clerk