IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.,

    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.,

    Defendants

CIVIL NO. 97-2639 (JP)

## ORDER

Pursuant to the agreement of the parties, the following is hereby **ORDERED**:

1. The loss of earnings award for political discrimination which is located at Section III.3 of the verdict forms for Plaintiffs Edwin Alexis Plaza Ruiz, Lillian Torres Cabán, Iris B. Rivera Pérez, Sonia Bermúdez Sepúlveda, Nora E. Ruiz González, José D. Aponte, José A. Rodríguez Soba, and Juan A. Hernández Ramos **SHALL** be collected from all Defendants jointly and severally.

2. The loss of earnings award for political discrimination which is located at Section II.3 of the verdict forms for Plaintiffs María E. Irizarry Rodriguez, Miguel A. Camacho Diáz, Luz N. Ramírez Plaza, Helga E. Maldonado Rodríguez, Luis A. Acevedo García, Isabel Vélez Sepúlveda, José J. Rosado Alicea, Fermín Díaz Santiago, Luz Pérez Jiménez, Edirudis Ramos Quiñones, Flor M. Santiago Nieves, Gabriel

CIVIL NO. 97-2639 (JP)                    2

Caraballo Ortiz **SHALL** be collected from all Defendants jointly and severally.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of November, 2001.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE