IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.,      *
                                     *
     Plaintiffs                      *
                                     *
vs.                                  *      CIVIL NO. 97-2639 (JP)
                                     *
HON. ROBERTO VERA MONROIG, et al.,   *
                                     *
     Defendants                      *
_____*

## JUDGMENT AS TO THE FIRST GROUP OF TWENTY (20) PLAINTIFFS

A jury trial was held in the above-captioned case from October 10, 2001 to November 23, 2001, wherein the jury returned a verdict in favor of Plaintiffs Edwin Alexis Plaza Ruiz, Lillian Torres Cabán, Iris B. Rivera Pérez, Sonia Bermúdez Sepúlveda, Nora E. Ruiz González, José D. Aponte, José A. Rodríguez Sobá, Juan A. Hernández Ramos, María E. Irizarry Rodríguez, Miguel A. Camacho Díaz, Luz N. Ramírez Plaza, Helga E. Maldonado Rodríguez, Luis A. Acevedo García, Isabel Vélez Sepúlveda, José J. Rosado Alicea, Fermín Díaz Santiago, Luz Pérez Jiménez, Edirudis Ramos Quiñones, Flor M. Santiago Nieves, and Gabriel Caraballo Ortiz against all Defendants as it relates to the twenty (20) above-named Plaintiffs. The Court recessed at 12:05 a.m. on November 24, 2001. The Jury trial for the 62 remaining Plaintiffs to this action will be scheduled by the Court shortly. Pursuant to the jury verdict for the afore-stated 20 Plaintiffs, and in accordance with Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ENTERS JUDGMENT** as follows:

CIVIL NO. 97-2639 (JP)              2

1.    For Plaintiff **Edwin Alexis Plaza Ruiz**, to have and
recover;

    a)    for Due Process Violations (Section I of this
Plaintiff's Verdict Form):    from Defendants the
Honorable Roberto Vera Monroig and the Municipality
of Adjuntas, jointly and severally, **Seventy Five
Thousand Dollars ($75,000.00),** as the Honorable
Roberto Vera Monroig's acts constitute the final
official policy and custom of the Municipality of
Adjuntas as a matter of law; from Defendant Irma M.
González **Seventy Five Thousand Dollars ($75,000.00).**

    b)    for Political Discrimination shown in the form of
Harassment causing pain and suffering, compensatory
damages (Section II of this Plaintiff's Verdict
Form):    from Defendants the Honorable Roberto Vera
Monroig, Irma M. González and the Municipality of
Adjuntas, jointly and severally, **Fifty Thousand
Dollars ($50,000.00).**

    c)    for Political Discrimination resulting in dismissal,
causing pain and suffering, compensatory damages
(Section III.a of this Plaintiff's Verdict Form):
from Defendants the Honorable Roberto Vera Monroig,
Irma M. González and the Municipality of Adjuntas,
jointly and severally, **One Hundred Thousand Dollars
($100,000.00).**

    d)    for Political Discrimination resulting in dismissal
causing Loss of Earnings (Section III.3 and III.4 of
this Plaintiff's Verdict Form):    from Defendants the

CIVIL NO. 97-2639 (JP)                3

Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Thirty Two Thousand Four Hundred Dollars ($32,400.00)**. This amount represents the jury award of **$60,000.00** reduced by the jury's finding of **46%** for mitigation of damages.

e)  for Punitive Damages (Section IV of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

2.  For Plaintiff **Lillian Torres Cabán**, to have and recover;

a)  for Due Process Violations (Section I of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00),** as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b)  for Political Discrimination shown in the form of Harassment pain and suffering, compensatory damages (Section II of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly

CIVIL NO. 97-2639 (JP)              4

and severally, **Seventy-Five Thousand Dollars ($75,000.00)**.

c)  <u>for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section III.a of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Fifty Thousand Dollars ($150,000.00)**.

d)  <u>for Political Discrimination resulting in dismissal causing Loss of Earnings (Section III.3 and III.4 of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Fifty Thousand Dollars ($50,000.00)** This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **0%** for mitigation of damages.

e)  <u>for Punitive Damages (Section IV of this Plaintiff's Verdict Form)</u>, from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

3.  For Plaintiff **<u>Iris B. Rivera Pérez</u>**, to have and recover;

a)  <u>for Due Process Violations (Section I of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five**

CIVIL NO. 97-2639 (JP)          5

**Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b)  <u>for Political Discrimination shown in the form of</u> <u>Harassment causing pain and suffering, compensatory</u> <u>damages (Section II of this Plaintiff's Verdict Form</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Fifty Thousand Dollars ($50,000.00)**.

c)  <u>for Political Discrimination resulting in dismissal,</u> <u>causing pain and suffering, compensatory damages</u> <u>(Section III.a of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Thousand Dollars ($100,000.00)**.

d)  <u>for Political Discrimination resulting in dismissal</u> <u>causing Loss of Earnings (Section III.3 and III.4 of</u> <u>this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Forty Five Thousand Dollars ($45,000.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **10%** for mitigation of damages.

CIVIL NO. 97-2639 (JP)              6

e)    for Punitive Damages (Section IV of this Plaintiff's
Verdict Form), from  Defendant the Honorable Roberto
Vera Monroig in his individual capacity: **Fifteen
Thousand Dollars ($15,000.00)**; and from Defendant
Irma M. González in her individual capacity: **Fifteen
Thousand Dollars ($15,000.00)**.

4.    For  Plaintiff **Sonia Bermúdez Sepúlveda**, to have and
recover;

a)    for Due Process Violations (Section I of this
Plaintiff's Verdict Form:   from Defendants the
Honorable Roberto Vera Monroig and the Municipality
of Adjuntas, jointly and severally, **Seventy Five
Thousand Dollars ($75,000.00)**, as the Honorable
Roberto Vera Monroig's acts constitute the final
official policy and custom of the Municipality of
Adjuntas as a matter of law; from Defendant Irma M.
González **Seventy Five Thousand Dollars ($75,000.00)**.

b)    for Political Discrimination shown in the form of
Harassment causing pain and suffering, compensatory
damages(Section II of this Plaintiff's Verdict Form):
The Jury found that this Plaintiff did not prove her
political harassment claim, and therefore did not
award her any damages for political harassment.

c)    for Political Discrimination resulting in dismissal,
causing pain and suffering, compensatory damages
(Section III.a of this Plaintiff's Verdict Form):
from Defendants the Honorable Roberto Vera Monroig,
Irma M. González and the Municipality of Adjuntas,

CIVIL NO. 97-2639 (JP)                7

jointly and severally, **One Hundred Thousand Dollars ($100,000.00)**.

d)   <u>for Political Discrimination resulting in dismissal causing Loss of Earnings (Section III.3 and III.4 of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Thirty Seven Thousand Five Hundred Dollars ($37,500.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **25%** for mitigation of damages.

e)   <u>for Punitive Damages (Section IV of this Plaintiff's Verdict Form)</u>, from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

5.   For Plaintiff **<u>Nora E. Ruiz González</u>**, to have and recover;

a)   <u>for Due Process Violations (Section I of this Plaintiff's Verdict Form)</u>:  from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

CIVIL NO. 97-2639 (JP)          8

b)  for Political Discrimination shown in the form of Harassment causing pain and suffering, compensatory damages (Section II of this Plaintiff's Verdict Form): The Jury found that this Plaintiff did not prove her political harassment claim, and therefore did not award her any damages for political harassment.

c)  for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section III.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Fifty Thousand Dollars ($150,000.00).**

d)  for Political Discrimination resulting in dismissal causing Loss of Earnings (Section III.3 and III.4 of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Fifty Thousand Dollars ($50,000.00).** This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **0%** for mitigation of damages.

e)  for Punitive Damages (Section IV of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

CIVIL NO. 97-2639 (JP)                9

6.    For Plaintiff **José D. Aponte**, to have and recover;

a)    <u>for Due Process Violations (Section I of this</u>
<u>Plaintiff's Verdict Form</u>:   from Defendants the
Honorable Roberto Vera Monroig and the Municipality
of Adjuntas, jointly and severally, **Seventy Five**
**Thousand Dollars ($75,000.00),** as the Honorable
Roberto Vera Monroig's acts constitute the final
official policy and custom of the Municipality of
Adjuntas as a matter of law; from Defendant Irma M.
González **Seventy Five Thousand Dollars ($75,000.00)**.

b)    <u>for Political Discrimination shown in the form of</u>
<u>Harassment causing pain and suffering, compensatory</u>
<u>damages (Section II of this Plaintiff's Verdict Form</u>:
 The Jury found that this Plaintiff did not prove his
political harassment claim, and therefore did not
award him any damages for political harassment.

c)    <u>for Political Discrimination resulting in dismissal,</u>
<u>causing pain and suffering, compensatory damages</u>
<u>(Section III.a of this Plaintiff's Verdict Form)</u>:
from Defendants the Honorable Roberto Vera Monroig,
Irma M. González and the Municipality of Adjuntas,
jointly and severally, **One Hundred Fifty Thousand**
**Dollars ($150,000.00)**.

d)    <u>for Political Discrimination resulting in dismissal</u>
<u>causing Loss of Earnings (Section III.3 and III.4 of</u>
<u>this Plaintiff's Verdict Form)</u>: from Defendants the
Honorable Roberto Vera Monroig, Irma M. González and
the Municipality of Adjuntas, jointly and severally,

CIVIL NO. 97-2639 (JP)            10

**Forty Eight Thousand Five Hundred Dollars ($48,500.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **3%** for mitigation of damages.

e) <u>for Punitive Damages (Section IV of this Plaintiff's Verdict Form)</u>, from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

7. For Plaintiff **José A. Rodríguez Sobá**, to have and recover;

a) <u>for Due Process Violations (Section I of this Plaintiff's Verdict Form)</u>:  from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00),** as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b) <u>for Political Discrimination shown in the form of Harassment causing pain and suffering, compensatory damages (Section II of this Plaintiff's Verdict Form</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**.

CIVIL NO. 97-2639 (JP)           11

c)  for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section III.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Fifty Thousand Dollars ($150,000.00)**.

d)  for Political Discrimination resulting in dismissal causing Loss of Earnings (Section III.3 and III.4 of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Nothing ($0.00)**. This amount represents the jury award of **$62,000.00** reduced by the jury's finding of **100%** for mitigation of damages.

e)  for Punitive Damages (Section IV of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

8.  For Plaintiff **Juan A. Hernández Ramos**, to have and recover;

a)  for Due Process Violations (Section I of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable

CIVIL NO. 97-2639 (JP)            12

Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00).**

b) <u>for Political Discrimination shown in the form of Harassment causing pain and suffering, compensatory damages (Section II of this Plaintiff's Verdict Form)</u>: the Jury found that this Plaintiff did not prove his political harassment claim, and therefore did not award him any damages for political harassment.

c) <u>for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section III.a of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Fifty Thousand Dollars ($150,000.00).**

d) <u>for Political Discrimination resulting in dismissal causing Loss of Earnings (Section III.3 and III.4 of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Fifty Five Thousand Dollars ($55,000.00).** This amount represents the jury award of **$55,000.00** reduced by the jury's finding of **0%** for mitigation of damages.

CIVIL NO. 97-2639 (JP)              13

     e)    for Punitive Damages (Section IV of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

9.    For Plaintiff **María E. Irizarry Rodríguez**, to have and recover;

     a)    for Due Process Violations (Section I of this Plaintiff's Verdict Form):  from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00).**

     b)    for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Thousand Dollars ($100,000.00).**

     c)    for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and

CIVIL NO. 97-2639 (JP)                    14

the Municipality of Adjuntas, jointly and severally, **Forty Nine Thousand Dollars ($49,000.00).** This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **2%** for mitigation of damages.

d) <u>for Punitive Damages (Section III of this Plaintiff's Verdict Form)</u>, from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

10. For Plaintiff **Miguel A. Camacho Díaz,** to have and recover;

a) <u>for Due Process Violations (Section I of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00),** as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00).**

b) <u>for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Fifteen Thousand Dollars ($115,000.00).**

CIVIL NO. 97-2639 (JP)              15

      c)   <u>for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3  and II.4 of this Plaintiff's Verdict Form)</u>: **Twenty Eight Thousand Dollars ($28,000.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **44%** for mitigation of damages.

      d)   <u>for Punitive Damages (Section III of this Plaintiff's Verdict Form)</u>, from  Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

11.   For Plaintiff **<u>Luz N. Ramírez Plaza</u>**, to have and recover;

      a)   <u>for Due Process Violations (Section I of this Plaintiff's Verdict Form)</u>:  from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00),** as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

      b)   <u>for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form</u>:  from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly

CIVIL NO. 97-2639 (JP)                16

and severally, **One Hundred Seventy Five Thousand Dollars ($175,000.00)**.

c)    for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Fifty Thousand Dollars ($50,000.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **0%** for mitigation of damages.

d)    for Punitive Damages (Section III of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

12.    For Plaintiff **Helga E. Maldonado Rodríguez**, to have and recover;

a)    for Due Process Violations (Section I of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b)    for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form):

CIVIL NO. 97-2639 (JP)                17

from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Eighty Five Thousand Dollars ($85,000.00)**.

c)   for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Fifty Thousand Dollars ($50,000.00)**.  This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **0%** for mitigation of damages.

d)   for Punitive Damages (Section III of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

13.   For Plaintiff **Luis A. Acevedo García**, to have and recover;

a)   for Due Process Violations (Section I of this Plaintiff's Verdict Form):   from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b)   for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages

CIVIL NO. 97-2639 (JP)          18

(Section II.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Thousand Dollars ($100,000.00)**.

c)  for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Fifty Thousand Dollars ($50,000.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **0%** for mitigation of damages.

d)  for Punitive Damages (Section III of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

14. For Plaintiff **Isabel Vélez Sepúlveda**, to have and recover;

a)  for Due Process Violations (Section I of this Plaintiff's Verdict Form):  from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

CIVIL NO. 97-2639 (JP)          19

b)   <u>for Political Discrimination resulting in dismissal,</u>
<u>causing pain and suffering, compensatory damages</u>
<u>(Section II.a of this Plaintiff's Verdict Form)</u>:
from Defendants the Honorable Roberto Vera Monroig,
Irma M. González and the Municipality of Adjuntas,
jointly and severally, **One Hundred Fifty Thousand**
**Dollars ($150,000.00).**

c)   <u>for Political Discrimination resulting in dismissal</u>
<u>causing Loss of Earnings (Section II.3  and II.4 of</u>
<u>this Plaintiff's Verdict Form)</u>: **Twenty Six Thousand**
**Dollars ($26,000.00).**   This amount represents the
jury award of **$50,000.00** reduced by the jury's
finding of **48%** for mitigation of damages.

d)   <u>for Punitive Damages (Section III of this Plaintiff's</u>
<u>Verdict Form)</u>, from Defendant the Honorable Roberto
Vera Monroig in his individual capacity: **Fifteen**
**Thousand Dollars ($15,000.00);** and from Defendant
Irma M. González in her individual capacity: **Fifteen**
**Thousand Dollars ($15,000.00).**

15.  For Plaintiff **<u>José J. Rosado Alicea</u>**, to have and recover;

a)   <u>for Due Process Violations (Section I of this</u>
<u>Plaintiff's Verdict Form)</u>:   from Defendants the
Honorable Roberto Vera Monroig and the Municipality
of Adjuntas, jointly and severally, **Seventy Five**
**Thousand Dollars ($75,000.00),** as the Honorable
Roberto Vera Monroig's acts constitute the final
official policy and custom of the Municipality of

Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b)  for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Thousand Dollars ($100,000.00)**.

c)  for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Fourteen Thousand Five Hundred Dollars ($14,500.00)**.    This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **71%** for mitigation of damages.

d)  for Punitive Damages (Section III of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

16.  For Plaintiff **Fermín Díaz Santiago**, to have and recover;

a)  for Due Process Violations (Section I of this Plaintiff's Verdict Form):    from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable Roberto Vera Monroig's acts constitute the final

CIVIL NO. 97-2639 (JP)          21

official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00)**.

b) <u>for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**.

c) <u>for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form)</u>: **Thirty Four Thousand Dollars ($34,000.00)**. This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **32%** for mitigation of damages.

d) <u>for Punitive Damages (Section III of this Plaintiff's Verdict Form)</u>, from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00)**; and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00)**.

17. For Plaintiff **<u>Luz N. Pérez Jiménez</u>**, to have and recover;

a) <u>for Due Process Violations (Section I of this Plaintiff's Verdict Form)</u>: from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00)**, as the Honorable

CIVIL NO. 97-2639 (JP)              22

Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00).**

b)  for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Eighty Five Thousand Dollars ($85,000.00).**

c)  for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Twenty Two Thousand Dollars ($22,000.00).** This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **56%** for mitigation of damages.

d)  for Punitive Damages (Section III of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

18.  For Plaintiff **Edirudis Ramos Quiñones**, to have and recover;

a)  for Due Process Violations (Section I of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig and the Municipality

CIVIL NO. 97-2639 (JP)          23

of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00),** as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00).**

b) for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **One Hundred Fifty Thousand Dollars ($150,000.00).**

c) for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Twenty Thousand Five Hundred ($20,500.00).** This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **59%** for mitigation of damages.

d) for Punitive Damages (Section III of this Plaintiff's Verdict Form), from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

CIVIL NO. 97-2639 (JP)            24

19.  For Plaintiff **Flor M. Santiago Nieves**, to have and
recover;

   a)  <u>for Due Process Violations (Section I of this
       Plaintiff's Verdict Form)</u>:   from Defendants the
       Honorable Roberto Vera Monroig and the Municipality
       of Adjuntas, jointly and severally, **Seventy Five
       Thousand Dollars ($75,000.00),** as the Honorable
       Roberto Vera Monroig's acts constitute the final
       official policy and custom of the Municipality of
       Adjuntas as a matter of law; from Defendant Irma M.
       González **Seventy Five Thousand Dollars ($75,000.00).**

   b)  <u>for Political Discrimination resulting in dismissal,
       causing pain and suffering, compensatory damages
       (Section II.a of this Plaintiff's Verdict Form)</u>:
       from Defendants the Honorable Roberto Vera Monroig,
       Irma M. González and the Municipality of Adjuntas,
       jointly and severally, **One Hundred Twenty Five
       Thousand Dollars ($125,000.00).**

   c)  <u>for Political Discrimination resulting in dismissal
       causing Loss of Earnings (Section II.3 and II.4 of
       this Plaintiff's Verdict Form)</u>: **Forty Four Thousand
       Dollars ($44,000.00).**  This amount represents the
       jury award of **$50,000.00** reduced by the jury's
       finding of **12%** for mitigation of damages.

   d)  <u>for Punitive Damages (Section III of this Plaintiff's
       Verdict Form)</u>, from Defendant the Honorable Roberto
       Vera Monroig in his individual capacity: **Fifteen**

CIVIL NO. 97-2639 (JP)          25

Thousand Dollars ($15,000.00); and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

20. For Plaintiff **Gabriel Caraballo Ortiz**, to have and recover;

    a)   for Due Process Violations (Section I of this Plaintiff's Verdict Form):    from Defendants the Honorable Roberto Vera Monroig and the Municipality of Adjuntas, jointly and severally, **Seventy Five Thousand Dollars ($75,000.00),** as the Honorable Roberto Vera Monroig's acts constitute the final official policy and custom of the Municipality of Adjuntas as a matter of law; from Defendant Irma M. González **Seventy Five Thousand Dollars ($75,000.00).**

    b)   for Political Discrimination resulting in dismissal, causing pain and suffering, compensatory damages (Section II.a of this Plaintiff's Verdict Form): from Defendants the Honorable Roberto Vera Monroig, Irma M. González and the Municipality of Adjuntas, jointly and severally, **Eighty Five Thousand Dollars ($85,000.00).**

    c)   for Political Discrimination resulting in dismissal causing Loss of Earnings (Section II.3 and II.4 of this Plaintiff's Verdict Form): **Five Thousand Dollars ($5,000.00).** This amount represents the jury award of **$50,000.00** reduced by the jury's finding of **90%** for mitigation of damages.

CIVIL NO. 97-2639 (JP)                26

    d)    <u>for Punitive Damages (Section III of this Plaintiff's Verdict Form)</u>, from Defendant the Honorable Roberto Vera Monroig in his individual capacity: **Fifteen Thousand Dollars ($15,000.00);** and from Defendant Irma M. González in her individual capacity: **Fifteen Thousand Dollars ($15,000.00).**

The following applies to the Judgments for each of the twenty (20) Plaintiffs entered herein above:

Pursuant to the Opinion and Order entered this same date, Judgment is entered **DISMISSING** the affirmative defense of qualified immunity exercised by the Defendants the Honorable Roberto Vera Monroig and Irma M. González in their Answer to the Complaint.

Pursuant to this Court's October 11, 2001 Severance Order (docket No. 184), this judgment as to the afore-stated twenty Plaintiffs **SHALL** be final and appealable, and subject to all motions provided by the Federal Rules of Civil Procedure.

The issue of the injunctive relief as to the re-employment of the Plaintiffs as it is discretionary with the Court remains pending.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of December, 2001.

                       JAIME PIERAS, JR.
              U.S. SENIOR DISTRICT JUDGE