UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
    Defendants

CIVIL NO. 97-2639(JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 28, 2001<br>**Docket:** # 243<br>[X] **Plffs** [] **Defts** [] **Other**<br>**Title:** Motion [for Scheduling Conference] | **GRANTED.** A status and scheduling conference **SHALL** be held in the above captioned case on **December 7, 2001 at 3:30 p.m.** The parties should come prepared to discuss all outstanding issues regarding this case. |
| Date: 12/4/01 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:        EOD:<br>By:         # 246 |

7