IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.,

    Plaintiffs

vs.                                       CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.,

    Defendants

## ORDER

A hearing to discuss the following **SHALL** be held on **December 20, 2001 at 2:00 p.m.** at the U.S. Courthouse and Post Office Building, 300 Recinto Sur Street, San Juan, Puerto Rico:

1. The question of attorney's fees and the imposition of interests;

2. The equitable remedy that deals with the re-employment of Plaintiffs at the Municipality of Adjuntas;

3. In answer to the request to continue the further trial from the original date, the Court hereby **POSTPONES** the trial set on February 4, 2001 **SINE DIE,** and will discuss the re-scheduling of that and all further trials and will discuss the scheduling of further trials;

4. The Court provided the parties with a memorandum for consideration of the concept of non-mutual collateral estoppel. The Court will further discuss this matter at the hearing and will reach a decision accordingly. If

CIVIL NO. 97-2639 (JP)                    2

> either party has an opinion on the matter they **SHALL** file a brief discussing the same **on or before December 14, 2001**. The parties are advised to study the Court's memorandum plus the additional cases of <u>Cruz v. Melecio</u>, 204 F.3d 14 (1st Cir. 2000), <u>Taunton Gardens Co. v. Hills</u>, 557 F.2d 877 (1st Cir. 1977), <u>Fidelity Standard Life Ins. Co. v. First Nat. Bank & Trust Co. of Vidalia, GA.</u>, F.2d 272 (5th Cir. 1975); <u>Erebia v. Chrysler Plastic Products Corp.</u>, 891 F.2d 1212 (6th Cir. 1989), <u>Hunt v. Liberty lobby Inc.</u>, 707 F.2d 1493 (D.C. Cir. 1983), <u>Huron Holding Corp. v. Lincoln Mine Operating Co.</u>, 312 U.S. 183, 61 S. Ct 513, 85 L.Ed. 725 (1941), and <u>Reed v. Allen</u>, 286 U.S. 191, 52 S. Ct. 532, 76 L.Ed 1054 (1936);

5. At the beginning of trial the Court imposed a sanction of Five Thousand Dollars ($5,000.00) against Defendants. During the hearing the Court will reconsider the sanction order;

6. In order to prepare for the hearing, the Court would appreciate hearing about any other matter which is pending or any other issues that the parties wish to raise at the hearing **on or before December 14, 2001**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of December, 2001.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE