UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                          CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 11, 2001<br>**Docket:** # 250<br>[X] **Plffs** [] **Defts** [] **Other**<br>**Title:** Motion [Requesting that Plaintiffs be allowed to present the bill of costs and claim for attorneys fees once all the claims of all 82 Plaintiffs have been adjudicated] | **DENIED.** Plaintiffs' attorney **SHALL** file his bill of costs and his claim for attorneys' fees forthwith. The Court will not wait until the claims of all 82 Plaintiffs have been adjudicated before determining this issue as it relates to the first 20 Plaintiffs who have received judgments in their favor. |

Date: 12/18/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By: _____    # 253