# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





**LUIS ACEVEDO GARCIA, ET AL.**

    Plaintiffs,

VS.                                                               CIVIL NO. **97-2639 (JP)**

**ROBERTO VERA-MONROIG, ET AL.**

    Defendants.

## ORDER

By Order of the Court, the **STATUS CONFERENCE and/or SETTLEMENT CONFERENCE** scheduled for January 30, 2002 **is hereby CONTINUED SINE DIE.**

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 29th day of January 2001.

                                                     FRANCES RIOS DE MORAN
                                                     Clerk of the Court

                                                    By: _____
                                                    SULMA LOPEZ-DEFILLO
                                                      Deputy Clerk

