IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.,

    Plaintiffs

vs.                                              CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.,

    Defendants

### JUDGMENT

The Opinion and Order entered on January 31, 2002 which pertains to collateral estoppel is **FINAL and APPEALABLE**. Defendants have informed the Court via a motion dated March 4, 2002, that they had doubts as to whether they could appeal the collateral estoppel judgment. See **docket No. 273**. Therefore, the Court hereby **EXTENDS** its Non-Mutual Collateral Estoppel Opinion and Order judgment to this date so that Defendants' right to appeal **SHALL** be considered as of this date.

Further, pursuant to the Opinion and Order entered today, the Court hereby **DISMISSES** the reinstatement claims of Plaintiffs Edwin Alexis Plaza Ruiz, Lillian Torres Cabán, Iris B. Rivera Pérez, Sonia Bermúdez Sepúlveda, Nora E. Ruiz González, José D. Aponte, José A. Rodríguez Sobá, Juan A. Hernández Ramos, María E. Irizarry Rodríguez, Miguel A. Camacho Díaz, Luz N. Ramírez Plaza, Helga E. Maldonado

CIVIL NO. 01-2605 (JP)              2

Rodríguez, Luis A. Acevedo García, Isabel Vélez Sepúlveda, José J. Rosado Alicea, Fermín Díaz Santiago, Luz Pérez Jiménez, Edirudis Ramos Quiñones, Flor M. Santiago Nieves, and Gabriel Caraballo Ortiz.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of March, 2002.

                                                           JAIME PIERAS, JR.
                                                           UNITED STATES DISTRICT JUDGE