UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                    CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.
    Defendants

## ORDER

On March 11, 2002, Plaintiffs' attorney informed this Court that Defendants' attorneys have stated that they are not authorized nor willing to enter into a proposed stipulation as to the remaining 62 plaintiffs in this case. Plaintiffs' attorney also requested that this Court hold a status and scheduling conference so that the trials for the remaining plaintiffs can be scheduled. The Court hereby **GRANTS** said request (**docket No. 276**), and **ORDERS** that a status and scheduling conference **SHALL** take place in the chambers of the undersigned **on April 18, 2002 at 4:30 p.m.**

Date: 3/14/02

JAIME PIERAS, JR.
U.S. Senior District Judge