UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
    Defendants

CIVIL NO. 97-2639 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 8, 2002<br>**Docket:** #283<br>[ ] Plffs [X] Defts [ ] Other<br>**Title:** Motion Requesting Clarification of the Order Entered on April 19, 2002 Regarding the Scheduling of the Trial for the Next Group of Twenty Plaintiffs. | **GRANTED as to CLARIFICATION.** It has come to the Court's attention that Defendants are confused as to whether or not the Court intends to apply non-mutual collateral estoppel to the trial of the remaining Plaintiffs. To be clear, if the jury verdict and judgment of the first 20 Plaintiffs case is upheld by the First Circuit Court of Appeals, the Court **SHALL** apply non-mutual offensive collateral estoppel to the cases of the remaining 62 Plaintiffs pursuant to its Opinion and Order dated January 30, 2002, (docket No. 262). |

Date: 5/13/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: