**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

LUIS ACEVEDO GARCIA, et al.
    Plaintiffs

vs.                                                                     CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, and
THE MUNICIPALITY OF ADJUNTAS, et al.
    Defendants

## O R D E R

The Pre-Trial Conference and the Jury Trial for the remaining Plaintiffs which had been scheduled to begin on November 25, 2002 and December 2, 2002 respectively, are hereby **POSTPONED SINE DIE** pending the outcome of the appeal before the First Circuit Court of Appeals.

Date: 8/28/02

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**