IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.

    Plaintiffs

vs.                                      CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, et al.

    Defendants

### O R D E R

The Court has before it Plaintiffs' Motion requesting that the Court issue an order requiring Defendants to post bond as per the Judgment entered against them in their personal capacity on December 3, 2001 (**docket No. 301**). After examining the Plaintiffs' arguments, the Court hereby amends its Order of August 23, 2002 (**docket No. 299**) to require Defendants Roberto Vera-Monroig and Irma González-Delgado to post bond in their personal capacity in the sum of $300,000 each and provide the Court with evidence of the same **on or before October 3, 2002**. The timely filing of said evidence on or before October 3, 2002, **SHALL** result in this Court granting a stay of judgment pending appeal. However, failure to file the afore-stated evidence **SHALL** result in this Court ordering the immediate execution of Judgment.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 11th day of September, 2002.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE