UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET AL.
Plaintiffs

CIVIL NO.97-2639(JP)

vs.

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, ET AL.
Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** September 11, 2002<br>**Docket:** #302<br>[] Plffs [X] **Defts** [] Other<br>**Title:** Motion Requesting Clarification of Order | **GRANTED.** The Letter of Intent from the Government Development Bank shall guarantee a loan to the Municipality of Adjuntas in the amount of $6,356,400 to cover damages should the judgment be affirmed on appeal. This sum represents the total damages of $6,956,400 minus $600,000 in punitive damages assessed against Defendants in their personal capacities. Defendants shall also guarantee payment of the punitive damages against them in their personal capacities by either posting bond or obtaining a letter of credit, either under Law 9 or through any accredited financial institution, guaranteeing payment should the judgment be confirmed on appeal. The Court reminds the Defendants that these transactions must be completed **on or before October 3, 2002.** No extensions of time will be granted. Failure to abide by this order shall result in severe sanctions, including execution of judgment. |

Date: 9/17/02

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: /m/        # 304