UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET AL.
Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, ET AL.
Defendants

CIVIL NO. 97-2639 (JP)



**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 7, 2002<br>**Docket:** #307<br>[] Plffs  [X] Defts  [] Other<br>**Title:** Motion in Compliance with Court Order<br><br>Date: 10/16/02 | **GRANTED.** The Court **NOTES** that Defendants have complied with the Court's order to post bond in their **PERSONAL** capacity.<br><br>JAIME PIERAS, JR.<br>U.S. Senior District Judge<br><br>Rec'd:        EOD:<br><br>By:        #309 |