IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et al.   *
                              *
    Plaintiffs                *
                              *
vs.                           *   CIVIL NO. 97-2639 (JP)
                              *
HON. ROBERTO VERA MONROIG, the *
MUNICIPALITY OF ADJUNTAS, et al. *
                              *
    Defendants                *
                              *

### O R D E R

The Court has before it Plaintiffs' Motion requesting that the judgment in the instant case be included in the 2003-2004 Municipal budget for the Municipality of Adjuntas (**docket No. 310**). The Court **GRANTS** the instant motion and **ORDERS** the Honorable Roberto Vera-Monroig and the Municipality of Adjuntas, pursuant to Title 21, Section 4304(c) of the Puerto Rico Civil Code, to include in the budget for the Municipality of Adjuntas for the upcoming fiscal year 2003-2004 the amount of the December 3, 2001 judgment in this case, which totals $6,956,400.00 for pain and suffering and loss of earnings and $96,300.00 for attorney's fees plus interest at the prevailing rate of interest for the upcoming fiscal year since the date of judgment.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 12 day of February, 2003.

_____
JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE