# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET AL.
Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, ET AL.
Defendants



CIVIL NO. 97-2639(JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 5, 2003<br>**Docket:** #313<br>[] Plffs [X] Defts [] Other<br>**Title:** Motion Requesting Leave to Withdraw as Legal Counsel | **GRANTED.** The Court **GRANTS** Attorney Yahaida Zabala's request to withdraw from the representation of Co-Defendants Juan Flores Galarza and Rosalia Nieves Rodriguez. Attorney Luis Villares Sarmiento **SHALL** continue in the representation of Co-Defendants. |

Date:   June 13, 2003

By _[signature]_
JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

