UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET AL.
Plaintiffs

CIVIL NO.97-2639(JP)

vs.

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, ET AL.
Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** July 10, 2003<br>**Docket:** #315<br>[X] **Plffs** [] **Defts** [] **Other**<br>**Title:** Motion | **GRANTED.** The Municipality, as a sanction for not complying with this Court's order to include the payment of the judgment in this case in the Municipality of Adjuntas' Municipal Budget for the year 2003-2004, in accordance with the law, must reemploy all of the Plaintiffs who were discharged from their employment by Defendants, as per the judgment and verdict covering the 20 Plaintiffs covered in the first trial, beginning with Plaintiff No's 1,2,3,4 and 5 to be reemployed **on or before September 1, 2003,** Plaintiff No's 6,7,8,9 and 10 to be reemployed **on or before October 1, 2003,** Plaintiff No's 11,12,13,14 and 15 to be reemployed **on or before November 1, 2003,** and Plaintiff No's 16, 17, 18, 19 and 20 to be reemployed **on or before December 1, 2003.** If Mayor Vera Monroig does not comply with this order, he will be held in contempt of Court and personally fined $200.00 for each day that he continues in violation of this Order. |

Date: 7/18/03

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |