IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Luis A. Acevedo García<br>Anel Acosta Meléndez<br>José A. Alvarado<br>José R. Aponte Soto<br>José D. Aponte<br>Agustina Arce Rosado<br>Clara Ayala<br>Sonia Bermúdez Sepúlveda<br>José D. Betancourt Ortiz<br>Juan A. Breban Caraballo<br>Ana L. Cabrera<br>Miguel A. Camacho Díaz<br>Aurora Cabán Maldonado<br>Héctor Camacho Alicea<br>Domingo Caraballo Ortiz<br>Gabriel Caraballo Ortiz<br>Brunilda Caraballo Ramos<br>Iván Castro Jiménez<br>Luis Castro Ruiz<br>Miguel A. Castro Ruiz<br>Obed D. Cintrón<br>Santa Gloria Cruz<br>David Cruz Irizarry<br>Gladys M. Delgado Pérez<br>Juan De Jesús Aponte Soto<br>Fermín Díaz Santiago<br>Wanda I. Estronza Martínez<br>Angel A. Estronza Vélez<br>Nelly I. Echevarría Pérez<br>Héctor L. Filippetti Santiago<br>José A. García<br>Juanita González Acevedo<br>Antonio González Altoro<br>José A. González<br>Jacqueline González Vélez<br>Juan A. Hernández Ramos<br>María E. Irizarry Rodríguez<br>Nora E. López Maldonado<br>Luis N. Madera López<br>Blanca I. Maldonado Molina<br>Helga E. Maldonado Rodríguez<br>Wanda N. Molina Acevedo | CIVIL CASE NUM.: 97-2639 (JP)<br><br>SUBJECT:<br><br>CIVIL RIGHTS |

RECEIPT # 137931
AMOUNT: $105.00
JUL 2 1 2003

c/s: Appeals Clerk 7/21/03

Aurea M. Martínez Pérez
Angel Munet Echevarría
Jesús Nolasco Vélez
Antonio Ortiz De Jesús
Miguel S. Ostolaza Miró
Migdalia Pagán Reyes
Luis Plaza García
José A. Plaza Rosado
Edwin A. Plaza Ruiz
Janisse M. Plaza Ruiz
Luz N. Pérez Jiménez
Oscar Quiñones Salcedo
Luz N. Ramírez Plaza
Edirudis Ramos Quiñones
Francisco Reyes Quiñones
Miguel A. Rivera González
Iris B. Rivera Pérez
Luz M. Rivera Santiago
Harry Rivera Torres
Javier Rivera Vega
Arístides Rodríguez Quiles
José A. Rodríguez Sobá
Havy Rodríguez Torres
José H. Rodríguez Vega
Maribel Rodríguez Vega
Elba I. Román Luciano
José A. Román Torres
José J. Rosado Alicea
Esther Rosado
Nilda E. Rosario Virola
Nora E. Ruiz González
Rubén Salcedo Rodríguez
Miguel A. Santana Pérez
Flor M. Santiago Nieves
José L. Santiago Rodríguez
Lillian Torres Cabán
Wanda I. Torres Laracuente
Awilda Torres Natal
Vilma Torres Rivera
Lillian Torres Natal
Norma Vázquez de Zayas
Elizabeth Vélez Caraballo
Edwin R. Vélez Plaza
Isabel Vélez Sepúlveda
Martha Zayas Vázquez

                Plaintiffs

2

V.S.

HON. ROBERTO VERA-MONROIG; IRMA GONZALEZ; IRMA GONZALEZ, in their personal and official capacities; and THE MUNICIPALITY OF ADJUNTAS

Defendants

---

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COME NOW** the co-defendants Roberto Vera Monroig, Irma González, in their official and personal capacities and the Municipality of Adjuntas through the undersigned counsel and very respectfully, **SET FORTH** and **PRAY:**

Notice is hereby been given that the Municipality of Adjuntas, Hon. Roberto Vera Monroig (in his personal and official capacities) and Irma González (in her personal and official capacities), defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the First Circuit, from the Order entered on July 18, 2003 (Docket Number 319).

**WE HEREBY CERTIFY**, having served true and exact copy of this motion to Israel Roldán-González, Esq., 44 Progreso Street, Aguadilla, Puerto Rico 00603; Iván Vega-Lassalle, Esq., 66 Pedro Vargas Ave., Hatillo, Puerto Rico 00659; and to Héctor L. Guzmán, Esq., 29 Gaya-Benehan St., San Sebastián, Puerto Rico 00685.

In Ponce for San Juan, Puerto Rico on the 21st day of July 2002.

RESPECTFULLY SUBMITTED,
LAW OFFICES OF PEDRO ORTIZ ALVAREZ, P.S.C.
P.O. BOX 9009
PONCE, PUERTO RICO, 00732
TEL. (787) 841-7575
FAX (787) 841-0000

JORGE MARTINEZ LUCIANO
USDC-PR NUMBER 216312