UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE: August 8, 2003

DC #: 97-2639 (JP)
Related CCA Cases #'s: 02-1139, 02-1465

APPEAL FEE PAID:  YES  X   NO ___

CASE CAPTION:  Luis A. Acevedo-García  v.  Roberto Vera-Monroig

IN FORMA PAUPERIS:  YES ___  NO  X

MOTIONS PENDING:  YES  X   NO ___

NOTICE OF APPEAL FILED BY:  Defendants

APPEAL FROM:  Order dated 07/18/03 and entered on 07/21/03

SPECIAL COMMENTS:  Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                            VOLUMES:

Docket Entries  262-320                                               VIII
[Docket Entries  1-261 (Volumes I-VII) certified on 01/31/02; refer to CCA Cases #'s 02-1139, 02-1465]

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk

