UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET AL.
Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, ET AL.
Defendants

CIVIL NO. 97-2639(JP)



**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: August 13, 2003<br>Docket: #323<br>[] Plffs  [X] Defts  [] Other<br>Title: Motion under Rules 59(c), 60(b) and 62(c) to Set Aside Orders in Aid of Execution and Reinstatement Contempt Sanction and for Stay of Execution of Judgment under Rule 62(f). | DENIED. |

Date: 8/18/03

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:            #