UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:    September 16, 2003

DC #:    97-2639 (JP)
Related CCA Cases #'s:    02-1139, 02-1465, 03-2103

APPEAL FEE PAID:    YES  X    NO ___

CASE CAPTION:    Luis Acevedo-Pagán   v.   Roberto Vera-Monroig

IN FORMA PAUPERIS:    YES ___   NO  X

MOTIONS PENDING:    YES  X   NO ___

NOTICE OF APPEAL FILED BY:    Defendants

APPEAL FROM:    Order entered on 08/18/03

SPECIAL COMMENTS:    Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  328-330, 351 | I |

(Docket Entries  1-261 certified on 01/31/02, docket entries 262-320 certified on 08/08/03, docket entries 322-327 certified on 08/21/03 and docket entries 331-350/transcripts certified on 09/02/03; refer to CCA Cases #': 02-1139, 02-1465 & 03-2103)

*[handwritten: PLEASE SELECT #330 ONLY. Thanks! X]*

y that the enclosed documents contained herein are the original pleadings as described dex and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk