## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET AL.
Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, the
MUNICIPALITY OF ADJUNTAS, ET AL.
Defendants

CIVIL NO. 97-2639(JP)



### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** September 25, 2003<br>**Docket:** #357<br>[X] **Plffs** [] **Defts** [] **Other**<br>**Title:** Motion Requesting Leave to File in Spanish | **GRANTED.** Plaintiff **SHALL** file certified English translations of the exhibits at issue **on or before October 30, 2003.** |

Date: 10/03/01

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |

6

359