IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al | CIVIL CASE NO.: 97-2639 (JP) |
| Plaintiffs | |
| V.S. | |
| | CIVIL RIGHTS |
| ROBERTO VERA MONROIG, et al | |
| Defendants | |

**URGENT MOTION TO REQUEST THE EXPEDITIOUS SETTING OF A SETTLEMENT/STATUS CONFERENCE**

TO THE HONORABLE COURT:

**COME NOW** co-defendants Roberto Vera Monroig and Irma González, in their respective official capacities and the Municipality of Adjuntas through the undersigned counsel and very respectfully **SET FORTH** and **PRAY**:

In light of the recent procedural events of the instant case (which is almost 7 years old), defendants respectfully believe that it is imperative that the parties have a straightforward discussion of the viable options for the final disposition of all outstanding issues.

The Municipality has obtained an updated certification from the Government Development Bank (as to the available loan margin) and the 2004-2005 municipal budget (still before the consideration of the municipal assembly. We are in the process of obtaining certifications from the two Senators and the House Representative as to what special appropriations (if any) they can make. Likewise, we are requesting that the Secretary of Justice inform what amount may be committed from the Law 9 fund, in favor of the appearing defendants.

Defendants posit that with the above-referenced information at hand, a settlement conference with the Court's intervention really improve the chance that a final agreement will come to fruition. Defendants submit that we are able to attend a settlement conference at any time chosen by the Court during the upcoming weeks (with the exception of May 27, when the undersigned's eldest daughter will have her Kindergarten graduation).

**WHEREFORE** it is respectfully requested that a settlement/status conference be hereby set at the earliest date available to the Court.

### CERTIFICATE OF SERVICE

It is hereby certified that true and exact copy of the foregoing will be served on all counsel of record by the Court's CM/ECF system to their registered e-mail addresses. Any non-registered parties and/or attorneys shall be served via regular mail.

In Mayagüez for San Juan, Puerto Rico this 21st day of May, 2004.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF PERDO ORTIZ ALAVAREZ, PSC
P.O. BOX 9009
PONCE, PUERTO RICO 00732
TEL (787) 841-7575
FAX (787) 841-0000

*S/ Jorge Martinez Luciano*
JORGE MARTINEZ LUCIANO
USDC-PR 216312