IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO-GARCIA, et al.,     *    Plaintiffs,     * <br> v.     * <br> HON. ROBERTO VERA-MONROIG, et al.,     * <br> Defendants     * | CIVIL NO. 97-2639 (JP) |

**O R D E R**

The Court has before it Defendants' "Urgent Motion to Request the Expeditious Setting of a Settlement/Status Conference" filed on May 21, 2004 (**docket No. 366**) and Plaintiffs' "Motion of Inclusion of the Judgment Against the Municipality of Adjuntas in the Municipal Budget" filed on May 24, 2004 (**docket No. 367**).  The Court hereby **GRANTS** Defendants' Motion, and **TAKES UNDER ADVISEMENT** Plaintiffs' motion, as follows.

The Court hereby **SCHEDULES** a Settlement/Status Conference (the "Conference") for next **Wednesday, June 9, 2004, at 2:00 p.m.**, at Judge Jaime Pieras, Jr.'s Chambers.  While at the Conference, the attorneys are **ORDERED** to have their clients available by phone, under penalty of fine.

The topics that will be discussed at such Conference are (i) the breakdown of the judgment amount of December 3, 2001,[1] (ii) the

---

[1] The First Circuit has asked us to itemize the verdict amounts in this case. We need to elucidate (i) the amounts owed by Vera or González personally, so that they can be excluded from the municipality's liability amount, and (ii) the sum to be used as an initial award of post-judgment interest. The Municipality's liability must include the fees and costs award of Ninety-Six Thousand Three Hundred Dollars ($96,300.00). <u>Acevedo-García v. Vera-Monroig (Acevedo-García IV)</u>, 2004 WL 1114404(1st Cir. 2004).

CIVIL NO. 97-2639 (JP)            2

method to be used for its payment and (iii) the possible settlement of the claims of the remaining 62 plaintiffs.

The Court hereby **ORDERS** the parties to meet prior to the Conference in order to discuss, and subsequently prepare, a proposal for the method of payment of the above-mentioned judgment. The Court **ORDERS** the parties to bring to the Conference any information that could help the Court in its determinations. Once the Court meets with the parties, it will be able to rule on Plaintiffs' motion.

Therefore, Defendants' motion is **GRANTED** and Plaintiffs' motion is **TAKEN UNDER ADVISEMENT** until the date of the Conference.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of June, 2004.

                                                S/ Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                     U.S. SENIOR DISTRICT JUDGE