**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **LUIS A. ACEVEDO-GARCIA, ET AL** | |
| Plaintiff(s) | |
| Vs. | CIVIL NO. 97-2639(JP) |
| **MUNICIPALITY OF ADJUNTAS, ET AL** | |
| Defendant(s) | |

## O R D E R

BY ORDER OF HONORABLE JUDGE JAIME PIERAS, JR., U.S. DISTRICT JUDGE, the **SETTLEMENT CONFERENCE** scheduled for **WEDNESDAY, JUNE 9, 2004** will be held at **3:00 p.m.** *instead* of at 2:00 p.m.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 2nd day of June, 2004.

            FRANCES RIOS DE MORAN
              Clerk of the Court

          By: S/ SULMA LOPEZ-DEFILLO
             Deputy Clerk