# United States Court of Appeals
## For the First Circuit

Nos.  03-2103 → #320
      03-2292 → #330

LUIS A. ACEVEDO-GARCIA ET AL.,

Plaintiffs, Appellees,

v.

ROBERTO VERA-MONROIG, Individually and as Mayor of Adjuntas; MUNICIPALITY OF ADJUNTAS; IRMA M. GONZALEZ-DELGADO, Individually and as Personnel Director of Adjuntas,

Defendants, Appellants.

**JUDGMENT**
Entered: May 19, 2004

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 5/19/2004

   This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

   Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the defendants' August 13, 2003 motion is affirmed, but the amount of the budget-inclusion order is vacated. The matter is remanded to the district court for entry of a budget-inclusion order that (i) excludes any amounts solely owed by Vera or Gonzalez personally, (ii) includes the $96,300 fees and costs award, and (iii) includes an appropriate and specific sum as an initial award of post-judgment interest. The district court's finding of contempt is affirmed, but the reinstatement sanction is vacated and the matter is remanded to the district court for consideration of alternative sanctions.
   Costs of these appeals are awarded to plaintiffs.

**By The Court:**

MARK R. SYSKA

_____
Mark R. Syska, Chief Deputy Clerk

[cc: Certified copies to Hon. Jaime Pieras and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Martinez-Luciano, Mr. Villares Sarmiento and Mr. Mahony.]