IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.   *
                                 *
     Plaintiffs                  *
                                 *
                                 *
vs.                              *   CIVIL NO. 97-2639 (JP)
                                 *
                                 *
HON. ROBERTO VERA MONROIG, et al. *
                                 *
     Defendants                  *
                                 *

### ORDER

The Court has before it Plaintiffs' "Motion for Inclusion of the Judgment Against the Municipality of Adjuntas in the Municipal Budget" dated May 24, 2004 (**docket No. 367**). The Court **GRANTS** the motion and **ORDERS** the Municipality of Adjuntas (the "Municipality") and the Honorable Mayor of Adjuntas - Roberto Vera-Monroig - to include in the Municipality's budget for 2004-2005 the following:

A. from the judgment issued in this case on December 3, 2001 (docket No. 245), the sum of (x) the principal amount that such Plaintiffs are to recover from the Municipality of Adjuntas, on the one hand, and Mayor Vera-Monroig and Ms. Irma M. González, both in their official capacities, on the other hand, which is equal to SIX MILLION THREE HUNDRED FIFTY-SIX THOUSAND FOUR HUNDRED DOLLARS ($6,356,400.00), and (y) post-judgment interest on such principal amount up until and including June 30,

CIVIL NO. 97-2639 (JP)            2

2004, which is equal to THREE HUNDRED SIXTY-NINE THOUSAND SEVEN HUNDRED NINETY EIGHT DOLLARS AND EIGHTY CENTS ($369,798.80), **which sum is equal to SIX MILLION SEVEN HUNDRED TWENTY-SIX THOUSAND ONE HUNDRED AND NINETY-EIGHT DOLLARS AND EIGHTY CENTS ($6,726,198.80)**; and

B.  from the judgment issued in this case on December 20, 2001 (docket No. 262), the sum of (x) Plaintiffs' attorneys fees, which are equal to NINETY-SIX THOUSAND THREE HUNDRED DOLLARS ($96,300.00), and (y) post-judgment interest up until and including June 30, 2004, which is equal to FIVE THOUSAND FOUR HUNDRED EIGHTY- THREE DOLLARS AND EIGHTY TWO CENTS ($5,483.82), **which sum is equal to ONE HUNDRED AND ONE THOUSAND SEVEN HUNDRED AND EIGHTY-THREE DOLLARS AND EIGHTY-TWO CENTS ($101,783.82)**.

This Order does not address the amounts that Plaintiffs are to recover as punitive damages from Mayor Vera-Monroig and Ms. González in their personal capacities.

The Court would like to clarify in accordance with the request by the First Circuit Court in its decision <u>Acevedo-García v. Vera-Monroig (Acevedo-García IV)</u>, 2004 WL 1114404(1st Cir. 2004), that the judgment amounts for due process violations against Ms. González, which add up to ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), are against her in her official capacity, as her acts constitute the final official policy and customs of the

CIVIL NO. 97-2639 (JP)          3

Municipality as a matter of law.  Therefore, such amount constitutes the obligation of the Municipality and, as such, is included in clause (A) of this Order.

    IT IS SO **ORDERED**.

    In San Juan, Puerto Rico, this 14th day of June, 2004.

                                                /s/ Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                            U.S. SENIOR DISTRICT JUDGE