IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et. al.<br>    Plaintiff<br><br>           vs.<br><br>HON. ROBERTO VERA MONROIG,<br>et al.<br>    Defendants | CIVIL NO. 97-2639 (JP) |

# MOTION TO NOTIFY COMPLIANCE WITH ORDER TO INCLUDE JUDGMENT IN 2004-2005 MUNICIPAL BUDGET

To the Honorable Court:

COME NOW the MUNICIPALITY OF ADJUNTAS, through the undersigned counsel and respectfully informs the Court as follows:

In compliance with the Court's order of June 16, 2004, docket # 374, the Municipality of Adjuntas has approved Municipal Ordinance #28 (2003-2004) by which the totality of the judgment has been included in the 2004-2005 budget. [Included as attachment with Certification]

RESPECTFULLY SUBMITTED.  In Ponce, Puerto Rico, this 5th day of July 2004.

The subscribing attorney certifies that on this day this Motion has been electronically filed with the Clerk's office through CM/ECF system and that all parties and attorneys of record will be notified through the Clerk's Office.

THE LAW OFFICES OF PEDRO E. ORTIZ ALVAREZ
P.O. BOX  9009
PONCE, PR  00732-9009
Tel. 841-7575 Fax:  841-0000
poalaw@caribe.net


By:     Johanna Emmanuelli Huertas
         USDC-PR-210506