

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**GOBIERNO MUNICIPAL**
APARTADO 1009
ADJUNTAS, PUERTO RICO 00601

TELEFONOS:
(787) 829-0303
(787) 829-3310 / EXT. 240
FAX: (787) 829-4116

**LEGISLATURA MUNICIPAL**

ORDENANZA NUMERO 28                                   SERIE 2003-2004

**PARA ENMENDAR EL PRESUPUESTO OPERACIONAL DEL AÑO 2004-2005, SEGUN APROBADO EN LA ORDENANZA NUM. 26, SERIE 2003-2004, CON EL FIN DE AUMENTAR LAS ASIGNACIONES DE GASTOS POR $6,827,982.62, QUE CONSTITUYE EL PRINCIPAL E INTERESES AL 30 DE JUNIO DE 2004 DE LA SENTENCIA EN EL CASO ACEVEDO GARCIA V MUNICIPIO DE ADJUNTAS, CASO NUM. 97-2639(JP).**

**POR CUANTO:** El Artículo 3.009 (e) de la Ley Número 81 del 30 de agosto de 1991, según enmendada, conocida como la Ley de Municipios Autónomos de Puerto Rico, autoriza al Alcalde, entre otras cosas, a representar al Municipio en acciones judiciales o extrajudiciales promovidas por o contra el municipio, comparecer ante cualquier Tribunal de Justicia, foro o agencia pública del Gobierno del Estado Libre Asociado de Puerto Rico y del Gobierno de los Estados Unidos de América y sostener toda clase de derechos, acciones y procedimientos;

**POR CUANTO:** El Caso Acevedo García v Municipio de Adjuntas tuvo una sentencia en contra del Municipio el 3 de diciembre de 2001. La misma fue debidamente apelada en los foros correspondientes y el Tribunal Federal sentenció la no reinstalación de los empleados a sus puestos y el pago de la sentencia contra el Municipio.

**POR CUANTO:** Mediante Orden del 14 de junio de 2004, el Tribunal Federal ha ordenado al Municipio que presupueste la totalidad de la sentencia en su presupuesto 2004-2005.

**POR CUANTO:** El Municipio identificó la cantidad de $1,355,000 de fondos disponibles a través del Fondo de Redención de Deuda (CAE) para el repago de la referida sentencia. Se comenzó el proceso para obtener el referido financiamiento por $1,355,000. Además, el Municipio tiene asignado la cantidad de $100,000 en el presupuesto 2004-2005 para el pago de dicha sentencia. No obstante, no tiene disponible el remanente de fondos para hacer cumplir la Orden del Tribunal Federal;

**POR CUANTO:** El Artículo 7.001 de la Ley de Municipios Autónomos dispone, entre otras cosas, que el Alcalde preparará un Presupuesto Balanceado de ingresos y gastos para cada año fiscal;

**POR CUANTO:** La Orden del 14 de junio del 2004 del Tribunal Federal va contra las disposiciones y requisitos de la Ley de Municipios Autónomos y conflige en los aspectos de asignar partidas de gastos sin tener los recursos e ingresos disponibles;

**POR CUANTO:** Aún cuando existe incompatibilidad entre la Orden del Tribunal Federal y la Ley de Municipios Autónomos, el Municipio reconoce que las órdenes del Tribunal Federal tienen que ser acatadas so pena de sanciones por el incumplimiento de las mismas y el Municipio está obligado a cumplirlas;

**POR CUANTO:** La cantidad a incluirse en el presupuesto 2004-2005 totaliza $6,827,982.62 hasta el 30 de junio de 2004.

**PAGINA 2**
**ODENANZA NUMERO 28 - SERIE 2003-2004**

| | |
|---|---|
| **POR TANTO:** | **ORDENASE POR LA LEGISLATURA MUNICIPAL DE ADJUNTAS, PUERTO RICO:** |
| **Sección 1ra:** | Se autoriza la inclusión de la totalidad de la referida sentencia en el presupuesto del Municipio de Adjuntas para el año fiscal 2004-2005. |
| **Sección 2da:** | Se enmienda el presupuesto aprobado del año fiscal 2004-2005 para incluir la siguiente partida de gasto: |
| | **Pago Sentencias    01-03-04-94.70    $6,827,982.62** |
| **Sección 3ra:** | Se autoriza al Director de Finanzas a que efectúe la entrada correspondiente en los libros de contabilidad del Municipio. |
| **Sección 4ta:** | Esta Ordenanza por ser de carácter urgente empezará a regir después de su aprobación por la Legislatura Municipal y firmada por el Honorable Roberto Vera Monroig, Alcalde. |
| **Sección 5ta.** | Copia certificada de la misma será enviada al Comisionado de Asuntos Municipales y a la Oficina de Finanzas del Municipio de Adjuntas. |

**APROBADA POR LA LEGISLATURA MUNICIPAL DE ADJUNTAS, PUERTO RICO, HOY 29 DE JUNIO DE 2004.**

_____
Hon. Jorge L. Rivera Hernández
Presidente Legislatura Municipal

_____
Luz C. Vélez Rivera
Secretaria

**APROBADA POR EL ALCALDE DE ADJUNTAS, PUERTO RICO, HOY 30 DE JUNIO DE 2004.**

_____
Hon. Roberto Vera Monroig
Alcalde



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**GOBIERNO MUNICIPAL**
APARTADO 1009
ADJUNTAS, PUERTO RICO 00601

TELEFONOS:
(787) 829-0303
(787) 829-3310 / EXT. 240
FAX: (787) 829-4116

**LEGISLATURA MUNICIPAL**

## CERTIFICACION

**YO, LUZ C. VELEZ RIVERA,** Secretaria de la Honorable Legislatura Municipal de Adjuntas, Puerto Rico, por la presente **CERTIFICO:**

Que la que antecede es copia fiel y exacta de la Ordenanza Número 28-Serie 2003-2004 adoptada por la Legislatura Municipal de Adjuntas, Puerto Rico, en Sesión Extraordinaria celebrada el 29 de junio de 2004, con los votos afirmativos de los siguientes legisladores:

Honorables:

| | |
|---|---|
| Jorge L. Rivera Hernández | Walter Acevedo Vélez |
| Orlando Báez Irizarry | Nolberto Núñez Mercado |
| Rafael A. Munet Maldonado | Afortunado Feliciano Rivera |
| Iris M. Zayas Vera | Luis A. Berdiel Rivera |
| José H. Soto Rivera | Amelia Santiago López |

**En Contra:**   Ninguno

**Abstenido:**   Ninguno

**Ausente:**   Hon. Minerva Feliciano Rivera y Enrique Puig Colón

**Y PARA QUE ASI CONSTE,** y para uso oficial, expido la presente **CERTIFICACION,** la cual firmo y sello con el Sello Oficial de este Municipio de Adjuntas, Puerto Rico, hoy día 30 de junio de 2004.

Luz C. Vélez Rivera
**Secretaria**