

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**GOBIERNO MUNICIPAL**
**APARTADO 1009**
**ADJUNTAS, PUERTO RICO 00601**

**TELEFONOS:**
(787) 829-0303
(787) 829-3310 / EXT. 240
FAX: (787) 829-4116

**LEGISLATURA MUNICIPAL**

## CERTIFICACION

**YO, LUZ C. VELEZ RIVERA,** Secretaria de la Honorable Legislatura Municipal de Adjuntas, Puerto Rico, por la presente **CERTIFICO:**

Que la que antecede es copia fiel y exacta de la Ordenanza Número 28-Serie 2003-2004 adoptada por la Legislatura Municipal de Adjuntas, Puerto Rico, en Sesión Extraordinaria celebrada el 29 de junio de 2004.

**Y PARA QUE ASI CONSTE,** y para uso oficial, expido la presente **CERTIFICACION,** la cual firmo y sello con el Sello Oficial de este Municipio de Adjuntas, Puerto Rico, hoy día 30 de junio de 2004.

Luz C. Vélez Rivera
**Secretaria**