IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, et al., | * |
| Plaintiffs | * |
| vs. | *   CIVIL NO. 97-2639 (JP) |
| HON. ROBERTO VERA MONROIG, et al., | * |
| Defendants | * |

**O R D E R**

The Court has before it Plaintiffs' "Renewed Motion for an Order of Contempt" (**docket No. 379**). In the same, Plaintiffs aver that they have made a multitude of requests to Defendants regarding how and when payment of the Judgment at issue is to be made, which apparently have fallen on deaf ears. The Court grows weary of what it perceives to be Defendants' attitude in protracting the end of this case.

The Court therefore **GRANTS** the motion and **ORDERS** co-Defendant the Honorable Mayor of Adjuntas Roberto Vera-Monroig, co-Defendant Irma M. González and Universal Insurance Company of Puerto Rico, holder of the Bond[1], to immediately deposit with the Clerk of the Court, on or before **September 30, 2004**, the amount awarded by the Jury as punitive damages against them in their personal capacity of **SIX HUNDRED THIRTY FOUR THOUSAND, NINE HUNDRED AND SIX DOLLARS AND FORTY-FIVE CENTS** (**$634,906.45).**

---

[1] Bond number 100014954.

CIVIL NO. 97-2639 (JP)          2


In addition, Defendants **SHALL** also deposit with the Clerk of the Court, on or before **November 1, 2004,** the full amount of the Judgment awarded to Plaintiffs against them, which is divided as follows:

1. The principal amount that such Plaintiffs are to recover from the Municipality of Adjuntas, Mayor Vera-Monroig and Irma M. González, both in their official capacities, which is equal to SIX MILLION THREE HUNDRED FIFTY-SIX THOUSAND FOUR HUNDRED DOLLARS ($6,356,400.00), and

2. Post-judgment interest on such principal amount up until and including June 30, 2004, which is equal to THREE HUNDRED SIXTY-NINE THOUSAND SEVEN HUNDRED NINETY EIGHT DOLLARS AND EIGHTY CENTS ($369,798.80);

**For a total of SIX MILLION SEVEN HUNDRED TWENTY-SIX THOUSAND ONE HUNDRED AND NINETY-EIGHT DOLLARS AND EIGHTY CENTS ($6,726,198.80) for the Judgment only;** and

3. From the Judgment issued in this case on December 20, 2001 (docket No. 262), the sum of Plaintiffs' attorneys fees, which are equal to NINETY-SIX THOUSAND THREE HUNDRED DOLLARS ($96,300.00)and,

4. Post-judgment interest on the attorney's fees up until and including June 30, 2004, which is equal to FIVE THOUSAND, FOUR HUNDRED EIGHTY-THREE DOLLARS AND EIGHTY TWO CENTS ($5,483.82);

**For a total of ONE HUNDRED AND ONE THOUSAND, SEVEN HUNDRED AND EIGHTY-THREE DOLLARS AND EIGHTY-TWO CENTS ($101,783.82) for attorney's fees.**

Therefore, the total amount to be deposited by Defendants with the Court on or before **November 1, 2004** is **SIX MILLION EIGHT HUNDRED TWENTY-SEVEN THOUSAND NINE HUNDRED AND EIGHTY TWO DOLLARS AND SIXTY-TWO CENTS ($6,827,982.62).**

CIVIL NO. 97-2639 (JP)            3

    Defendants are warned that any tardiness in the deposit of the aforementioned funds **SHALL** result in a fine of **THREE THOUSAND DOLLARS ($3,000.00) FOR EACH DAY THEY ARE LATE**.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 22nd day of September, 2004.

                                                 S/ Jaime Pieras, Jr.
                                                 JAIME PIERAS, JR.
                                          U.S. SENIOR DISTRICT JUDGE