IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, et al.,

    Plaintiffs

vs.                              CIVIL NO. 97-2639 (JP)

HON. ROBERTO VERA MONROIG, et al.,

    Defendants

### O R D E R

The parties hereto have informed the Court that they have reached an agreement for the payment of the Judgment entered by the Court and affirmed by the First Circuit Court of Appeals, for the Plaintiffs to have and recover from the Defendants Hon. Roberto Vera Monroig, Irma González and the Municipality of Adjuntas, the amount of **Seven Million Four Hundred Sixty Two Thousand Eight Hundred Eighty Nine Dollars ($7,462,889)**, pertaining to the first twenty Plaintiffs which were tried, for principal, compensatory and punitive damages, interests and attorneys fees as of June 30, 2004, which will be payable as follows:

    A.    Three Million Five Hundred Thousand Dollars ($3,500,000) on November 18, 2004.

    B.    The balance thereof in the sum of Three Million Nine Hundred Sixty Two Thousand Eight Hundred Eighty Nine Dollars ($3,962,889) on or before July 29, 2005.

By way of guaranty the parties further stipulate that the Defendants would still be owing interests plus penalties and

CIVIL NO. 97-2639 (JP)                2

sanctions imposed by the Court in its Order of September 22, 2004 (docket No. 381), which will be considered vacated in case that the Defendants pay the full amount of the balance due on or before July 29, 2005.

It is further stipulated by the parties that the bond posted by Universal Insurance Company in the sum of Six Hundred Thousand Dollars ($600,000.00) is considered totally paid and the insurance company **SHALL** be released accordingly.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of November, 2004.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AGREED TO BY:

ISRAEL ROLDAN GONZALEZ, ESQ.
For the Plaintiffs

LUIS VILLARES SARMIENTO, ESQ.
For Defendants in Their
Personal Capacities

JORGE MARTINEZ LUCIANO, ESQ.
For Defendants in Their
Official Capacities