## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **LUIS A. ACEVEDO GARCIA, ET ALS.** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | **Civil No.:    97-2639(JP)** |
| **vs.** | * | |
| | * | |
| **HON. ROBERTO VERA-MONROIG,** | * | |
| **ET ALS.** | * | |
| **Defendants** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION

**TO THE HONORABLE COURT:**

   **COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

   In compliance with this Honorable Court Order of November 17, 2004 defendant's has deposit the amount of $3,500,000.00 as partial payment of the judgment enter by the Court as to the first twenty plaintiffs' in the above entitled case.

   We respectfully request that this Honorable Court order the Clerk of the Court to issue twenty separated checks in favor of said plaintiffs as follows:

| | |
|---|---|
| Edwin Plaza | 181,836.60 |
| Lilliam Torres | 225,256.70 |
| Iris B. Rivera | 187,744.70 |
| Sonia Bermúdez | 160,782.95 |
| Nora E. Ruiz | 190,089.20 |
| Jose Aponte | 189,385.85 |
| Jose A. Rodriguez | 201,811.70 |
| Jose A. Hernandez | 192,433.70 |
| Maria Irizarry | 166,175.30 |
| Miguel Camacho | 163,361.90 |
| Luz M. Ramirez | 201,811.70 |
| Helga Maldonado | 159,610.70 |
| Luis Acevedo | 166,644.2 |
| Isabel Velez | 178,835.60 |
| Jose J. Rosado | 149,998.25 |
| Fermin Diaz | 147,419.30 |
| Luz N. Perez | 146,481.50 |
| Edirudis  Ramos | 176,256.65 |
| Flor M. Santiago | 175,553.30 |
| Gabriel Caraballo | <u>138,510.20</u> |
| Amount deposit: | $3,500,000.00 |

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys Johanna Emmanuelli Huertas, Esq.,  Pedro Ortiz Alvarez Law Offices, P.O. Box 9009, Ponce, Puerto Rico 00732-9009; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Hector L. Guzman, 29 Gaya-Benejam St., San Sebastian, PR 00685.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 18th day of November, 2004.

**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.   (787) 891-1359**
**Fax.  (787) 891-5000**
roldanlaw@coqui.net