IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

04 NOV 18 AM 10: 37

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LUIS ACEVEDO GARCIA, et. al.

Plaintiffs

vs.

HON. ROBERTO VERA MONROIG, et al.
Defendants

CIVIL NO. 97-2639 (JP)

Damages, Injunctive Relief and Discrimination
Trial by Jury Requested

## MOTION CONSIGNING FUNDS

TO THE HONORABLE COURT

NOW COME defendants, through the undersigned counsel and respectfully allege and pray as follows:

1.     The appearing Defendants hereby consign check number 01382884 in the amount of two million dollars ($2,000,000), as well as check number 016789 in the amount of one million three hundred fifty five thousand dollars ($1,355,000), and check number 020411 in the amount of one hundred forty five thousand dollars ($145,000) all payable to the order of U.S. Clerk of the District Court.

2.     The total amount deposited by defendants is three million five hundred thousand dollars ($3,500,000).

3.     This deposit is made in accordance with the Order issued by the Honorable Court on November 17, 2004 (docket No. _____).

WHEREFORE it is respectfully requested from this Honorable Court to take notice of the above stated and to accept the aforementioned checks as the first of two-installment payments of the

Judgment as stipulated by the parties and ordered by the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this November 18, 2004.

IT IS HEREBY CERTIFIED that on November 18, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Israel Roldán-González, Esq., and Johanna Emmanuelli Huertas, Esq. Jorge Martínez Luciano.

Luis V. Villares Sarmiento
USDC NO. 216403

Attorney for Defendants

SÁNCHEZ BETANCES, SIFRE,
MUÑOZ NOYA & RIVERA, P.S.C.
PO BOX 195055
SAN JUAN, PR 00919-5055
Phone: (787) 756-7880
Fax No. (787) 753-6580
lvillares@sbsmnr.com

C:\Documents and Settings\apena\Local Settings\Temporary Internet Files\OLK6C5\RUTH.WPD