```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


LUIS A. ACEVEDO GARCIA, et al.,    *
                                   *
     Plaintiffs,                   *
                                   *
vs.                                *   CIVIL NO. 97-2639 (JP)
                                   *
HON. ROBERTO VERA MONROIG, Et al., *
                                   *
     Defendants                    *
                                   *
```

**O R D E R**

The Court has before it Plaintiffs' Motion requesting disbursement of funds (**docket No. 391**). On November 18, 2004, Defendants in the above-captioned complaint deposited two checks in the total amount of **Three Million Five Hundred Thousand Dollars ($3,500,000.00)** with the Clerk of the Court in Account Number 4007577430. The Court hereby **GRANTS** Plaintiffs' motion and **ORDERS** the following disbursements:

The Clerk of the Court **SHALL** issue twenty individual checks (one single check per Plaintiff). **Only** one check **SHALL** be payable to **each** of the following Plaintiffs individually, in the amount specified below:

1.  Edwin Plaza - $181,836.60

2.  Lilliam Torres - $225,256.70

3.  Iris B. Rivera - $187,744.70

4.  Sonia Bermúdez - $160,782.95

5.  Nora E. Ruiz - $190,089.20

CIVIL NO. 97-2639 (JP)            2

6.   José Aponte - $189,385.85

7.   José A. Rodríguez - $201,811.70

8.   José A. Hernández - $192,433.70

9.   María Irizarry - $166,175.30

10.  Miguel Camacho - $163,361.90

11.  Luz M. Ramírez - $201,811.70

12.  Helga Maldonado - $159,610.70

13.  Luis Acevedo - $166,644.20

14.  Isabel Vélez - $178,835.60

15.  José J. Rosado - $149,998.25

16.  Fermín Díaz - $147,419.30

17.  Luz N. Pérez - $146,481.50

18.  Edirudis Ramos - $176,256.65

19.  Flor M. Santiago - $175,553.30

20.  Gabriel Caraballo - $138,510.20

When the of the aforementioned checks are ready, the Clerk is **INSTRUCTED** to immediately notify via telephone attorney Israel Roldán González, to his telephone of record, (787)891-1359, who **SHALL** then personally retrieve them from the Clerk's office.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 29th day of November, 2004.

                                              S/ Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                     U.S. SENIOR DISTRICT JUDGE