IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | |
| **Plaintiffs** | |
| vs. | Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | |
| **Defendants** | |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

As a consequence of the last general elections held in Puerto Rico a new Mayor was elected for the City of Adjuntas. The City of Adjuntas is a defendant in the above entitled case. As of today said defendants have not informed this Court if the Law Office of brother counsel Pedro Ortiz is going to continue as its legal representation.

Pending before this Court is still the claim of 62 plaintiffs reason for which we respectfully request that an order be issued to the City of Adjuntas to inform this Court who is going to be their new legal counsel or if the Office of Pedro Ortiz is going to continue its representation.

We also request that a Status and Settlement Conference be held so that the parties can inform their position as to the 62 plaintiffs whose claim are still pending before this Honorable Court.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys Johanna Emmanuelli Huertas, Esq., Pedro Ortiz Alvarez Law Offices, P.O. Box 9009, Ponce, Puerto Rico 00732-9009; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 15th day of February 2005.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ
USDC-P.R. 115602
Attorney for Plaintiff
44 Progreso Street
Aguadilla, Puerto Rico 00603
Tel.   (787) 891-1359
Fax.   (787) 891-5000**
roldanlaw@coqui.net