IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et. al.<br>　　　Plaintiff<br><br>　　　　　vs.<br><br>HON. ROBERTO VERA MONROIG,<br>et al.<br>　　　Defendants | CIVIL NO. 97-2639 (JP) |

### MOTION FOR ORDER REGARDING MUNICIPALITY'S LEGAL REPRESENTATION

To the Honorable Court:

COME NOW the undersigned, requesting leave to appear before this Court to respectfully inform the Court as follows:

After the change of administration in the Municipality of Adjuntas, the Municipality did not extend a new contract to our offices and informed us that they would retain new counsel. During the months of January and February we insisted that the new counsel make an appearance in the case. After several telephone conversations with attorney Harry Segarra, who informed us that he had been retained for this case, we requested from him an appearance and that he picked up the several boxes containing the cases' file and documents. Attorney Segarra requested only the appeals record, which was delivered on February 2, 2005. [See attachment] The rest of the boxes were delivered to City Hall on that same day. [See attachment]

On March 15, 2005 we received a motion by attorney Segarra which intimates at paragraph 2 that they have not yet received the file. [See attachment] Although this motion does not appear on docket yet, we wish to bring all facts before this Court.

To avoid any further delay in the acceptance of our resignation, we request an Order from this Court to the Municipality for the immediate appearance of new counsel.

RESPECTFULLY SUBMITTED. In Ponce, Puerto Rico, this 16th day of March, 2005.

The subscribing attorney certifies that on this day this Motion has been electronically filed with the Clerk's office through CM/ECF system and that all parties and attorneys of record will be notified through the Clerk's Office. Regular notification by fax will be made to Harry Segarra, Santa María Mall, 471 Ferrocarril St. Suite 207, Ponce, 00731.

S/ *Johanna Emmanuelli Huertas*
Johanna Emmanuelli Huertas
USDC-PR-210506
THE LAW OFFICES OF PEDRO E. ORTIZ ALVAREZ
P.O. BOX 9009
PONCE, PR 00732-9009
Tel. 841-7575 Fax: 841-0000
poalaw@caribe.net