## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA, et als
    PLAINTIFFS

CASE NO. 97-2639 (JP)

VS

HON. ROBERTO VERA MONROIG, et als
    DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE
### &
### MOTION

TO THE HONORABLE COURT:

    **COMES NOW** the undersigned and respectfully **NOTIFIFIE** and **PRAYS**:

1.    The undersigned has been retained by the Municipality of Adjuntas to intervene on the matter of caption.

2.    The undersigned awaits delivery of the files from Pedro E. Ortiz Alvarez, P. S. C. to the offices of the Honorable Jaime H. Barlucea Maldonado, Mayor of Adjuntas.

3.    Upon information and belief, the file at the present time is voluminous.

**WHEREFORE** it is respectfully requested that time be granted for receipt of the file boxes [*] by the Mayor of Adjuntas and pick-up of the files by the undersigned for review and study of relevant material.

In Ponce for San Juan, Puerto Rico this 23 of February 2005, I hereby **CERTIFY** that a copy of this Notice was sent to ***Pedro E. Ortiz Alvarez, Esq.*** P. O. Box 9009, Ponce, Puerto Rico  00732-9009 and to the ***Honorable Jaime H. Berlucea Maldonado*** – P. O. Box 1009, Adjuntas, Puerto Rico  00601.

Respectfully,

**Harry R. Segarra**
Santa Maria Mall
471 Ferrocarril Ave. Suite 207
Ponce, Puerto Rico 00731
Tel.: (787)848-8113
Cel.: (787) 553-2113

---

[*] Twenty two (22) boxes.

## NOTA ACLARATORIA AL DORSO.
## RECIBO PARCIAL DE EXPEDIENTE

**Caso:** Luis Acevedo García, et al v.
Roberto Vera Monroig, et al
**Civil #:** 97-2639 (JP)

Recibimos en el día de hoy del Bufete Pedro E. Ortiz Álvarez parte del <u>expediente legal relacionado al Tribunal de Apelaciones, Primer Circuito, en Boston</u> del caso antes mencionado enfatizado en negritas en el listado a continuación.

En Ponce, Puerto Rico, __2__ de febrero de 2005.

**Law Offices Quiñones & Segarra**

Angélica M. Ortiz
Nombre en letra de molde

Firma: *Angélica M. Ortiz*

**Documentos enviados:**

Total de cajas: 21

| | |
|---|---|
| Cajas 1-8 | Pockets con Cont. a Interrogatorios y Deposiciones de cada demandante |
| Cajas 9-13 | Escritos al Tribunal Apelativo en Boston y Transcripciones del Juicio en Distrito (**Caja 13**-Apéndice úlitma apelación) |
| Cajas 14-19 | Deposiciones, documentos relacionados Sentencia Sumaria, Mandamus, Juicio, Pre-Trial y Prueba Documental |
| Cajas 20-21 | Expediente Legal<br>DISTRITO -    10 cartapacios<br>**APELATIVO –    6 cartapacios (Caja 20)** |

## RECIBO DE EXPEDIENTE

**Caso:** Luis Acevedo García, et al v. Roberto Vera Monroig, et al
**Civil #:** 97-2639 (JP)

Recibimos en el día de hoy del Bufete Pedro E. Ortiz Álvarez todo el expediente legal, evidencia y correspondencia del caso antes mencionado.

En Adjuntas, Puerto Rico, __2__ de febrero de 2005.

Nombre en letra de molde
*Kenia Ortiz Rivera*

Firma: *Kenia Ortiz Rivera*

*Nota: Solo recibí 19 cajas*

**Documentos enviados:**

Total de cajas: ~~21~~ (19)

| | |
|---|---|
| Cajas 1-8 | Pockets con Cont. a Interrogatorios y Deposiciones de cada demandante |
| Cajas 9-13 | Escritos al Tribunal Apelativo en Boston y Transcripciones del Juicio en Distrito (**Caja 13-entregada al Lcdo. Harry Segarra. Ver al dorso.**) |
| Cajas 14-19 | Deposiciones, documentos relacionados Sentencia Sumaria, Mandamus, Juicio, Pre-Trial y Prueba Documental |
| Cajas 20-21 | Expediente Legal<br>DISTRITO – 10 cartapacios<br>APELATIVO – 6 cartapacios (**Caja 20-entregado al Lcdo. Harry Segarra. Ver al dorso.**) |

# RECIBO DE EXPEDIENTE

**Caso:** Yolanda Hernández Llanes, et al  v. Consorcio Norte-Central, et al
**Civil #:** 02-2568 (DRD)

Recibimos en el día de hoy del Bufete Pedro E. Ortiz Álvarez todo el expediente legal, evidencia y correspondencia del caso antes mencionado.

En Ponce, Puerto Rico, __2__ de febrero de 2005.

**Law Offices Quiñones & Segarra**

Nombre en letra de molde

Angélica M. Ortiz

Firma: *Angélica M. Ortiz*

**Documentos enviados:**

1. Expediente legal                                2 cartapacios

2. Documentos enviados como parte del descubrimiento de prueba y correspondencia        1 cartapacio