# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2005 MAR 23  PM 3: 30
CLER...
U.S. DISTRICT C...
SAN JUAN, P...

| | |
|---|---|
| **LUIS ACEVEDO GARCIA, et als**<br>**PLAINTIFFS**<br><br>**VS.**<br><br>**MUNICIPIO DE ADJUNTAS, et als**<br>**DEFENDANTS** | **CASE NO. 97-2639 (JP)** |

2005 MAR 21  P 1: 21
RECEIVED
...OFFICE
...DISTRICT OF
PUERTO RICO

## NOTICE OF APPEARANCE
## &
## MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned and respectfully **NOTIFIFIES** and **PRAYS**:

1.      The Municipality of Adjuntas has requested the undersigned's intervention on its behalf on the matter of caption.

2.      The undersigned will be substituting Pedro E. Ortiz-Alvarez, et als.

3.      The undersigned currently awaits the assignment of a pass number by this Honorable Court, this' the reason why this Notice of Appearance and Motion is being drafted and filed manually.

In Ponce for San Juan, Puerto Rico this 18 of March 2005, I hereby **CERTIFY** that a copy of this writing was sent by regular mail to: *Israel Roldan-Gonzalez, Esq.,* 44 Progreso Street, Aguadilla, Puerto Rico 00603 and to *Johanna M. Emmanuelli-Huertas, Esq.,* P.O. Box 9009, Ponce, Puerto Rico  00732-9009

**RESPECTFULLY,**

**Harry R. Segarra**
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel.: (787) 848-8113
Fax.: (787) 843-6717



U.S. POSTAGE
PAID
PONCE, PR
MAR 09 '05*
AMOUNT
$4.42
00019506-0



9264

00918

CERTIFIED MAIL™



7003 0500 0003 3318 3839

LAW OFFICES
QUIÑONES & SEGARRA
Santa María Mall
471 Ave. Ferrocarril - Suite 207
Ponce, Puerto Rico 00717



RETURN RECEIPT REQUESTED.

*U.S. DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO*
Torre Chardón
350 Carlos Chardón Ave. – Suite 1201
San Juan, Puerto Rico 00918