IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | |
| Plaintiffs | |
| vs. | Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | |
| Defendants | |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

Brother counsel, Harry R. Segarra, has filed a motion informing this Honorable Court that he is the new counsel for the Municipality of Adjuntas. As this Court is aware the claim of 62 plaintiffs is still pending. We respectfully request that a status and settlement conference be scheduled in order for the parties to inform if the claim of those 62 plaintiffs is going to be settled or be scheduled for trial.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys Johanna Emmanuelli Huertas, Esq., Pedro Ortiz Alvarez Law Offices, P.O. Box 9009, Ponce, Puerto Rico 00732-9009; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055. Harry R. Segarra,

Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 28th day of March, 2005.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.   (787) 891-1359**
**Fax.   (787) 891-5000**
roldanlaw@coqui.net