UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>PLAINTIFFS<br><br>vs.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>DEFENDANTS | CASE NO. 97-2639 (JP) |

NOTICE & MOTION

TO THE HONORABLE COURT:

**COMES NOW** the undersigned and respectfully **NOTIFIES** and **PRAYS**:

1. The undersigned recently met with Luis V. Villares-Sarmiento, Esq. and with the Mayor of Adjuntas on May 19, 2005.

2. The "Informative Motion Regarding Second Group of 20 Plaintiffs was discussed, annexed is a copy (filed 01 July 16) by Israel Roldan-Gonzalez, Esq. and it would appear that several of the plaintiffs identified in the Motion have been compensated.

3. Others are allegedly receiving social security benefits; others are presently employed by the Municipality of Adjuntas.

4. It would be of great assistance and benefit to counsel if plaintiffs would update their filings related to the remaining plaintiffs.



5. The reasons for the suggested update are:
   a. It would be if great benefit in evaluating the individual claims and;
   b. It may be of benefit in obtaining a lump sum loan by the Municipality so as to dispose of the matter.

6. As the matters now stands, defense counsel have no authorizations to settle; and are hard pressed to request authorizations until such time as pending trial plaintiffs are identified.

7. In the opinion of the undersigned, a status conference is in order.

**WHEREFORE** it is respectfully requested that this Honorable Court take notice of the above and that it schedule a status conference on a date convict to this Honorable Court and to all counsel of record.

In Ponce for San Juan, Puerto Rico this 23 of May 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603.

RESPECTFULLY,

S/Harry R. Segarra
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
eqclaw@centennialpr.net