UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>PLAINTIFFS<br><br>VS.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned and respectfully **NOTIFIES** and **PRAYS**:

1. The meeting with Luis V. Villares-Sarmiento, Esq. was had on Thursday 12 May 2005 at his office in San Juan.

2. Dr. Evelyn Quiñones Carrasquillo, Esq. was also present.

3. The undersigned met with the Honorable Mayor of Adjuntas on Thursday May 19, 2005.

**WHEREFORE** it is respectfully requested that notice be taken of the abovementioned and of our efforts related to the matter of caption.

In Ponce for San Juan, Puerto Rico this 20 of May 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing w*ith the Clerk of the Cou*rt using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., Sanchez, Betances & Sifre, PO Box 195055, San Juan,

PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603.

**RESPECTFULLY,**

S/Harry R. Segarra
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
eqclaw@centennialpr.net