UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>PLAINTIFFS<br><br>VS.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>DEFENDANTS | CASE NO. 97-2639 (JP) |

## NOTICE & MOTION

**TO THE HONORABLE COURT:**

   **COMES NOW** the Municipality of Adjuntas, by the undersigned, and respectfully **AVERS** and **PRAYS**:

1. With an eye towards settlement the matter of caption was recently discussed at length with the representative of the Municipality of Adjuntas.

2. Settlement, is out of the question, in that there are no funds available for such purposes.

   **WHEREFORE** it is respectfully requested that the matter be scheduled for Trial on a date or dates available to the calendar of this Honorable Court and/or for some other disposition of the court.

   In Ponce for San Juan, Puerto Rico this 10 of June 2005.

   I hereby **CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-

Sarmiento, Esq., Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603.

RESPECTFULLY,

S/Harry R. Segarra
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
eqclaw@centennialpr.net