UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>    PLAINTIFFS<br><br>vs.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

   **COMES NOW** the undersigned and respectfully **NOTIFIES AND PRAYS:**

   1. The undersigned recently received a telephone call from the Honorable Jaime Barlucea, Mayor of Adjuntas.

   2. The information provided provokes this writing.

   3. Annexed hereto is a copy of the letter dated 10 June 2005 authored by Israel Roldan-Gonzalez, Esq.

   4. The letter, at first blush, is a complete distortion of the facts - to wit:

The mayor of Adjuntas at no time has stated that he had no intention of settling the remaining cases. What he did state was that the Municipality, did not have the funds to settle the remaining cases.

5. Several years ago, I had the privilege to be the guest of a well known personality -in the medical world.

6. She presented me with a book on whose first sheet she wrote: "Its not what happens in your life. Its how you handle it"

7. Counsels representations to this Honorable Court are unwarranted as for the record not trues.

8. The averments as to the Mayor are tantamount to an attempted political assassination.

9. Plaintiffs are affiliated with the PNP; They were fired by a P.P.D. Mayor for evident political reasons but the present Mayor is also P.N.P.

10. Problem: The incidents complained of in the Complaint **DID NOT** occur during his watch.

**WHEREFORE** it is respectfully requested that Notice Be Taken of the aforementioned and as to counsel Israel Roldan-Gonzalez, Esq. A clarification to his clients is warranted and certainly a public apology is due to the Honorable Jaime Barlucea, Mayor of Adjuntas.

In Ponce for San Juan, Puerto Rico this 27 of June 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
eqclaw@centennialpr.net