# Israel Roldán González
ABOGADO - NOTARIO

Progreso 44
Aguadilla, Puerto Rico 00603
Tel. (787) 891-1359
Fax (787) 882-5000

10 de junio de 2005

Marta Zayas Vázquez
Jardines de Adjuntas B-11
Adjuntas, P.R. 00601

          RE:   Status restantes 62 demandantes
                   Caso Municipio de Adjuntas

Estimado Sr.(a):

    Para sorpresa mía el abogado del Municipio de Adjuntas, Lcdo. Harry Segarra me informó que el Sr. Alcalde no tiene intención de transigir la reclamación de los 62 demandantes que restan. Como consecuencia le he pedido al Tribunal que señale la vista a la brevedad posible. Yo anticipo que probablemente para el mes de agosto empezaremos a ver los casos, y que tomando en consideración las decisiones que ya ha emitido el Tribunal de Primer Circuito de Boston, para diciembre de este año debemos haber concluido todos los casos pendiente. Ellos siempre podrían recurrir al Tribunal del Circuito de Boston, pero como todas las posible cuestiones de derecho han sido resultas, incluyendo los argumentos relativo a la cuantía que recibieron los primeros 20 demandantes y los conceptos de las mismas veo pocas probabilidades de éxito en una apelación. Entiendo que solo si el jurado otorgará alguna compensación exageradamente alta tendría el Municipio probabilidad de pedir revisión. Si la compensación que se le otorgue a ustedes es igual o similar a la concedida a los primeros 20 demandantes pienso que no tendrían éxito en pedir revisión ya que esto ya fue adjudicado.

Es lamentable que el Sr. Alcalde no haya querido transigir esta reclamación ya que ello tendrá probablemente como resultado que el Municipio se va a ver obligado a pagar cantidades mayores. Tan pronto el Tribunal reaccione al la Moción que radiqué, copia de la cual le incluyo, los citaré a una reunión para empezar a prepararlos para juicio, de la misma forma que lo hicimos en la ocasión anterior.

El Ledo. Gael Mahony quien fue el abogado de Boston que me asistió en las apelaciones está en la disposición de participar conmigo en este proceso.

Con mis mejores deseos, quedo

Cordialmente,

ISRAEL ROLDÁN GONZÁLEZ

IRG/sh

Anejo