UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>    PLAINTIFFS<br><br>VS.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

   **COMES NOW** the Municipality of Adjuntas, by the undersigned and respectfully **NOTIFIES AND PRAYS:**

1. By a copy of this Notice and Motion to Israel Roldan-Gonzalez, Esq., the Municipality of Adjuntas hereby requests that plaintiffs' counsel identify the plaintiffs who will proceed to trial presently.

   In Ponce for San Juan, Puerto Rico this 7 of July 2005.

   I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of this Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-

González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
eqclaw@centennialpr.net