UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>    PLAINTIFFS<br><br>VS.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

   **COMES NOW** the undersigned and respectfully **NOTIFIES AND PRAYS:**

1. Due to a inadvertent error in our calendar we advised our availability to assist the further status conference before the court scheduled for the 24th of August, 2005.

2. In cross matching our calendar, we note that we will be out of Puerto Rico on the 24th of August 2005[1].

   Wherefore it is respectfully requested that the appearance before the Court be set aside and that it be scheduled for any of the following dates:

---

[1] We will be out of our offices between August 20th, up to and including August 28, 2005.

(a) August 30 or 31

(b) September 01, 02, 06, 07 or 08

In Ponce for San Juan, Puerto Rico this 7 of July 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

| | |
|---|---|
| *S/Harry R. Segarra* | *S/Evelyn Quiñones-Carrasquillo* |
| Harry R. Segarra | Dr. Evelyn Quiñones-Carrasquillo |
| USDC-PR 122511 | USDC-PR 211308 |
| Santa Maria Mall | Santa Maria Mall |
| 471 Ferrocarril Ave. - Suite 207 | 471 Ferrocarril Ave. - Suite 207 |
| Ponce, Puerto Rico 00731 | Ponce, Puerto Rico 00731 |
| Tel. (787) 848-8113 | Tel. (787) 848-8113 |
| Fax. (787) 843-6717 | Fax. (787) 843-6717 |
| eqclaw@centennialpr.net | eqclaw@centennialpr.net |