IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et. al. | CIVIL NO. 97-2639 (JP) |
| Plaintiffs | |
| vs. | Damages, Injunctive Relief and Discrimination Trial by Jury Requested |
| HON. ROBERTO VERA MONROIG, et al. Defendants | |

**MOTION REQUESTING EXTENSION OF TIME TO NOTIFY NEXT GROUP OF PLAINTIFFS FOR TRIAL**

TO THE HONORABLE COURT:

NOW COME defendants, Roberto Vera Monroig and Irma M. González Delgado, in their personal capacities, through the undersigned counsel and respectfully allege and pray:

1. This Honorable Court ordered the parties to select, each, a total of 10 plaintiffs who will go to the next trial. The Court granted until today, July 14, 2005, to notify their selection.

2. Attorney Israel Roldan is currently attending to a medical emergency involving his daughter.

3. Therefore, the undersigned requests that this Honorable Court allows the parties until Monday, July 18 to discuss their plaintiff's selection and to inform the Court about their pick.

WHEREFORE it is respectfully requested from this Honorable Court to grant the parties until Tuesday, July 19, 2005 to announce the next twenty plaintiffs who will participate in the next trial.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this July 14, 2005.

IT IS HEREBY CERTIFIED that on this same day, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Israel Roldán-González, Esq., and Harry R. Segarra-Arroyo, Esq.

    Luis V. Villares Sarmiento
    USDC NO. 216403

    SÁNCHEZ BETANCES, SIFRE,
    MUÑOZ NOYA & RIVERA, P.S.C.
    PO BOX 195055
    SAN JUAN, PR 00919-5055
    Phone: (787) 756-7880
    Fax No. (787) 753-6580
    lvillares@sbsmnr.com

H:\200.000\200.003\FEDERAL\58-Moc.wpd