# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| <u>LUIS ACEVEDO GARCIA</u>, et al<br>PLAINTIFFS | CASE NO. 97-2639<br>(JP) |
| VS. | |
| <u>MUNICIPIO DE ADJUNTAS</u>, et al<br>DEFENDANTS | Plantiffs Demand<br>Trial By Jury |

## NOTICE & MOTION

**TO THE HONORABLE COURT:**

   **COMES NOW** the Municipality of Adjuntas by the undersigned and respectfully **NOTIFIES AND PRAYS:**

1. By Order of Court dated July 7, 2005, the names of the plaintiffs proceeding to trial were to be notified "on or before July 14, 2005".

2. Counsel Israel Roldan, Esq. notified a "personal family problem" and that he could not comply by 14 July 2005.

3. The undersigned has no problem and has no objection to the grant of an extension of time to Notice & Comply.


   Wherefore it is respectfully requested that Notice be Taken of our position.

In Ponce for San Juan, Puerto Rico this 18th of July 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of this Honorable Court using the CM/ECF system which will send notification of such filing to the following counsels: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

| | |
|---|---|
| S/Harry R. Segarra | S/Evelyn Quiñones-Carrasquillo |
| Harry R. Segarra | Dr. Evelyn Quiñones-Carrasquillo |
| USDC-PR 122511 | USDC-PR 211308 |
| Santa Maria Mall | Santa Maria Mall |
| 471 Ferrocarril Ave. - Suite 207 | 471 Ferrocarril Ave. - Suite 207 |
| Ponce, Puerto Rico 00731 | Ponce, Puerto Rico 00731 |
| Tel. (787) 848-8113 | Tel. (787) 848-8113 |
| Fax. (787) 843-6717 | Fax. (787) 843-6717 |
| eqclaw@centennialpr.net | eqclaw@centennialpr.net |