IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et. al.<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA MONROIG, et al.<br>Defendants | CIVIL NO. 97-2639 (JP)<br><br><br>Damages, Injunctive Relief and Discrimination<br>Trial by Jury Requested |

**MOTION IN COMPLIANCE WITH COURT ORDER**

TO THE HONORABLE COURT:

NOW COME defendants, Roberto Vera Monroig and Irma M. González Delgado, in their personal capacities, through the undersigned counsel and respectfully inform and pray:

1. The undersigned and Harry R. Segarra, Esq., counsel for the Municipality of Adjuntas, in representation of all defendants hereby notify their selection as to the next group of ten plaintiffs for the next trial, as ordered by this Honorable Court.

2. Defendants select the following four plaintiffs with pending claims involving both political discrimination and political harassment:

   1) Nora E. López Maldonado
   2) Luis N. Madera López
   3) Oscar Quiñonez Salcedo
   4) Luis Plaza García

3. The appearing defendants also select the following six plaintiffs with a pending claim involving only political discrimination:

   1) Clara Ayala
   2) Domingo Caraballo Ortiz
   3) Obed D. Cintrón

      4) Aurora Cabán Maldonado
      5) Wanda Torres Laracuente
      6) Awilda Torres Natal

WHEREFORE, it is respectfully requested from this Honorable Court to note defendants' selection of the plaintiffs for the next trial in compliance with its order.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this July 20, 2005.

IT IS HEREBY CERTIFIED that on this same day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Israel Roldán-González, Esq., and Harry R. Segarra-Arroyo, Esq.

      s/ Luis V. Villares Sarmiento
      USDC NO. 216403

      SÁNCHEZ BETANCES, SIFRE,
      MUÑOZ NOYA & RIVERA, P.S.C.
      PO BOX 195055
      SAN JUAN, PR 00919-5055
      Phone: (787) 756-7880
      Fax No. (787) 753-6580
      lvillares@sbsmnr.com

H:\200.000\200.003\FEDERAL\59-Moc.wpd