IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS.<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, ET ALS.<br>Defendants | Civil No.: 97-2639(JP) |

**MOTION FOR DISBURSEMENT OF FUNDS**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

In compliance with this Honorable Court's Order of November 17, 2004 defendants have deposited the amount of $3,952,292.47 as the 2nd and last payment of the Judgment entered by the Court as to the first twenty plaintiff in the above entitled case.

We respectfully request that this Honorable Court order the Clerk of the Court to issue twenty separate checks in favor of said plaintiffs as follows:

| | |
|---|---|
| Edwin Plaza | $197,614.62 |
| Lilliam Torres | $197,614.62 |
| Iris B. Rivera | $197,614.62 |
| Sonia Bermudez | $197,614.62 |
| Nora E. Ruiz | $197,614.62 |
| Jose Aponte | $197,614.62 |

| | |
|---|---|
| Jose A. Rodriguez | $197,614.62 |
| Juan A. Hernandez | $197,614.62 |
| Maria Irizarry | $197,614.62 |
| Miguel Camacho | $197,614.62 |
| Luz M. Ramirez | $197,614.62 |
| Helga Maldonado | $197,614.62 |
| Luis Acevedo | $197,614.62 |
| Isabel Velez | $197,614.62 |
| Jose J. Rosado | $197,614.62 |
| Fermin Diaz | $197,614.62 |
| Luz N. Perez | $197,614.62 |
| Edirudis Ramos | $197,614.62 |
| Flor M. Santiago | $197,614.62 |
| Gabriel Caraballo | $197,614.69 |
| Amount deposit: | $3,952,292.47 |

If any interest are accrued after the deposit is made by plaintiff we respectfully request that the same be divided in 20 equal shares, 1 part for each of these 20 plaintiffs and that said amount be added to the amount that we are requesting that the checks be issued.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Attorneys; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, lvillares@sbslaw.com, and Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this   1 day of August 2005.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.    (787) 891-1359**
**Fax.    (787) 891-5000**
roldangonzalezpr@yahoo.com