IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
LUIS ACEVEDO-GARCIA, et al.,       *
                                   *
     Plaintiffs,                   *
                                   *
vs.                                *      CIVIL NO. 97-2639 (JP)
                                   *
MUNICIPALITY OF ADJUNTAS, et al.,  *
                                   *
     Defendants                    *
                                   *
```

### **O R D E R**

On August 30, 2005, the parties met with the Court for a Status/ Settlement Conference, represented by counsel.

The Court hereby enters the following **ORDERS:**

1. The Court **SETS** a Settlement Conference for **September 21, 2005, at 2:00 p.m.**

2. To facilitate settlement of this case, the Mayor of Adjuntas and his economic advisor **SHALL** attend the September 21st Settlement Conference.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of September, 2005.

                                                                         S/ Jaime Pieras, Jr.
                                                                           JAIME PIERAS, JR.
                                                         U.S. SENIOR DISTRICT JUDGE