IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
LUIS ACEVEDO-GARCIA, et al.,        *
                                    *
     Plaintiffs,                    *
                                    *
vs.                                 *        CIVIL NO. 97-2639 (JP)
                                    *
MUNICIPALITY OF ADJUNTAS, et al.,   *
                                    *
     Defendants                     *
_____    *
```

## **O R D E R**

On September 22, 2005, the Mayor Jaime Barlucea-Maldonado of Adjuntas, the Mayor's economic advisor, and the parties, represented by counsel, met with the Court for a Settlement Conference.

The Court hereby enters the following **ORDERS:**

1.    **On September 26, 2005,** the Defendants **SHALL** meet with Mrs. Luz Sánchez, the Treasury Department Liason of the Municipality of Adjuntas.  The purpose of the meeting is for Mrs. Sánchez to inform the Defendants of the repayment agreement between the Municipality of Adjuntas and the Department of the Treasury.

2.    Plaintiffs **SHALL** inform the Defendants which, if any, of the Plaintiffs were employed after they were dismissed from their jobs with the Municipality of Adjuntas, and the gross salaries of such Plaintiffs.  The Plaintiffs **SHALL** provide this information to the Defendants **on or before October 26, 2005.**

3.    The Defendants **SHALL** make a settlement offer to the Plaintiffs **on or before October 26, 2005.**

4.    Counsel for the Plaintiffs **SHALL** communicate that settlement offer to the Plaintiffs **on or before November 10, 2005.**

CIVIL NO. 97-2639 (JP)            2


     5.    The Plaintiffs **SHALL** accept or reject the Defendants'
settlement offer **on or before November 17, 2005.**  The parties **SHALL**
inform the Court of the status of settlement negotiations **on or**
**before November 17, 2005.**
     **IT IS SO ORDERED.**
     In San Juan, Puerto Rico, this 22nd day of September, 2005.


                                        S/ Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE