UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>            VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** the Municipality of Adjuntas by the undersigned and respectfully **NOTIFIES AND PRAYS:**

1. The last <u>Order</u> of this Honorable Court <u>required</u> that <u>counsel for plaintiffs</u> remit information related to the remaining plaintiffs to try their individual cases.

2. Counsel for the Municipality of Adjuntas have not "as yet" been favored with the information ordered by this Honorable Court.

**WHEREFORE** it is respectfully requested that Notice Be Taken by this Honorable Court of Plaintiff's Non-Compliance and that such Order(s) follow, as deemed necessary and proper by this Honorable Court.

In Ponce for San Juan, Puerto Rico, this 17th day of October 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs; to the Municipality of Adjuntas, PO Box 1009, Adjuntas, PR 00601; and to Hans Mercado, Esq..

**RESPECTFULLY,**

*S/Harry R. Segarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113 / Fax. (787) 843-6717
E-mail: eqclaw@centennialpr.net