IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | |
|    Plaintiffs | |
| vs. | Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | |
|    Defendants | |

## MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

On October 17, 2005 defendant file a motion complaining that as of said date they had not received the information as to how many plaintiff procured a job after being dismissed from the Municipality of Adjuntas.

We respectfully call to the attention of this Honorable Court that the information was provided in our letter dated October 14, 2005. When we received defendant's motion we called counsel Segarra's Office and confirmed receipt of our letter with his secretary Lizzy Ramos.

It should be noted that this Honorable Court granted plaintiff until October 26, 2005 to provide the information requested by the defendant.

**WHEREFORE,** It is respectfully requested that this Honorable Court take notice of the above.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, lvillares@sbslaw.com, and Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 18th day of October, 2005.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.   (787) 891-1359**
**Fax.   (787) 891-5000**
roldangonzalezpr@yahoo.com