# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUIS ACEVEDO GARCIA,
et al

      PLAINTIFFS

             VS.                   CASE NO. 97-2639 (JP)

MUNICIPIO DE ADJUNTAS,
et al

      DEFENDANTS

## NOTICE & MOTION

**TO THE HONORABLE COURT:**

**COME NOW** the undersigned and respectfully **NOTIFIES AND PRAYS:**

1. Annexed hereto is the report prepared by Hans R. Mercado, Esq. - C.P.A. related to his efforts to obtain funds to settle the matter of caption[1].

2. Note should be taken that his next effort is scheduled for 15 November 2005.

---

[1]The undersigned has not been notified as to the writing was sent by regular mail and fax to Israel Roldan-Gonzalez, Esq. and to Luis V. Villares-Sarmiento, Esq.

**WHEREFORE** it is respectfully requested that Notice Be Taken of Mr. Mercado's efforts and that this Honorable Court issue such Order(s) as deemed necessary and proper.

In Ponce for San Juan, Puerto Rico, this 8th day of October 2005.

I hereby **CERTIFY** that on this date, I <u>electronically</u> filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs; to the Municipality of Adjuntas, PO Box 1009, Adjuntas, PR 00601; and to Hans Mercado, Esq..

**RESPECTFULLY,**

*S /H arry R . S egarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113 / Fax. (787) 843-6717
E-mail: eqclaw@centennialpr.net