Lcdo. Hans R. Mercado, CPA
Asesor de Finanzas y Administración
Municipio de Adjuntas

5 de noviembre de 2005

Lcdo. Harry R. Segarra
Law Offices Quiñónes & Segarra
471 Ave. Ferrocarril, Suite 207
Ponce, Puerto Rico 00717

**RE: Caso Luis Acevedo, et al vs. Municipio de Adjuntas (Civil No. 97-2639)**

Estimado Lcdo. Segarra:

Reciba un cordial saludo de mi parte y le deseo mucho éxito en sus gestiones diarias.

Relacionado al caso de referencia le informo de las gestiones realizadas para explorar la capacidad del Municipio de Adjuntas de incurrir en algún financiamiento o acuerdo de reembolso, ajustado a la realidad económica del Municipio, que nos permita hacer una oferta de transacción válida y razonable.

I. Gestiones:

   a) Se solicitó al Banco Gubernamental de Fomento (BGF) que actualizara los cómputos para la determinación del Margen Prestatario y capacidad de pago del Municipio. Según comunicación del BGF, del 19 de septiembre de 2005, el margen legal disponible de la Contribución Adicional Especial (CAE) al 1 de julio de 2005, asciende a $1,184,525.

   b) Comenzamos a analizar la posibilidad de obtener fondos mediante reembolso bajo las disposiciones de la Ley 9. Para esto se hace necesario contar con margen operacional disponible para computar el repago del acuerdo. En comunicación del BGF, del 18 de octubre de 2005, se nos notificó que conforme al análisis realizado bajo la Ley 55 del 18 de agosto de 2005, el Municipio no cuenta con capacidad de pago operacional.

   c) El día 25 de octubre de 2005, el Sr. Alcalde y este servidor nos reunimos con la Sra. Enid López, Directora de Financiamiento Municipal del BGF, para discutir sobre el cómputo del margen operacional y refutar el análisis del BGF, basado en los estados financieros del Municipio.

Luis Avecedo, et al vs. Municipio de Adjuntas (Civil No. 97-2639)
Pág. 2

    d) El día 31 de octubre de 2005, se sometió documento al BGF para demostrar la capacidad de pago operacional del Municipio, según información obtenida en los estados financieros.

    e) Se pautó reunión para el próximo día 15 de noviembre de 2005, en la Oficina de Enlace Municipal del Dpto. de Hacienda para auscultar la cantidad máxima que el municipio pueda incurrir a través de un acuerdo de reembolso, según el nuevo margen operacional computado por el BGF.

Una vez sostenida la reunión antes mencionada y teniendo un escenario más preciso sobre la capacidad de pago del Municipio, podremos reunirnos con ustedes y brindarles la información necesaria.

Cualquier duda o pregunta sobre este particular, favor comuníquese con este servidor.

Esperando haberle informado sobre el particular y reiterándole mi colaboración, quedo de usted.

Cordialmente,

Lcdo. Hans R. Mercado, CPA
Asesor de Finanzas y Administración

xc. Hon. Jaime H. Barlucea Maldonado

2