IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | * |
| Plaintiffs | * |
| vs. | * Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

On September 27, 2005 this Honorable Court issued an order which stated in averment three that defendants were to make a settlement offer to plaintiff on or before October 26, 2005, said settlement offer was not made.

On October 28, 2005 we sent brother counsel Harry Segarra a letter calling to his attention that I had not received the settlement offer. On November 7, 2005 brother counsel Segarra sent us a letter indicating that he had been reading the deposition transcripts and answer to interrogatories and that he would like to discuss settlement of some of the cases pending with the subscriber.

As a consequence of brother counsel's letter I invited him to meet at my office on November 9, 2005 to discuss the settlement. On November 8, 2005 brother counsel

Segarra sent a memo by fax stating that he could not be in our office on November 9th because he had three depositions to take and he invited me to his office in Ponce either on the 11, 16, or 17 of November. On the same date November 8th he sent another letter stating that he had not received settlement authorization, that in fact he has not been able to speak to Mr. Hans Mercado, the finance adviser of the mayor who attended the last settlement conference held, but that he was willing to sit with us to review several cases.

Nevertheless, the fact still remain that no settlement offer has been made and as a consequence we won't be able to communicate any settlement offer to plaintiff on or before November 10th as ordered by the court. We will meet with brother counsel, once we reach him since today which is the first day suggested by brother counsel is a Holiday and we have been trying to reach him by phone to see if he's available and at his office the only thing we get is the voice mail, on either of the dates he suggested although we believe since he has no settlement authorization there will not be too much we can accomplish in said meeting. Unfortunately, this will continue to delay the remaining claims that are pending before this Honorable Court.

We strongly believe from the input we have received from defendants that the remaining claims won't be settled.

We will inform the court of the result of the meeting with brother counsel Segarra.

**WHEREFORE,** It is respectfully requested that this Honorable Court take notice of this informative motion.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Attorneys; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, lvillares@sbslaw.com, and Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 11th day of November, 2005.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com