UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>                VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COME NOW** the undersigned counsel and respectfully **NOTIFY AND PRAY:**

1. The undersigned will meet with plaintiffs' counsel at 2:00 p.m. today November 16, 2005 to discuss individual cases and try to, in principal, agree on a settlement figure for each case.

2. We have not, as yet, been authorized settlement funds, however, we await the advises of the municipality's financial adviser Hans R. Mercado, Esq. / CPA.

**WHEREFORE** it is respectfully requested that this Honorable Court Take Notice of our efforts.

In Ponce for San Juan, Puerto Rico, this 16th day of November 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs; to the Municipality of Adjuntas, PO Box 1009, Adjuntas, PR 00601; and to Hans Mercado, Esq..

**RESPECTFULLY,**

*S/Harry R. Segarra*
**Harry R. Segarra**
**USDC-PR 122511**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
eqclaw@centennialpr.net

*S/Evelyn Quiñones-Carrasquillo*
**Dr. Evelyn Quiñones-Carrasquillo**
**USDC-PR 211308**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
eqclaw@centennialpr.net