UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>                    VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned and respectfully replies to the Motion of plaintiff's counsel dated 15 December 2005:

1. We have no comments or quarrel with the averments of the aforementioned motion.

2. We are without settlement authority[1] to tender plaintiffs or their counsel.

---

[1] Our authority is vested in and with the Municipality of Adjuntas, its Mayor and financial advisors.

3. We cannot offer what is not within our authority.

**WHEREFORE** it is respectfully requested that Notice Be Taken of our position and authority.

In Ponce for San Juan, Puerto Rico this 20 of December 2005.

I hereby **CERTIFY** that on this date, I <u>electronically</u> filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
E-mail: eqclaw@centennialpr.net