IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **LUIS A. ACEVEDO GARCIA, ET ALS.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | Civil No.:   97-2639(JP) |
| vs. | * | |
| | * | |
| **HON. ROBERTO VERA-MONROIG, ET ALS.** | * | |
| | * | |
| Defendants | * | |
| | * | |
| ************************************************* | | |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

In reference to brother counsel Harry Segarra's motion dated, December 20, 2005, we respectfully would like to call to the attention of this Honorable Court that when it ordered defendant to submit a settlement offer to plaintiff, this order was not given to defendant counsel, but to the Municipality of Adjuntas through its actual Mayor, Jaime Barlucea who was present at the meeting held in Honorable Judge Pierras Chambers and the Mayor was accompanied by his financial advisor, Hans Mercado.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** It is respectfully requested that this Honorable Court take notice of the above.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Attorneys; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, lvillares@sbslaw.com, and Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net.

In Aguadilla, Puerto Rico, this 21st day of December, 2005.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com