UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>　　　PLAINTIFFS<br><br>　　　　　VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>　　　DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** the Municipality of Adjuntas and respectfully **REPLIES AND PRAY**[1]:

1. All replies of the defendants; all orders of the Court are given to Counsel.

2. Thus our reply to plantiff's counsel[2].

---

[1] Motion dated 21 December 2005.

[2] The Mayor of Adjuntas is not an attorney.

**WHEREFORE** it is most respectfully requested that Notice Be Taken of our reply and that such orders as are warranted be issued to the undersigned counsel.

In Ponce for San Juan, Puerto Rico this 23 of December 2005.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
E-mail: eqclaw@centennialpr.net