UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>        VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COME NOW** the undersigned counsel and respectfully **NOTIFY AND PRAY:**

1. We are advised that the Mayor of Adjuntas and his financial advisor Hans Mercado, Esq. are currently in the process of meetings with Department of Justice persons so as to obtain settlement funds.

2. It is expected that once all avenues of revenues are exhausted, the Municipality will be in a position to make a package settlement offer to counsel for plaintiffs.

**WHEREFORE** it is respectfully requested that Notice Be Taken of our efforts to dispose of the matter of caption.

In Ponce for San Juan, Puerto Rico, this 11th day of January 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
**Harry R. Segarra**
**USDC-PR 122511**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
eqclaw@centennialpr.net

*S/Evelyn Quiñones-Carrasquillo*
**Dr. Evelyn Quiñones-Carrasquillo**
**USDC-PR 211308**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
eqclaw@centennialpr.net