UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

LUIS ACEVEDO GARCIA,
et al
    PLAINTIFFS

       VS.              CASE NO. 97-2639 (JP)

MUNICIPIO DE ADJUNTAS,
et al
    DEFENDANTS

---

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

    **COME NOW** the undersigned counsel and respectfully **NOTIFY AND PRAY:**

    1. In order to obtain settlement funds, we are advised a comprehensive letter must be drafted to the Secretary of the Treasury and Justice, Commonwealth of Puerto Rico.

    2. The format of the letters has been obtained and Dr. Evelyn Quiñones-Carrasquillo is, at present, in the process of preparing a draft for the perusal, advices and counsel of the Mayor of Adjuntas.

3. Plaintiff's counsel recently advised that such a letter would be of no moment given the fact that a sum certain had not been agreed upon by plaintiffs.

4. In principle, the undersigned agrees.

5. To that end, a Status Conference, in the opinion of the undersigned, may be necessary and in order.

6. The undersigned have available the following dates: February 21, 22, 23 and 28; March 7, 8, 9, 14, 15, 28, 29 and 30; April 4, 5 and 6[1].

**WHEREFORE** it is respectfully requested that such a Status Conference be scheduled on a date and time convenient to this Honorable Court.

In Ponce for San Juan, Puerto Rico, this 17th day of January 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-

---

[1] All during the afternoon hours.

González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
**Harry R. Segarra**
**USDC-PR 122511**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
**eqclaw@centennialpr.net**

*S/Evelyn Quiñones-Carrasquillo*
**Dr. Evelyn Quiñones-Carrasquillo**
**USDC-PR 211308**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
**eqclaw@centennialpr.net**