```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

LUIS ACEVEDO-GARCIA, et al.,      \*
                                  \*
    Plaintiffs,                  \*
                                  \*
vs.                               \*       CIVIL NO. 97-2639 (JP)
                                  \*
MUNICIPALITY OF ADJUNTAS, et al., \*
                                  \*
    Defendants                   \*
                                  \*

## ORDER

The Court has before it the defendants' Notice and Motion, filed on January 17, 2006 (**No. 455**) in which the defendants request that a status conference be set in this case.

The Court **GRANTS** the motion, and **SETS** a status conference for **March 7, 2006, at 2:00 p.m.**

If the case is not settled on or before the status conference, the Court will schedule a jury trial for the next twenty plaintiffs. The Court **ORDERS** the parties to jointly select twenty plaintiffs for the next trial on or before February 28, 2006.  The selected plaintiffs should be representative of all of the remaining plaintiffs in this case.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 18th day of January, 2006.

                                                                      s/Jaime Pieras, Jr.
                                                                        JAIME PIERAS, JR.
                                                        U.S. SENIOR DISTRICT JUDGE