IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS.<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, ET ALS.<br>Defendants | Civil No.:   97-2639(JP) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

In reference to this Courts Order we respectfully call to the attention of this Honorable Court that the 20 plaintiffs for the next trial were selected by the parties. (Docket # 430 & 432) They are as follows:

Plaintiff selection

1. Brunilda Caraballo Ramos
2. Migdalia Pagán Reyes
3. Miguel A. Sanatana Pérez
4. Miguel S. Ostolaza Miró
5. Héctor Camacho Alicea
6. Jacqueline González Vélez
7. Angel Munet Echevarría
8. Janisse M. Plaza Ruiz
9. Nilda E. Rosario Virola
10. Luz M. Rivera Santiago

Defendant selection

11. Nora E. López Maldonado
12. Luis N. Madera López
13. Occar Quiñones Salcedo
14. Luis Plaza García
15. Clara Ayala
16. Domingo Caraballo Ortiz
17. Obed D. Cintrón
18. Aurora Cabán Maldonado
19. Wanda Torres Laracuente
20. Awilda Torres Natal

**WHEREFORE,** It is respectfully requested that this Honorable Court take notice of the above.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, lvillares@sbslaw.com, and Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 19th day of December, 2006.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com