## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO GARCIA, ET ALS.  *
                                  *
    Plaintiffs                 *
                                  *    Civil No.:    97-2639(JP)
    vs.                        *
                                  *
HON. ROBERTO VERA-MONROIG,        *
ET ALS.                           *
    Defendants                 *
                                  *
**************************************************

## <u>INFORMATIVE  MOTION</u>

**TO THE HONORABLE COURT:**

    **COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

    After reviewing the file of the remaining 62 plaintiffs (docket 457) we inform this Honorable Court that is our opinion that the 20 plaintiffs selected for the next Trial are representative of all the remaining plaintiffs.  The claims of those plaintiffs with harassment and discrimination claims are similar and representative of the remaining plaintiffs with harassment and discrimination claims.  The claims of those plaintiffs that have only discrimination claims are similar and representative of the plaintiffs that have only a discrimination claim.

    **WHEREFORE,** It is respectfully requested that this Honorable Court take notice of the above.

    **I hereby certify** that on this date, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys; Luis V. Villares Sarmiento, Esq., Sanchez Betances & Sifre, P.O. Box 195055, San Juan, Puerto Rico 00919-5055, lvillares@sbslaw.com, and Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 21st day of February, 2006.

*s / Israel Roldán González*

**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com