IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et. al.<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA MONROIG, et al.<br>Defendants | CIVIL NO. 97-2639 (JP)<br><br><br>Damages, Injunctive Relief and Discrimination Trial by Jury Requested |

## MOTION REQUESTING LEAVE TO WITHDRAW
## AS LEGAL COUNSEL

TO THE HONORABLE COURT:

    1. The Secretary of Justice of the Commonwealth of Puerto Rico has decided as a matter of policy that the legal representation of the appearing defendants be assumed by the Department of Justice. To said effects, the undersigned have been requested to resign as counsel for defendants in the above entitled case.

    2. In compliance with said instruction, the undersigned counsel hereby move for leave to withdraw as attorney for the defendants, in their personal capacity, in the above entitled case. Also, that said defendants be allowed a reasonable term within which to inform the Court of their new legal representation.

    3. We have been instructed to deliver the files of the case to Vivian González Méndez, Esq., Associate Secretary of Justice for Litigation, Department of Justice, Olimpo Street, corner to Axtmayer Street, Miramar, San Juan, Puerto Rico. Today we are delivering the same to her, with a report on the status of the

proceedings.

4. It is our understanding that any communication to the defendants should also be addressed to attorney González Méndez at the before mentioned address.

WHEREFORE, it is respectfully requested to this Honorable Court that this motion be **GRANTED** and, consequently, leave be granted to the undersigned counsel to withdraw as attorney for the defendants, Roberto Vera Monroig and Irma González in their personal capacity, and that they be allowed a reasonable term within which to inform of their new counsel.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 10th day of March, 2006.

IT IS HEREBY CERTIFIED: that on this same date I electronically filed this motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Israel Roldán-González, Esq.; Harry R. Segarra-Arroyo, Esq. and Evelyn Quiñones Carrasquillo, Esq.

s/ Luis V. Villares Sarmiento
USDC NO. 216403

SÁNCHEZ BETANCES, SIFRE,
MUÑOZ NOYA & RIVERA, P.S.C.
PO BOX 195055
SAN JUAN, PR 00919-5055
Phone: (787) 756-7880
Fax No. (787) 753-6580
lvillares@sbsmnr.com

H:\200-Justicia\200.003\FEDERAL\61 mot to withdraw.wpd