IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als.<br><br>    Plaintiffs<br><br>       v.<br><br>HON. ROBERTO VERA-MONROIG, et als.,<br><br>    Defendants. | CIVIL NO. 97-2639 (JP) |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

**COME NOW** defendants, Roberto Vera-Monroig, and Irma Gonzalez in their personal capacity, through the undersigned attorney, and very respectfully informs as follows.

Attorney Luis Villares-Sarmiento requested leave to withdraw as attorney of record for the appearing Defendants. (Docket 461)

Thus, Defendants request leave from the Court so that attorney Ana M. Margarida-Julia is allowed to assume legal representation in substitution of attorney Luis Villares-Sarmiento.

**WHEREFORE,** defendants respectfully request that this Honorable Court grant defendants' motion and allow new counsel to assume legal representation.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: **Israel**

**Roldan-Gonzalez, Harry R. Segarra-Arroyo, and Evelyn Quiñonez-Carrasquillo.**

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico on this 23rd day of March, 2006.

| | |
|---|---|
| ROBERTO SANCHEZ-RAMOS<br>Secretary of Justice | **S/ANA M. MARGARIDA-JULIA**<br>ANA M. MARGARIDA-JULIA<br>USDC - 215501 |
| VIVIAN I. GONZALEZ-MENDEZ<br>Acting Deputy Attorney General<br>In Charge of Litigation | Department of Justice<br>Federal Litigation Division<br>San Juan, Puerto Rico  00902-0192<br>Tel. 787-721-5636/Fax 787-723-9188 |
| JO ANN ESTADES-BOYER<br>Director Federal Litigation Division | |