IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS.<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, ET ALS.<br>Defendants | Civil No.:   97-2639(JP) |

## MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

On March 7, 2006 a status conference was held in chambers before judge Jaime Pieras, Jr. At the status conference it was agreed that the defendants was to inform plaintiffs within thirty days if they were to raise the Mt. Healthy City Bd. Of Ed. V. Doyle, 429 U.S. 274, 283-284, 97 S.Ct. 568, 50 L.Ed.2d 471 (1977) defense against any of the remaining plaintiffs.

The thirty days agreed have elapse and as of today defendants have made no notification.

Plaintiffs request from this honorable court that defendants be ordered to comply with said notification and that they be admonished that failure to comply will prevent them from raising the Mt. Healthy, defense against the remaining plaintiffs.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys;Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net. Ana M. Margarida-Julia, Esq., amargarida@justicia.gobierno.pr.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 1st day of May, 2006.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com