# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et als<br>    PLAINTIFFS<br><br>vs.<br><br>MUNICIPIO DE ADJUNTAS, et als<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

## NOTICE & MOTION

**TO THE HONORABLE COURT:**

    **COMES NOW** the Undersigned counsel and respectfully **NOTIFY AND REQUEST:**

1. During the course of our preparation for trial[1] the undersigned found several discrepancies in the personal files of the Plaintiff.

2. In that Request to Admit are not within the scope of discovery requests, a short plea for requests to admit are in order.

3. The requests are relevant and in order in that the answer tendered willen route this matter to a faster and less expensive trial proceeding.

_____

[1]The undersigned have not yet been advised the results the request for settlment funds from the Dept. Of Justice, Commonwealth of Puerto Rico.

**WHEREFORE** it is respectfully requested that be granted to draft and tender a short requests to admit the plaintiffs.

In Ponce for San Juan, Puerto Rico this 26 of May 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603.

**RESPECTFULLY,**

**S/Harry R. Segarra**
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
eqclaw@centennialpr.net