UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS | |
| VS. | CASE NO. 97-2639 (JP) |
| MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COME NOW** the Municipality of Adjuntas, by the undersigned and respectfully **NOTIFY AND PRAY:**

1. In reviewing our 2006 calender entries the undersigned notes that as entry was made for a Pre-Trial Conference on October 04, 2006.

2. In tahta the matter of caption is now scheduled for trial during January of 2007, the undersigned has doubts as to the pre-trial

**WHEREFORE** it is respectfully requested that the undersigned be advised as to the Pre-trial date.

In Ponce for San Juan, Puerto Rico, this 26th day of May 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs; to the Municipality of Adjuntas, PO Box 1009, Adjuntas, PR 00601; and to Hans Mercado, Esq..

**RESPECTFULLY,**

*S/Harry R. Segarra*
**Harry R. Segarra**
**USDC-PR 122511**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
**eqclaw@centennialpr.net**

*S/Evelyn Quiñones-Carrasquillo*
**Dr. Evelyn Quiñones-Carrasquillo**
**USDC-PR 211308**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
**eqclaw@centennialpr.net**