UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>            VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**MOTION**

**TO THE HONORABLE COURT:**

   **COMES NOW** the Municipality of Adjuntas, by the undersigned, and respectfully **AVERS AND PRAYS:**

   1. Should the jurors request to see, for any reason, the compliant of the plaintiffs the Ad Damnum, in the opinion of the undersigned, should be sanitized.

   **WHEREFORE** it is respectfully requested that should a copy of the compliant be provided to the jurors, for any reason, that it be sanitized as to the Ad Damnum.

In Ponce for San Juan, Puerto Rico this 9th of June 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
E-mail: eqclaw@centennialpr.net