## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| |
|---|
| LUIS ACEVEDO GARCIA, et al |
|       PLAINTIFFS |
| |
|       VS.            CASE NO. 97-2639 (JP) |
| |
| MUNICIPIO DE ADJUNTAS, et al |
|       DEFENDANTS |

### MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** the Municipality of Adjuntas, by the undersigned, and  respectfully **PRAYS:**

1.  Given the number of Plaintiffs whose cases will be tried and the expected length of the trial[1], it is the opinion of the undersigned that not less than six (6) alternate jurors should be selected and empaneled.

---

[1]Not less than six (6) weeks.

**WHEREFORE** it is respectfully requested that not less than six (6) alternate jurors be selected from the panel array.

In Ponce for San Juan, Puerto Rico this 9 of June 2006.

I hereby **CERTIFY** that on this date, I <u>electronically</u> filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S /H arry R . S egarra*
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
E-mail: <u>eqclaw@centennialpr.net</u>