# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>            VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

## NOTICE & MOTION

**TO THE HONORABLE COURT:**

**COME NOW** the Municipality of Adjuntas by the undersigned, and respectfully **NOTIFIES AND PRAYS:**

1. Prior to taking any action towards the drafting[1] of a motion pursuat to the Mt. Healthy defenses, the undersigned called and spoke with judge Pieras Jr. law clerk.

2. The clerk advised that Judge Pieras had not an yet issued an order, but that as soon as the Order was drafted, signed and docketed, it would be tendered to the undersigned.

3. The "Enclosed Order" (Docket Text) would reveal and makes reference to an Order regarding "non-mutual collateral estoppel".

4. The undersigned has not been able to view such "Order" and our search has not been fruitful.

**WHEREFORE** it is respectfully requested that the "Order" be re-issued and that a copy be provided to the undersigned for viewing and action if necesary.

In Ponce for San Juan, Puerto Rico, this 12th day of June 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

| | |
|---|---|
| *S/Harry R. Segarra* | *S/Evelyn Quiñones-Carrasquillo* |
| **Harry R. Segarra** | **Dr. Evelyn Quiñones-Carrasquillo** |
| **USDC-PR 122511** | **USDC-PR 211308** |
| **Santa Maria Mall** | **Santa Maria Mall** |
| **471 Ferrocarril Ave. - Suite 207** | **471 Ferrocarril Ave. - Suite 207** |
| **Ponce, Puerto Rico 00731** | **Ponce, Puerto Rico 00731** |
| **Tel. (787) 848-8113** | **Tel. (787) 848-8113** |
| **Fax. (787) 843-6717** | **Fax. (787) 843-6717** |
| **eqclaw@centennialpr.net** | **eqclaw@centennialpr.net** |