IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. * <br> * <br> Plaintiffs * <br> * <br> vs. * <br> * <br> HON. ROBERTO VERA-MONROIG, * <br> ET ALS. * <br> Defendants * <br> * <br> ************************************************** | Civil No.:   97-2639(JP) |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

In reference to defendant's Motion filed on August 9, 2006 as far as we know none of defendant's witness have died and we call to the attention of brother counsel that the Pre-Trial that was prepared by the parties and approved by this Court was as to the full 82 plaintiffs.

**WHEREFORE,** It is respectfully requested that this Honorable Court take notice of the above. this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys; Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net. Ana M. Margarida-Julia, Esq.,

amargarida@justicia.gobierno.pr.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 9th day of August, 2006.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com

2