UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JAVIER BUSTILLO GONZALEZ; MARIEL HERNANDEZ MONAGAS** and the Conjugal Society Composed of Javier Bustillo González and Mariel Hernández Monagas<br>*Plaintiffs*<br><br>Vs.<br><br>**CAPITAL ONE**<br>*Defendants* | **CASE NO. 05-1551 (JP)** |

*NOTICE & MOTION*

**TO THE HONORABLE COURT:**

   **COMES NOW** the plaintiffs, by the undersigned, and respectfully **NOTIFY AND PRAY:**

   1.   The matter of caption was settled and this Honorable Court notified. (annexed is a copy of our notification)

   2.   Wherefore it is respectfuly requested that this Honorable Court take notice of the aforementioned and close its file with prejudice.

In Ponce for San Juan, Puerto Rico this 16th day of August 2006.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: O'Neill & Borges, American International Plaza, 250 Muñoz Rivera Avenue - Suite 800, San Juan, PR 00918-1813.

Respectfully,

*S/Harry R. Segarra*
Harry R. Segarra
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00717
Tel.: (787) 848-8113
Fax: (787) 843-6717
E-Mail: eqclaw@centennialpr.net