IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. * <br> * <br> Plaintiffs * <br> * <br> vs. * <br> * <br> HON. ROBERTO VERA-MONROIG, * <br> ET ALS. * <br> Defendants * <br> * <br> ************************************************* | Civil No.:   97-2639(JP) |

**Brief Reply to Defendant's Motion**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

When this Honorable Court's ordered the severance of this claim, parties were informed that the severance did not imply four different claims and that all the claims were governed by the Pre-Trial Brief presented by the parties and approved by the Court.

As of today that is the ruling in this case. Therefore, we do know the witnesses that defendants will present because they were announced at the Pre-Trail and we inquired if any of said witnesses had died and as we said before, to our knowledge none of defendant's witnesses have died.

This Court has repeatedly informed the parties that we are bound by the Pre-Trial Brief approved by the Court, reason for which we submit the issue raised by defendant understanding that if an update of the Pre-Trail Memo is warranted defendants should bring forward what new witnesses and to offer what their testimony will be in order for the

Court to evaluate if in the best interest of justice it is warranted that said new witness be allowed to testify considering that all the main issues have already been tried.  We will strongly oppose any attempt to further delay the scheduled Trial.

**WHEREFORE,** It is respectfully requested that this Honorable Court take notice of the above.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys; Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net. Ana M. Margarida-Julia, Esq., amargarida@justicia.gobierno.pr.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 18th day of August, 2006.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com