UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>  PLAINTIFFS | |
| VS. | CASE NO. 97-2639 (JP) |
| MUNICIPIO DE ADJUNTAS, et al<br>  DEFENDANTS | |

**MOTION**

**FOR CONFIRMATION OF PRE-TRIAL**

**TO THE HONORABLE COURT:**

COME NOW the undersigned and respectfully **NOTIFY AND PRAY:**

1. Our calendar entries indicate that a Pre-Trial conference is scheduled for October 4, 2006 re: the matter of caption.

2. So as to settle out our October 2006 calendar entries it is now requested that the date be confirmed by this Honorable Court.

**WHEREFORE** it is respectfully requested that the Honorable Court confirm the aforementioned date as a date certain.

In Ponce for San Juan, Puerto Rico, this 08 day of September 2006.

I hereby **CERTIFY** that on this date, I <u>electronically</u> filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Luis V. Villares-Sarmiento, Esq., of Sanchez, Betances & Sifre, PO Box 195055, San Juan, PR 00919-5055; and to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, attorney for plaintiffs.

**RESPECTFULLY,**

*S/Harry R. Segarra*  
**Harry R. Segarra**  
**USDC-PR 122511**  
**Santa Maria Mall**  
**471 Ferrocarril Ave. - Suite 207**  
**Ponce, Puerto Rico 00731**  
**Tel. (787) 848-8113**  
**Fax. (787) 843-6717**  
**eqclaw@centennialpr.net**

*S/Evelyn Quiñones-Carrasquillo*  
**Dr. Evelyn Quiñones-Carrasquillo**  
**USDC-PR 211308**  
**Santa Maria Mall**  
**471 Ferrocarril Ave. - Suite 207**  
**Ponce, Puerto Rico 00731**  
**Tel. (787) 848-8113**  
**Fax. (787) 843-6717**  
**eqclaw@centennialpr.net**