IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | * | |
| | * | |
| Plaintiffs | * | |
| | * | Civil No.: 97-2639(JP) |
| vs. | * | |
| | * | |
| HON. ROBERTO VERA-MONROIG, ET ALS. | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Motion

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

After various extensive meetings held between the parties a final meeting was held at the office of the Mayor of Adjuntas, Honorable Jaime Barlucea on September 28, 2006.

At this meeting were present counsel Evelyn Quiñonez Carrasquillo, Hans R. Mercado Gonzalez and the Mayor for the defendants and the subscriber for the plaintiffs. As a consequence of this meeting a settlement offer was presented by the City of Adjuntas for the remaining 62 plaintiffs in the amount of $12,500.000.00. A lettter signed by the Mayor with this settlement offer was presented to the subscriber (See exhibit).

After receiving this settlement offer I had a meeting with each and everyone of the remaining 62 plaintiff and they authorized me to accept the offer presented by the defendants, the City of Adjuntas. It was also agreed that this amount of $12,500,000.00 will be divided in 62 equal shares.

We respectfully inform this Honorable Court the agreement reached by the parties which dispose the remaining 62 claims. We request that a Judgment be entered accordingly.

**WHEREFORE,** we respectfully request from this Honorable Court that this Motion BE GRANTED.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Attorneys; Harry R. Segarra, Esq., Santa Maria Mall, 471 Ferrocarril Ave.-Suite207, Ponce, PR 00731, eqclaw@centennialpr.net. Ana M. Margarida-Julia, Esq., amargarida@justicia.gobierno.pr.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 25th day of October, 2006.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ
USDC-P.R. 115602
Attorney for Plaintiff
44 Progreso Street
Aguadilla, Puerto Rico 00603
Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com