

*Gobierno Municipal de Adjuntas*
*Oficina del Alcalde*
*Adjuntas, Puerto Rico 00601*

Hon. Jaime H. Barlucea Maldonado
Alcalde

Tels. (787) 829-3310
(787) 829-2590
Fax (787) 829-0686

28 de septiembre de 2006

Lcdo. Israel Roldán
Calle progreso #44
Aguadilla, PR 00603

**RE: Caso Luis Acevedo et. al vs. Municipio de Adjuntas, et al**

Estimado Lcdo. Roldan:

Reciba un saludo cordial de nuestra parte y le deseamos mucho éxito en sus gestiones diarias.

En reunion sostenida el día 28 de septiembre de 2006, en la Casa Alcaldía de Adjuntas, en donde usted estuvo presente junto a personal de su despacho y en adición a la Lcda. Evelyn Quiñónez Carrasquillo, el Lcdo. Hans R. Mercado González, y este servidor, se discutieron varios asuntos relacionados al caso de referencia.

Como resultado de la reunión sostenida, procedimos voluntariamente ha acordar una cantidad monetaria satisfactoria para ambas partes y así someter al Tribunal Federal una transacción económica que pueda disponer finalmente del caso. La cantidad acordada asciende a **$12,500,000.** No obstante, para legitimar este acuerdo se hace necesario la aprobación de la Legislatura Municipal de Adjuntas, por lo cual, estaremos sometiendo oportunamente el proyecto de ordenanza a esos fines.

No quisiera terminar esta comunicación sin mencionar que el acuerdo alcanzado representa, a mi mejor entender y conocimiento, la acción que mejor beneficia el interés público y a la Administración Municipal de Adjuntas.

Sin nada más a que hacer referencia, quedo de usted.

Atentamente,

Jaime H. Barlucea Maldonado
Alcalde

*Adjuntas... "Ciudad del Gigante Dormido"*