# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCÍA, ET ALS | CIVIL NO: |
| Plaintiffs | 97-2639 (JP) |
| vs. | |
| HON. ROBERTO VERA-MONROIG, ET ALS | |
| Defendants | |

## MOTION

**TO THE HONORABLE COURT:**

  **COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

  Defendants agree on the Motion filed by Plaintiffs and grant jurisdiction to the Court to enforce the settlement agreement.

  In Ponce, Puerto Rico this 30th day of October 2006, I hereby

**CERTIFY** that a copy of this writing was sent by regular mail to: ***Israel Roldan-Gonzalez, Esq.,*** 44 Progreso Street, Aguadilla, Puerto Rico  00603 and to the Department of Justice, Commonwealth of Puerto Rico.

**RESPECTFULLY,**


**Evelyn Quiñones Carrasquillo**
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel.: (787) 848-8113
Fax.: (787) 843-6717