IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO-GARCIA, et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>HON. ROBERTO VERA-MONROIG, et al.,<br><br>    Defendants | CIVIL NO. 97-2639 (JP) |

**FINAL JUDGMENT**

    The parties have informed the Court they have settled the claims of the remaining sixty-two plaintiffs, and that the Municipal Legislature has approved the settlement.

    Pursuant thereto, the Court **ENTERS JUDGMENT** for the sixty-two plaintiffs with pending claims before this Court to have and recover from the defendants the total sum of 12.5 million dollars, which sum shall be equally divided between the sixty-two plaintiffs.

    This sum must be paid within one hundred and twenty days from entry of this judgment.  The parties consent to the Court retaining jurisdiction to enforce this judgment.

    The Honorable Jaime Barlucea, the Mayor of Adjuntas, certifies that the sixth part of Resolution No. 7 Series 2006-2007, which requires that a copy of the ordinance shall be notified to all

CIVIL NO. 97-2639 (JP)          -2-

pertinent municipal agencies and those of the Commonwealth of Puerto Rico, has been complied with.

This Judgment is entered without the imposition of costs or attorneys' fees.

This Judgment shall be firm, final and unappealable from date hereof.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 14th day of November, 2006.


                                        s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**


| s/Israel Roldán-González | s/Harry Segarra-Arroyo |
|---|---|
| ISRAEL ROLDAN-GONZALEZ, ESQ.<br>Attorney for Plaintiffs | HARRY SEGARRA-ARROYO, ESQ.<br>Attorney for Defendant<br>Municipality of Adjuntas |


s/Ana M. Margarida-Juliá

ANA M. MARGARIDA-JULIA, ESQ.
Attorney for Defendants Roberto
Vera-Monroig and Irma M.
González-Delgado


s/Jaime Barlucea

HON. JAIME BARLUCEA
Mayor, Municipality of Adjuntas