```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO


LUIS A. ACEVEDO-GARCIA, et al.,     *
                                    *
      Plaintiffs                    *
                                    *
           v.                       *   CIVIL NO. 97-2639 (JP)
                                    *
HON. ROBERTO VERA-MONROIG, et al.,  *
                                    *
      Defendants                    *
                                    *
```

### **ORDER**

Attached is the ordinance referenced in the consent judgment signed by the parties on November 14, 2006.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of November, 2006.

                                                       s/Jaime Pieras, Jr.
                                                         JAIME PIERAS, JR.
                                             U.S. SENIOR DISTRICT JUDGE