

**GOBIERNO MUNICIPAL**
**APARTADO 1009**
**ADJUNTAS, PUERTO RICO 00601**

**TELEFONOS:**
**(787) 829-0303**
**(787) 829-3310 / EXT. 240**
**FAX: (787) 829-4116**

**LEGISLATURA MUNICIPAL**

# CERTIFICATION

**I, JOSE A. ALICEA PEREZ**, designated interim secretary of the Municipal Legislature of Adjuntas, Puerto Rico, hereby **CERTIFY**:

That the preceding document is a true and exact copy of the Resolution Number 07, Series 2006-2007, adopted by the Municipal Legislature of Adjuntas, Puerto Rico, on a extraordinary session, celebrated on November 13, 2006, with the affirmative votes of the following legislators::

| | |
|---|---|
| **In Favor:** | Hon. Enrique Puig Colón |
| | Hon. Noralyz Lamboy López |
| | Hon. Miguel A. Berdiel Rivera |
| | Hon. José A. Alicea Pérez |
| | Hon. Abraham Román Rivera |
| | Hon. Jorge L. Rivera Hernández |
| **Against:** | None |
| **Abstained:** | Hon. Arcelio González Vélez |
| | Hon. Aida M. Rivera Irizarry |
| **Absent:** | Hon. Pedro J. Figueroa López |
| | Hon. David Estremera Andújar |
| | Hon. Orlando Báez Irizarry |

Therefore, and for official use only, I make the present Certification, which I sign and seal with the Official Seal of the Municipality of Adjuntas, Puerto Rico, on the 14th day of November 2006.

*José A. Alicea P.*
Hon. José A. Alicea Pérez
Designated Interim Secretary

ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL
APARTADO 1009
ADJUNTAS, PUERTO RICO 00601

TELEFONOS:
(787) 829-0303
(787) 829-3310 / EXT. 240
FAX: (787) 829-4116

**LEGISLATURA MUNICIPAL**

RESOLUTION NO. 07                                    SERIE 2006-2007

RESOLUTION OF THE MUNICIPAL LEGISLATURE OF THE MUNICIPALITY OF ADJUNTAS TO AUTHORIZE THE HONORABLE MAYOR TO SETTLE THE COURT CLAIM PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO CAPTIONED LUIS ACEVEDO GARCIA VS. HON. ROBERTO VERA MONROIG ET AL. CIVIL NO. 97-2639(JP) FOR POLITICAL DISCRIMINATION AND DAMAGES.

**WHEREAS:** VARIOUS EX-EMPLOYEES OF THE MUNICIPALITY OF ADJUNTAS FILED A COMPLAINT BEFORE THE FEDERAL COURT UNDER THE CASE OF LUIS ACEVEDO-GARCIA, ET. AL. VS. HONORABLE ROBERTO VERA MONROIG, ET. AL. CIVIL NO. 97-2639(JP) CLAIMING THAT THEY HAD BEEN DISMISSED FOR REASON OF POLITICAL DISCRIMINATION.

**WHEREAS:** EIGHTY TWO (82) OF THESE EMPLOYEES MAINTAINED THEIR CLAIMS IN THE AFOREMEUTIMED STATED CASE IN FEDERAL COURT.

**WHEREAS:** THE FEDERAL COURT ORDERED THE SEVERANCE OF THE CASES IN FOUR (4) GROUPS OF 20, 20, 20 AND 22 PLAINTIFFS TO TRY THEIR CASE BEFORE A FEDERAL JURY.

**WHEREAS:** THE TRIAL OF THE FIRST TWENTY (20) PLAINTIFFS, PRODUCED A FAVORABLE JUDGMENT FOR THE PLAINTIFFS IN THE AMOUNT OF SIX MILLION NINE HUNDRED FIFTY SIX THOUSAND FOUR HUNDRED DOLLARS ($6,956,400.00).

**WHEREAS:** IF THE CLAIM OF THE REMAINING SIXTY TWO (62) PLAINTIFFS WERE TO BE SUBMITTED TO JURY TRIAL, IT CAN BE PROJECTED THAT WITH ALL PROBABILITY THESE WILL OBTAIN A SIMILAR VERDICT. THIS WOULD REPRESENT FOR THE MUNICIPALITY OF ADJUNTAS A RISK OF HAVING TO PAY THE AMOUNT OF TWENTY ONE MILLION FIVE HUNDRED SIXTY FOUR THOUSAND EIGHT HUNDRED FORTY DOLLARS ($21,564,840.00).

**WHEREAS:** THE ATTORNEY FOR THE PLAINTIFFS AND THOSE OF THE MUNICIPALITY OF ADJUNTAS HAVE REACHED A SETTLEMENT AGREEMENT FOR THE REMAINING SIXTY TWO (62) PLAINTIFFS IN THE AMOUNT OF TWELVE MILLION FIVE HUNDRED THOUSAND DOLLARS (**$12,500,000.00**).

**WHEREAS:** THE ATTORNEYS FOR THE MUNICIPALITY OF ADJUNTAS HAVE RECOMMENDED THIS SETTLEMENT TO THE MAYOR, HONORABLE JAIME H. BARLUCEA-MALDONADO, SINCE THE PROBABILITY OF A VERDICT AGAINST THE MUNICIPALITY WOULD BE IN THE AMOUNT OF TWENTY ONE MILLION FOUR HUNDRED SIXTY FOUR THOUSAND EIGHT HUNDRED FORTY DOLLARS (**$21,564,840.00**). THIS SETTLEMENT REPRESENTS A SAVING FOR THE MUNICIPALITY OF ADJUNTAS OF APPROXIMATELY NINE MILLION DOLLARS (**$9,000,000.00**).

THEREFORE: THIS HONORABLE MUNICIPAL LEGISLATURE NOW AUTHORIZAES THE FOLLOWING:

FIRST: AUTHORIZES THE MAYOR OF ADJUNTAS, THE HONORABLE JAIME H. BARLUCEA-MALDONADO, TO SETTLE THE COURT CLAIM PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO, UNDER CAPTION LUIS ACEVEDO-GARCIA VS. HON. ROBERTO VERA-MONROIG ET AL. CIVIL NO. 97-2639(JP) FOR POLITICAL DISCRIMINATION AND DAMAGES FOR THE AMOUNT OF TWELVE MILLION FIVE HUNDRED THOUSAND DOLLARS ($12,500,000.00).

SECOND: AUTHORIZES THE MAYOR OF ADJUNTAS, HIS LEGAL ADVISORS, AND SUCH OTHER PERSONS THAT MAY BE CALLED UPON TO ASSIST AND EXERCISE ALL WITHIN THEIR POWER AND AUTHORIZATION, TO OBTAIN FROM GOVERNMENT AGENCIES THE SETTLEMENT FUNDS TO SETTLE ALL PENDING CLAIMS HERE IDENTIFIED.

THIRD: VIA THIS SETTLEMENT AGREEMENT WITH THE PLAINTIFFS, THE PENDING CLAIMS WILL BE DISMISSED WITH PREJUDICE.

FOURTH: THE JUDGMENT WILL BE FIRM, FINAL AND UNAPPEALABLE AND WITHOUT THE IMPOSITION OF COSTS, INTERESTS OR ATTORNEY FEES.

FIFTH: THIS ORDINANCE WILL TAKE EFFECT ONCE APPROVED BY THIS MUNICIPAL LEGISLATURE AND SIGNED BY THE MAYOR.

SIXTY: A COPY OF THIS ORDINANCE SHALL BE NOTIFIED TO ALL PERTINENT MUNICIPAL AGENCIES AND THOSE OF THE COMMONWEALTH OF PUERTO RICO.

APPROVED ON THIS 13TH DAY OF NOVEMBER 2006, BY THIS HONORABLE MUNICIPAL LEGISLATURE OF ADJUNTAS, PUERTO RICO.

_____
PRESIDENT
MUNICIPAL LEGISLATURE

_____
INTERIM DESIGNATED SECRETARY

APPROVED ON THIS 13TH DAY OF NOVEMBER 2006, BY THE HONORABLE JAIME H. BARLUCEA –MALDONADO, MAYOR OF ADJUNTAS, PUERTO RICO.

_____
HONORABLE JAIME H. BARLUCEA MALDONADO
MAYOR