UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIZ<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG,<br><br>Defendants | CILVIL NO: 97-2639 (JP) |

**REPLY TO PLAINTIFFS'**

**"MOTION FOR EXECUTION OF JUDGEMENT"**

**TO THE HONORABLE COURT:**

**COMES NOW, the Municipality of Adjuntas,** and in reply to Plaintiffs' averments respectfully avers and prays as follows.

I.    Plaintiffs state that "It is proper that we make a recount of all the efforts that plaintiffs have made to indicate their rights", in reply the undersigned can, but reply as follows:

The efforts of the plaintiffs were realized and perfected when their claims were settled before this Honorable Court. A historical recount is not warranted or necessary. A reminder that this Honorable Court has

continuing Jurisdiction is also unnecessary. This Honorable Court has never relinquished its authority.

II.       The Municipality of Adjuntas concedes, without argument, that plaintiffs counsel advised all the plaintiffs of all his zealous moments and efforts that fruited settlement. We must emphasize that the Municipality of Adjuntas authorities, their financial advisor and counselor and the undersigned have not, by any stretch of the imagination, been sleeping dogs.[1]

       With the exception of a few days during the Christmas holidays when most, if not all government agencies were closed or in a holiday mode, all the persons tasked with obtaining the settlement funds were in constant and continuers communications with each other by phone, fax, internet and most certainly in person.

       We might interject here that plaintiffs' counsel, by our recollection, at all times during the settlement conferences advised he would assist in those efforts in that:

       a) He had a personal interest in the matter

       b) He had traveled similar waters prior

       Fact: He never kept his promises.

       Fact: The Municipality of Adjuntas has obtained the sum of

---

[1] The emphsis on "Has obtained" is made because it is not saying "Trying to obtain."

$615, 000. 00 and will tender that sum to the clerk of this Honorable Court upon receipt or release of the monies during the month of April.

The conclusions of counsel for the plaintiffs are misplaced and riddled with errors. "Obstinacy" is not synonymous with the efforts of the Municipality. From the outset, the present mayor of Adjuntas, contrary to its previous mayor, has always approached this case with good faith efforts and the willingness to settle without further litigation.

Our prayers are based on facts to wit:

a) The Municipality of Adjuntas is slowly advancing to a ghost town status.

b) Businesses are closing their doors; and the economy of Adjuntas is in shambles.

c) Payroll dates are becoming tougher and harder to meet.

d) It is striving to stay afloat and to avoid a bankrupt status.

The Municipality situation is sad but real.

All available doors are being knocked on; all efforts are being made to meet its monetary obligations. (Appendix 1).

In Ponce Puerto Rico this 22 of March 2007

It is now Certified that a copy of this reply was transmitted to Israel

Roldan Gonzalez, Esq; roldangonzalezpr@yahoo.com and to Ana M.

Margarida-Julia,    Esq.    of    the    Department    of    Justice

amargarida@justicia.gobierno.pr.

Respectfully Submitted;

DRA. EVELYN QUIÑONES CARRASQUILLO


1910 CALLE MURCIA
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717

*Gobierno Municipal de Adjuntas*
*Oficina del Alcalde*
*Adjuntas, Puerto Rico 00601*



*Hon. Jaime H. Barlucea Maldonado*
*Alcalde*

*Tels. (787) 829-3310*
*(787) 829-2590*
*Fax (787) 829-0686*

1 de marzo de 2007

**Sra. Enid López López**
**Directora Financiamiento Municipal**
**Banco Gubernamental de Fomento**
**Para Puerto Rico (BGF)**
**San Juan, Puerto Rico**

**Re: CONTRATACION DE PRESTAMO CAE, PAGO DE SENTENCIA.**

Reciba un cordial saludo desde Adjuntas, Ciudad del Gigante Dormido y de todos los que componemos la Administración Municipal.

Como será de su conocimiento el Tribunal Federal para el Distrito de Puerto Rico emitió sentencia final para el caso de "Luis Acevedo y otros v. Municipio de Adjuntas y otros". En dicha sentencia el Municipio de Adjuntas tendrá que pagar la cantidad de $12.5 millones.

Como parte de la información brindada al Tribunal y de la cual éste tomó conocimiento, se indicó que el Municipio estaría solicitando un préstamo CAE por la cantidad máxima disponible, como una de las fuentes de pago de la sentencia y estaría solicitando la diferencia a través de los mecanismos provistos por la Ley 9.

Por todo lo anterior, le solicitamos que se proceda con la aprobación del empréstito solicitado a la mayor brevedad posible.

Sin nada más sobre el particular y agradeciendo su pronta atención sobre este asunto, quedo de usted.

Atentamente,

Jaime H. Barlucea Maldonado

*Adjuntas... "Ciudad del Gigante Dormido"*





*Gobierno Municipal de Adjuntas*

*Oficina del Alcalde*

*Adjuntas, Puerto Rico 00601*

Hon. Jaime H. Barlucea Maldonado
*Alcalde*

Tels. (787) 829-3310
(787) 829-2590
Fax (787) 829-0686

7 de diciembre de 2006

**Sr. Alfredo Salazar**
**Presidente**
**Banco Gubernamental de Fomento**
**Para Puerto Rico (BGF)**
**San Juan, Puerto Rico**

Att. Sra. Enid López López
Directora Financiamiento Municipal

**Re: SOLICITUD PARA CONTRATACION DE PRESTAMO CAE**

Reciba un cordial saludo desde Adjuntas, Ciudad del Gigante Dormido y de todos los que componemos la Administración Municipal.

Por este medio le solicitamos al Banco Gubernamental de Fomento a que proceda con los trámites correspondientes en relación a la contratación de un empréstito por la cantidad de **seiscientos quince mil dólares ($615,000)**, a través de la emisión de Bonos o Pagarés de Obligación General Municipal (CAE).

El propósito de este empréstito es proveer fondos para el pago de la transacción de $12.5 millones, según sentencia dictada por el Tribunal Federal para el Distrito de Puerto Rico, relacionado al caso de "Luis Acevedo y otros v. Municipio de Adjuntas y otros". Se solicita que el empréstito sea financiando al término de veinticinco (25) años.

Sin nada más sobre el particular y agradeciendo su pronta atención sobre este asunto, quedo de usted.

Atentamente,

Jaime H. Barlucea Maldonado

*Adjuntas... "Ciudad del Gigante Dormido"*