UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et. als.<br>    PLAINTIFFS<br><br>           VS.<br><br>MUNICIPIO DE ADJUNTAS, et. als.<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

**NOTICE & MOTION**

**TO THE HONORABLE COURT:**

**COME NOW** the undersigned and respectfully report and pray:

1. The Municipality of Adjuntas, by its Mayor, is presently in receipt of six hundred and fifteen thousand dollars ($615,000.000) to satisfy in part its settlement obligations.

2. Here and now the Municipality seeks guidance as to how the check to the Plaintiffs and its counsel should be prepared.

3. To Israel Roldán and Luis Acevedo et. Als. or to the Clerk of this Honorable Court for ultimate distribution to Plaintiffs and/or their counsel.

4. The Municipality of Adjuntas continues with its efforts to obtain the remainder of the settlement funds.

**WHEREFORE** it is respectfully requested that instructions and/or advises be forthcoming as deemed necessary and proper under the circumstances.

In Ponce ,for San Juan, Puerto Rico this 4th day of May 2007

I hereby **CERTIFY** that on this date, I <u>electronically</u> filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following: Ana Margarida and to Israel Roldán-González, Esq., to their e-mail addresses.

**RESPECTFULLY,**

**Harry Segarra**

*S/Harry R. Segarra*
Harry R. Segarra
USDC-PR 122511
Santa Maria Mall
471 Ferrocarril Ave. - Suite 207
Ponce, Puerto Rico 00731
Tel. (787) 848-8113
Fax. (787) 843-6717
E-mail: eqclaw@centennialpr.net