Sep. 25. 2006 1:08PM    OGP OFICINA DEL DIRECTOR    No. 0094    P. 1



# URGENTE

## HOJA DE FAX

| | | |
|---|---|---|
| A | : | Lcdo. Valenzuela<br>Departamento de Justicia |
| DE | : | Lcdo. William Díaz Natal<br>Asesor Legal |
| FECHA | : | 25 de septiembre de 2006 |
| FAX | : | (787) 723-9188 |
| ASUNTO | : | Resolución Conjunta 157 |
| NUM. PAGINAS | : | 8 |
| OBSERVACIONES | : | Conforme a nuestra conversación telefónica le remito la Resolución Conjunta 157 de 10 de julio de 2006. En el inciso F (2) encontrara la partida que asigna $1 millón para resarcir Sentencias contra el Estado. |

De tener algún inconveniente con la transmisión de este fax, llamar al 725-9420 exts. 2608/2616

OFICINA DE GERENCIA Y PRESUPUESTO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
Calle Cruz 254, Apartado 9023228, San Juan, Puerto Rico 00902-3228 - teléfono: (787) 725-9420
www.ogp.gobierno.pr



Sep. 25. 2006  1:08PM   OGP OFICINA DEL DIRECTOR   No. 0094   P. 2

15ta ASAMBLEA LEGISLATIVA  3ra SESION ORDINARIA

Res. Conj. Núm. 157

(Aprobada en 10 de julio de 2026) FP

(Sustitutiva a la R. C. de la C. 1410)
(Conferencia)

## RESOLUCION CONJUNTA

Para asignar a agencias e instrumentalidades públicas, la cantidad de ciento cuarenta millones novecientos cincuenta mil (140,950,000) dólares, con cargo al Fondo Presupuestario según dispuesto en la Ley Núm. 147 de 18 de junio de 1980, según enmendada, por la cantidad de ochenta y ocho millones novecientos cincuenta mil (88,950,000) dólares, y el restante con cargo al Fondo General, para llevar a cabo diferentes fines según se detalla en la Sección 1 de esta Resolución Conjunta, durante el año fiscal 2006-2007; y para fijar el presupuesto de la Comisión Industrial por la cantidad de veinticuatro millones noventa y cinco mil (24,095,000) dólares provenientes de la Ley Núm. 45 de 18 de abril de 1935, según enmendada, como se detalla en la Sección 2 de esta Resolución Conjunta; y para fijar el presupuesto del Negociado de la Lotería (Departamento de Hacienda) por la cantidad de veinticinco millones ciento sesenta y ocho mil (25,168,000) dólares provenientes de la Ley Núm. 465 de 15 de mayo de 1945, según enmendada, como se detalla en la Sección 3 de esta Resolución Conjunta; y para disponer el proceso para el pago de los sueldos de los empleados de la Comisión Industrial y del Negociado de la Lotería, como se detalla en la Sección 4 de esta Resolución Conjunta, y para autorizar al Departamento de Salud, a incurrir en obligaciones hasta la cantidad de ocho millones (8,000,000) de dólares, mediante una línea de crédito del Banco Gubernamental de Fomento, durante el año fiscal 2006-2007, como se detalla en la Sección 5, de esta Resolución Conjunta; y para disponer el modo en que serán satisfechas las obligaciones incurridas mediante la antes mencionada línea de crédito según se detalla en la Sección 6 de esta Resolución Conjunta; y para solicitar la transferencia de fondos.

*RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

Sección 1.- Se asigna a las agencias e instrumentalidades públicas, durante el año fiscal 2006-2007, la cantidad de ciento cuarenta millones novecientos cincuenta mil (140,950,000) dólares, con cargo al Fondo Presupuestario, según dispuesto en la Ley Núm. 147 de 18 de junio de 1980, según enmendada, por la cantidad de ochenta y ocho millones novecientos cincuenta mil (88,950,000) dólares, y el restante con cargo al Fondo General, para llevar a cabo diferentes fines según se detalla a continuación:

| Agencia | Asignación |
|---|---|
| A. Administración de Familias y Niños | |
| 1. Para el Plan de Mecanización, para realizar pagos a hogares de crianza y proveedores de servicios | $5,000,000 |

2

2. Para el pago del bono retroactivo del convenio colectivo de los empleados del Departamento de la Familia  8,900,000
   **Subtotal**  **13,900,000**

B. **Administración de Servicios y Desarrollo Agropecuario**

1. Para reembolsar a los agricultores el subsidio salarial que se le concede a los trabajadores agrícolas, según dispone la Ley Núm. 46 de 5 de agosto de 1989  45,000,000

C. **Autoridad de Carreteras y Transportación**

1. Para gastos relacionados con la Corporación para el Desarrollo del Caño Martín Peña  1,000,000

D. **Departamento de Recreación y Deportes**

1. Para ser transferidos a la Ciudad Deportiva Roberto Clemente, para gastos operacionales y compra de materiales y equipo  750,000
2. Para cubrir gastos relacionados con los Juegos Centroamericanos y la Delegación 2010  1,500,000
   **Subtotal**  **2,250,000**

E. **Instituto de Cultura Puertorriqueña**

1. Para ser transferidos al Ballet Concierto de Puerto Rico, Inc. para sufragar gastos de Funcionamiento  200,000

F. **Oficina de Gerencia y Presupuesto, Asignaciones bajo la custodia**

1. Para el pago de convenios colectivos vigentes para las siguientes agencias: Secretariado del Departamento de la Familia, Administración de Desarrollo Socioeconómico de la Familia (ADSEF), Administración de Rehabilitación Vocacional, Administración para el Sustento de Menores (ASUME), Administración de Familias y Niños (ADFAN), Administración para el Cuidado y Desarrollo Integral del Niño (ACUDEN), Empleados Civiles

3

de la Policía, Escuela de Artes Plásticas, Junta de Planificación, Administración de Rehabilitación Vocacional y Escuela de Artes Plásticas. ............................................. 26,000,000

2. Para resarcir sentencias contra el Estado ........ 1,000,000

   Subtotal ............................................. 27,000,000

G. Oficina de la Procuradora de las Mujeres

   1. Para los servicios que se ofrecen en la comunidad sobre la prevención de discrimen y violencia contra las mujeres ............ 2,000,000

H. Administración de Rehabilitación Vocacional

   1. Para fortalecer la partida de gastos operacionales de la Administración .......... 500,000

I. Cuerpo de Bomberos

   1. Para fortalecer la partida de gastos operacionales del Cuerpo ...................... 3,200,000

J. Instituto de Ciencias Forenses

   1. Para mejoras salariales a los patólogos forenses y para el reclutamiento de nuevos patólogos. ..................................... 3,000,000

K. Departamento de Agricultura

   1. Para fortalecer la partida de gastos operacionales del Departamento ............ 500,000

L. Departamento de Asuntos del Consumidor

   1. Para fortalecer la partida de gastos operacionales del Departamento ............ 600,000

M. Departamento de Justicia

   1. Para ser transferidos a la Sociedad para la Asistencia Legal, para sufragar gastos de funcionamiento ................................. 150,000

4

| | | | |
|---|---|---|---|
| | 2. | Para ser transferidos a Servicios Legales de Puerto Rico, Inc., para sufragar gastos de funcionamiento | 350,000 |
| | 3. | Para restituir los fondos previamente asignados a través de asignaciones especiales y para fortalecer la partida de gastos de funcionamiento del Departamento | 12,720,000 |
| | | Subtotal | 13,220,000 |
| N. | Departamento de Salud | | |
| | 1. | Para fortalecer la partida de gastos de funcionamiento del Departamento | 4,800,000 |
| O. | Corporación para la Difusión Pública | | |
| | 1. | Para gastos relacionados a la continuación del Taller Dramáticos de Radio 940 AM | 375,000 |
| P. | Policía de Puerto Rico | | |
| | 1. | Para fortalecer los gastos de funcionamiento con el propósito de combatir el crimen | 10,000,000 |
| Q. | Tribunal General de Justicia | | |
| | 1. | Para extender el Programa de "Drug Courts" a las 12 Regiones Judiciales | 500,000 |
| R. | Administración de Corrección | | |
| | 1. | Para fortalecer la partida de gastos operacionales de la Administración | 8,750,000 |
| S. | Corporación de las Artes Musicales | | |
| | 1. | Para brindar apoyo financiero a la Orquesta Sinfónica de Puerto Rico | 200,000 |
| T. | Junta de Calidad Ambiental | | |
| | 1. | Para fortalecer la partida de gastos operacionales de la Junta | 650,000 |

5

**U. Corporación del Conservatorio de Música**

1. Para fortalecer la partida de gastos operacionales de la Corporación — 150,000

**V. Junta de Libertad Bajo Palabra**

1. Para fortalecer la partida de gastos operacionales de la Junta — 600,000

**W. Administración de Servicios de Salud Mental y Contra la Adicción**

1. Para cubrir parte de los costos por la implementación del Programa "Drug Courts" — 500,000

**X. Asamblea Legislativa**

1. Para gastos de funcionamiento del Programa de Internado Legislativos Ramos Comas — 25,000

2. Para el pago de membresía al Council of State Governments (CSG) — 105,000

3. Para cubrir los gastos sobre la Resolución sobre las Carpetas — 15,000

4. Para cubrir los gastos por el otorgamiento de medallas militares — 55,000

5. Para costear el aumento en los servicios de agua y luz del Capitolio — 500,000

6. Para cubrir los gastos de la Comisión Conjunta de Otorgamiento de Medallas y Premios a la Asamblea Legislativa — 10,000

7. Para cubrir los gastos de la Comisión Conjunta para implantación de la Salud — 15,000

8. Para gastos de funcionamiento de la Comisión Conjunta de Donativos Legislativos — 100,000

9. Para gastos del Programa Córdova Fernós de Internados Congresionales,

6

| | |
|---|---:|
| Ley Núm. 554 de 1993 | 150,000 |
| 10. Para crear la Oficina de Turismo de la Asamblea Legislativa | 450,000 |
| **Subtotal** | **1,425,000** |

**Y. Comisión de Servicio Público**

| | |
|---|---:|
| 1. Para honrar parcialmente el acuerdo firmado posteriormente al convenio colectivo ya vencido | 330,000 |

**Z. Comisión de Relaciones del Trabajo del Servicio Público**

| | |
|---|---:|
| 1. Para cubrir los gastos operacionales de la Comisión | 300,000 |
| **Total** | **$140,950,000** |

**Sección 2.-** Se autoriza al Secretario de Hacienda a pagar del Fondo Especial según se estipula en la Ley Núm. 45 de 18 de abril de 1935, según enmendada, la cantidad que se detalla a continuación:

| | |
|---|---:|
| A) Comisión Industrial | |
| 1. Gastos de Funcionamiento | $24,095,000 |
| **Total** | **$24,095,000** |

**Sección 3.-** Se autoriza al Secretario de Hacienda a pagar del Fondo Especial según se estipula en la Ley Núm. 465 de 15 de mayo de 1945, según enmendada, la cantidad que se detalla a continuación:

| | |
|---|---:|
| A) Negociado de la Lotería (Departamento de Hacienda) | |
| 1. Gastos de Funcionamiento | |
| a. Lotería de Puerto Rico | $22,167,000 |
| b. Lotería Electrónica | 3,001,000 |
| **Total** | **$25,168,000** |

**Sección 4.-** Los sueldos de los empleados y funcionarios de la Comisión Industrial y del Negociado de la Lotería serán pagados y administrados de acuerdo con las disposiciones de la Ley de Retribución Uniforme, Ley Núm. 89 del 12 de julio de 1979, según enmendada, o de cualquier otro plan de retribución que se apruebe por la Asamblea Legislativa y en armonía con las normas y reglamentos establecidos por la Oficina de Recursos Humanos del Estado Libre Asociado. A tales efectos, se consignan en esta Resolución Conjunta los fondos para estos propósitos. Cualquier retribución adicional a concederse a los empleados de los organismos incluidos en las Secciones 2 y 3 de esta Resolución Conjunta, como resultado de aumentos de sueldos generales a otorgarse a los empleados públicos por disposición de ley o convenio, se cargará a los fondos especiales de donde se sufragan los gastos de funcionamiento de estos organismos.

7

Sección 5.- Se autoriza al Fondo para Servicios contra Enfermedades Catastróficas Remediables, adscrito al Departamento de Salud, a incurrir en obligaciones por la cantidad de ocho millones (8,000,000) de dólares, mediante una línea de crédito del Banco Gubernamental de Fomento, durante el año fiscal 2006-2007, para proveer los recursos necesarios para cumplir con los propósitos para el cual fue creado y para los gastos de funcionamiento, según dispuesto en la Ley Núm. 150 de 19 de agosto de 1996, según enmendada.

Sección 6.-Las obligaciones así contraídas en la Sección 5 de esta Resolución Conjunta, serán honradas mediante asignaciones anuales, provenientes del Fondo de Interés Apremiante (FIA) creado mediante la Ley Núm. 91 de 13 de mayo de 2006, conforme la cantidad que fijen el Banco Gubernamental de Fomento para Puerto Rico y la Oficina de Gerencia y Presupuesto, tomando en consideración cada año el balance del principal de la obligación y los intereses adeudados.

Sección 7.-Cuando los intereses del servicio así lo requieran, el Gobernador de Puerto Rico o la Directora de la Oficina de Gerencia y Presupuesto vendrán obligados a solicitar a la Asamblea Legislativa mediante Resolución Conjunta, que autorice la transferencia de fondos entre las partidas o usos provistos en la Sección 1 de esta Resolución Conjunta.

Sección 8.-El Presupuesto General del Gobierno de Puerto Rico aprobado por la Asamblea Legislativa a base de un ingreso recurrente por la cantidad de nueve billones ciento ochenta y ocho mil millones (9,188,000,000) de dólares según certificado por el Departamento de Hacienda, sumado a trescientos millones (300,000,000) de dólares en ingresos nuevos. De acuerdo con lo cual, en la eventualidad que ocurra una merma en los recaudos o ingresos recurrentes del Gobierno, reduciendo los mismos a una cantidad menor de nueve billones cuatrocientos ochenta y ocho mil millones (9,488,000,000) de dólares, cualquier diferencia se cubrirá mediante ajustes a ser efectuados por la Oficina de Gerencia y Presupuesto a las asignaciones para gastos provistas a las distintas agencias de la Rama Ejecutiva, según las normas de prioridad establecidas en el apartado (c) del Artículo 4 de la Ley Núm. 147 de 18 de junio de 1980, según enmendada.

Sección 9.- Esta Resolución Conjunta comenzará a regir el 1ro de julio de 2006.

.................................................
Presidente del Senado

.................................................
Presidente de la Cámara

DEPARTAMENTO DE ESTADO
Certificaciones, Reglamentos, Registro
de Notarios y Venta de Leyes
Certifico que es copia fiel y exacta del original.

Fecha: 12 de julio de 2006

Firma: [signature]