```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO


LUIS A. ACEVEDO-GARCIA, et al.,    *
                                   *
         Plaintiffs                *
                                   *
         v.                        *    CIVIL NO. 97-2639 (JP)
                                   *
HON. ROBERTO VERA-MONROIG, et al., *
                                   *
         Defendants                *
                                   *
```

**ORDER**

The parties, represented by counsel, met with the Court on May 9, 2007 for a Status Conference. Israel Roldán-González, Esq. and Isis Roldán, Esq. were present for the plaintiffs. Evelyn Quiñones, Esq. and Harry R. Segarra-Arroyo, Esq. were present for the defendants. José Enrico Valenzuela-Alvarado, Esq. was present for the individual defendants in their personal capacities. Jaime Barlucea-Maldonado, the Mayor of Adjuntas, and Hans Mercado, financial advisor to the Municipality of Adjuntas, were present.

At the Conference, the defendant Municipality tendered to the plaintiffs a check in the amount of $615,000.00 made payable to the order of the plaintiffs and Israel Roldán, Esq. The check was in partial satisfaction of the Final Judgment (No. 489). A copy of the check is attached to this Order.

The following orders were issued at the Status Conference:

1. On or before May 16, 2007 the plaintiffs must file a detailed memorandum of law, complete with citations and

CIVIL NO. 97-2639 (JP)            -2-

   supporting authorities, in support of their motions at Docket Nos. 491 and 497. Failure to comply with this Order will result in denial of the motions for failure to comply with Local Rule 7.1(a).

2. On or before May 23, 2007, the Municipality must develop a financial plan for payment of the Final Judgment and tender that plan to the plaintiffs.

3. The Court **SETS** a Status Conference for May 30, 2007 at 2:00 p.m.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of May, 2007.

                                                    s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE