032379

| | |
|---|---|
| BGF BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO | CHECK NUMBER: 283607 |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO | 101-211/215 |
| | DATE: 05/08/07 |

**CHECK AMOUNT** $********615,000.00

PAY **Six Hundred Fifteen Thousand and NO/100 Dollars**

TO THE ORDER OF
LUIS A. ACEVEDO GARCIA, ET ALS
PLAINTIFFS
LIC. ISRAEL ROLDAN GONZALEZ

⑆000283607⑆ ⑆021502118⑆ 010000 2

| VENDOR | INVOICE | BATCH | INV. DATE | GROSS AMNT. |
|---|---|---|---|---|
| 18208 | 0039768 | 97-2369PAR 114399 | 05/07/07 | 615,000.00 |

BGF
ESTADO LIBRE ASOCIADO DE PUERTO RICO
CHECK NUMBER: 283607
DATE: 05/08/07

TOTAL GROSS AMNT. 615,000.00