UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO GARCIA, et al<br>    PLAINTIFFS<br><br>                VS.<br><br>MUNICIPIO DE ADJUNTAS, et al<br>    DEFENDANTS | CASE NO. 97-2639 (JP) |

NOTICE & MOTION

TO THE HONORABLE COURT:

**COMES NOW** the Municipality of Adjuntas, by its mayor and the undersigned, and respectfully **NOTIFIES AND PRAYS:**

1. The Municipal Legislature of Adjuntas was recently convened and approved the following in the matter of caption:

(a) If the Commonwealth of Puerto Rico assumes the payment of judgement, on a supplementary basis, the amount of two hundred twenty five thousand dollars ($225,000.00) will be deposited in the account assigned to payment of judgments (01-03-04-94-70). Said amount will be available to cover the first reimbursement of any loan obtained from

the Commonwealth of Puerto Rico and or its agencies. The aforemetioned sum is approved without reservation on any other condition, subject only and to such extent as the Commonwealth of P.R. may assume payment of the judgment.

(b) On the other hand, if all efforts made by the Municipality of Adjuntas to obtain funding by the Central Government result futile, it accepts the suggestion made by this Honorable Court to wit: a payment of five hundred thousand dollars ($500,000.00) be paid during the course of each fiscal year until the judgement amount is liquidated.

**WHEREFORE** it is respectfully requested that this Honorable Court take notice of the aforementioned as ordered.

In Ponce for San Juan, Puerto Rico, this 23nd day of May 2007.

I hereby **CERTIFY** that on this date, I electronically filed the foregoing Notice & Motion with the Clerk of the Honorable Court using the CM/ECF system which will send notification of such filing to the following Attorneys: to Israel Roldan-González, Esq., 44 Progreso Street, Aguadilla, PR 00603, and Ana M. Margarida-Julia, Esq.,

amargarida@justicia.gobierno.pr., Departamento de Justicia, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192.

**RESPECTFULLY,**

*S/Harry R. Segarra*
**Harry R. Segarra**
**USDC-PR 122511**
**Santa Maria Mall**
**471 Ferrocarril Ave. - Suite 207**
**Ponce, Puerto Rico 00731**
**Tel. (787) 848-8113**
**Fax. (787) 843-6717**
**eqclaw@centennialpr.net**