IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO-GARCIA, et al.,<br><br>    Plaintiffs<br><br>        v.<br><br>HON. ROBERTO VERA-MONROIG, et al.,<br><br>    Defendants | CIVIL NO. 97-2639 (JP) |

**ORDER**

This Court has before it Plaintiffs' Motion requesting that the judgment in the instant case be included in the 2007-2008 Municipal budget for the Municipality of Adjuntas (No. 505). The Court **GRANTS** the instant motion and **ORDERS** the Honorable Jaime Barlucea and the Municipality of Adjuntas, pursuant to Title 21, Section 4304(c) of the Puerto Rico Laws Annotated, and the Opinion and Order (No. 370) issued in the United States Court of Appeals for the First Circuit on May 19, 2004; <u>Acevedo-García v. Vera-Monroig</u> (Acevedo-García IV), 368 F.3d 49 (1st Cir. 2004), to include in the budget for the Municipality of Adjuntas for the upcoming fiscal year 2007-2008 the amount of $11,885,000.00 that they owe from the November 14, 2006 Final Judgment (Nos. 489, 490), plus interest at the prevailing rate of interest for the upcoming fiscal year from the date of Judgment.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of June, 2007.

                                s/Jaime Pieras, Jr.
                                 JAIME PIERAS, JR.
                            U.S. SENIOR DISTRICT JUDGE