**LAW OFFICES**
**QUIÑONES & SEGARRA**
1910 CALLE MURCIA EXT. LA RAMBLA
PONCE, PR. 00730

DRA. EVELYN QUIÑONES CARRASQUILLO
HARRY R. SEGARRA

TEL (787)848-8113
FAX: (787) 843-6717

September 17, 2007

Re: Luis Acevedo García v. Roberto Vera Monroig et. al.
Civil 97-2639 (JP)

Dear Counsel:

In response to your letter dated September 12, 2007, we have the following comments, to wit:

During our last conference before the Honorable Court, our client indicated that as of that moment he had identified the amount of two hundred and twenty five thousand dollars ($225,000.00) to be reserved for the financing of a loan to pay off the judgment. Said funds would be available during this fiscal year which ends in June 30, 2008.

On the other hand, if the Municipal government fails in all of its efforts to get the Commonwealth of Puerto Rico to pay the judgment and establish a repayment plan, then the Municipal government would have to make adjustments and sacrifices in order to double that amount and make a lump sum payment during the next fiscal year 2008-2009.

We are hoping that the Department of Justice follows in their same footsteps when they paid the last judgment. We are hoping that there is no discriminative treatment of our client. We still believe in justice and the democratic form of government.

As soon as we can schedule a meeting with Mr. Valenzuela, Esq. we will let you know. Of course, we would be interested to have you intervene in the Municipal government's behalf. Every possible help is welcome. Our client is just as interested as you and your clients to get this matter out of the way. We will keep you posted.

Cordially;

Evelyn Quiñones Carrasquillo