

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525

13 de septiembre de 2007

Hon. Jaime Barlucea Maldonado
Alcalde
Municipio de Adjuntas
Apartado 1009
Adjuntas, Puerto Rico  00601

Estimado señor Alcalde:

Conforme a la Ley 64 del 3 de julio de 1996, la Ley 120 de 31 de octubre de 1994 y la Ley 117 de 4 de julio de 2006, según enmendadas, le presentamos la capacidad de pago a través de los ingresos provenientes del Impuesto Municipal de Ventas y Uso al Detal (IVU).

| Cantidad Aproximada | Término en Años |
|---|---|
| $1,596,000 | 5 |
| $2,089,000 | 7 |
| $2,708,000 | 10 |
| $3,483,000 | 15 |
| $4,022,000 | 20 |
| $4,398,000 | 25 |

Los cómputos presentados previamente son aproximados e incluyen el .20% del Fondo de Redención más la transferencia del 50% del Fondo de Desarrollo Municipal. El Municipio podrá escoger cualquiera de las alternativas de financiamiento o una combinación de estas para aquellos propósitos con la debida autorización legal para asignar fondos. De surgir la necesidad de combinar la capacidad de pago para obras, equipo u otros, le sugerimos se comunique con nosotros para determinar las opciones disponibles.

Hon. Jaime Barlucea Maldonado
Municipio de Adjuntas
Página 2


Favor de referirse a la hoja de solicitud que se aneja a la par con los documentos necesarios para evaluar la solicitud de préstamos. Una vez analicen esta información sería recomendable que se comuniquen con el Área de Financiamiento Municipal al (787) 721-3316, para discutir cualquier duda relacionada con este u otros asuntos financieros.

Cordialmente,

Enid López López
Directora
Financiamiento Municipal

MTP/AS/JWCL/afe

Anejo

c    Sr. Jorge Quiles Feliciano
     Director de Finanzas

# SOLICITUD DE FINANCIAMIENTO MUNICIPAL
## INFORMACIÓN Y DOCUMENTOS NECESARIOS PARA EVALUAR LA SOLICITUD DE PRÉSTAMO

### CONSTRUCCIÓN DE OBRAS PÚBLICAS

→ Descripción de las obras y cantidad máxima para cada propósito.
→ Estimados de costos preliminares preparados por un ingeniero (puede ser el ingeniero del Municipio).
→ Croquis o planos preliminares (puede ser un dibujo).
→ En caso de reconstrucción de carreteras o caminos municipales, deberán proveer una descripción detallada de las mismas, incluyendo los kilómetros a reconstruirse y la cantidad para cada camino.
→ El Alcalde y el Director de Finanzas, o funcionarios que los sustituyan, indicarán en la solicitud los proyectos que serán construidos por subasta y por administración.
→ Adquisición de terrenos (someter tasación preliminar o final del CRIM).

### COMPRA DE EQUIPO

→ Descripción del equipo y la cantidad máxima para cada equipo.
→ Dos cotizaciones, o en su lugar, una certificación del Alcalde o su representante autorizado de que los costos de los equipos fueron solicitados por teléfono a dos suplidores.

### CAMBIO EN PROPÓSITO / REPROGRAMACIÓN

→ Resolución u Ordenanza enmendada aprobada por la Asamblea Municipal.
→ Informe del sobrante "Escrow System Project Summary Report".
→ Copia del Aviso de Vista Pública, cuando hay cambio de propósito de la Ordenanza original.
→ Certificaciones de la celebración de la Vista Pública.
    a. Certificación acreditativa de que se celebró una Vista Pública.
    b. Certificación de exposición al Público.
→ Copia de la Ordenanza de la Asamblea Municipal que aprobó el empréstito en su origen.

### CAMBIO EN PROPÓSITO PARA SOBRANTE

→ Resolución u Ordenanza enmendada aprobada por la Asamblea Municipal.
→ Informe del sobrante "Escrow System Project Summary Report".
→ Copia del Aviso de Vista Pública, cuando hay cambio de propósito de la Ordenanza original.
→ Certificaciones de la celebración de la Vista Pública.
    a. Certificación acreditativa de que se celebró una Vista Pública.
    b. Certificación de exposición al Público.
→ Copia de la Ordenanza de la Asamblea Municipal que aprobó el empréstito en su origen.
→ Copia del Aviso de Vista Pública cuando el sobrante excede de $40,000.

Nota: Los préstamos pagaderos a través del IVU no aplican para pago de sentencias, pago de deudas, pagos de gastos operacionales o refinanciamiento de deuda operacional.