THE COMMONWEALTH OF PUERTO RICO
## DEPARTMENT OF JUSTICE
PO BOX 9020192, SAN JUAN PR 00902-0192

September 10, 2007

e-mail: eqclaw@centennialpr.net

Evelyn Quiñonez Carrasquillo, Esq.
Quiñónez & Segarra
1910 Murcia Street Ext. La Rambla
Ponce, Puerto Rico 00730

Re: Luis Acevedo Garcia v Roberto Vera Monroig et al.
    Civil 97-2639 (JP)

Dear counsel:

We acknowledge the receipt of your communication dated August 23, 2007, informing that you have met with plaintiff's counsel Israel Roldán to develop a strategy in order to comply with judgment, and obtain the funding specially through the central government.

Since you have requested that we meet and intervene in the development of said plan, the undersigned requested advice from her immediate supervisor, the Director of the General Litigation Office-Unit VII, attorney José Enrico Valenzuela.

As a result, we recommend that you communicate directly with attorney Jose Enrico Valenzuela at the same telephone numbers herein provided in addition to number 787-721-2900 ext. 2601.

Cordially

Ana M. Margarida Juliá, Esq.
General Litigation Office, Unit VII
Tel. 787-721-5636, 721-8010
Fax: 787-723-9188

C: Israel Roldán González, Esq.
   44 Progreso Street
   Aguadilla, Puerto Rico 00603

jvalenzuela@justicia.gobierno.pr

Evelyn