## Trámites y gestiones realizadas por el Municipio de Adjuntas posterior a la Sentencia Final emitida para el caso de "Luis Acevedo García v. Municipio de Adjuntas (97-2639 JP)

- Se solicitó al Banco Gubernamental de Fomento un préstamo (empréstito) de la Contribución Adicional Especial (CAE) por la cantidad de $615,000; cantidad máxima disponible. Dicho préstamo fue aprobado y desembolsado y se envió el cheque al abogado de los demandantes. En consecuencia, la capacidad del Municipio para tomar prestado contra el CAE para el pago de sentencias se redujo a cero.

- La Legislatura Municipal aprobó una asignación de $200,000 en el Presupuesto para del año fiscal 2007-2008, como medida cautelar en la eventualidad de que se requiriera al Municipio el reembolso del pago de la sentencia de parte del ELA.

- A tenor con la orden emitida por el Juez, Hon. Jaime Pieras, la Administración presentó un proyecto de ordenanza ante la Legislatura Municipal para que se enmendara la Ordenanza Número 20, Serie 2006-2007, y se incluyera en el presupuesto del año fiscal 2007-2008, la cantidad de $11,885,000, en la cuenta presupuestaria 01-03-04-94-70. La ordenanza presentada fue debidamente aprobada.

- Se sostuvo una reunión con varios funcionarios del Área de Financiamiento Municipal del BGF, para auscultar alternativas de pago de sentencia bajo las disposiciones de la Ley 80 y 81 de 2007; que disponen sobre el Fondo de Redención Municipal. En dicha reunión se nos informó, que el uso de los ingresos provenientes de dicho fondo tienen un uso restricto y no pueden utilizarse para el pago de deudas ni sentencias.

- En cuanto a la posibilidad de obtener un préstamo de $11.8 millones con instituciones financieras privadas, el BGF como agente fiscal de los municipios, nos informó que bajo los parámetros de la Ley de Financiamiento Municipal de 1996 el Municipio de Adjuntas posee una capacidad de pago muy limitada.

- Recientemente, el Municipio de Adjuntas fue notificado por el CRIM que debido a un ajuste realizado al presupuesto general del ELA, los municipios de Puerto Rico recibirían una disminución en los fondos de subsidio de $39 millones. En el caso particular de Adjuntas dicho ajuste representa una disminución en los ingresos operacionales para el presente año fiscal de sobre $600 mil dólares. En consecuencia, la Administración Municipal tendrá que realizar los ajustes necesarios en su presupuesto y flujo de efectivo para minimizar el impacto negativo en las finanzas y sobre todo en las operaciones corrientes y los servicios básicos.