Hon. Roberto Sánchez Ramos
Secretario del Departamento de Justicia
P.O. Box 9020192
San Juan, PR 00902-0192

        Re: Luis Acevedo García v. Roberto Vera Monroig et. al.
        Civil 97-2639 (JP)

Estimado Honorable Secretario:

  El caso de referencia estuvo ventilándose en el Tribunal Federal ante el Honorable Juez Jaime Pieras. Jr. (U.S. Senior District Judge) desde el 12 de noviembre de 1997. Dicho caso emana de la implementación de en el Municipio de Adjuntas, en el cual 102 empleados de carrera del Municipio fueron cesanteados. Ochenta y dos (82) de los ciento dos (102) empleados alegaron que la implementación del plan de cesantía violo su derecho al debido proceso de ley garantizado por la Décimo Cuarta Enmienda y su libre expresión y asociación garantizados por la Primera Enmienda de la Constitución Federal. Específicamente alegaron que se les hostigó y despidió de sus puestos por motivo de su afiliación política al Partido Nuevo Progresista.

  Por razones puramente de logística, el Juez Pieras fragmentó el caso en cuatro grupos de 22 demandantes. Cada grupo tendría un juicio separado con la selección de un nuevo jurado. El 10 de octubre de 2001 comenzó el primer juicio de 20 demandantes y el 23 de noviembre de 2001 el jurado emitió su veredicto a favor de los mismos. El monto de la sentencia ascendió a la cantidad de $6,926,400.00, incluyendo los honorarios de abogado e intereses post sentencia lo cual supera el presupuesto anual del Municipio de Adjuntas.

  El 22 de septiembre de 2005 se celebró una conferencia transaccional entre las partes para auscultar la posibilidad de transigir el remanente de las 67 reclamaciones pendientes en el caso y conocer la posición del Municipio de Adjuntas. Durante dicha vista, el Alcalde del Municipio, el Honorable Jaime

Barlucea, indicó que ante la realidad fáctica de los resultados del pasado juicio y el impacto que esto tuvo en la situación fiscal de su municipio, sería recomendable transigir el remanente de las reclamaciones. Sin embargo, advirtió que también tiene el deber de velar por los mejores intereses de todos los ciudadanos de Adjuntas no únicamente la de los demandantes.

Durante el mes de enero de 2006, se presentó un "Memorando de transacción" suscrito por el Lcdo. Luis V. Villares, Sanchez Betances, Sifre, Muñoz Noya & Rivera, C.S.P. en representación del demandado, Roberto Vera-Monroig, y el Lcdo. Harry Segarra y la Lcda. Evelyn Quiñones Carrasquillo en representación del Municipio de Adjuntas, al Comité de Transacción por conducto de la Lcda. Arlene M. Gardón Rivera, Secretaria Auxiliar de Litigios.

Dicho escrito se sometió para obtener el insumo del Comité el cual no se ha recibido.

El juicio había sido señalado para comenzar la segunda semana de enero de 2007. En el ínterin, las partes demandantes hicieron una oferta de quince (15) millones de dólares pero indicaron que estaban dispuestos a considerar alguna contra oferta por parte del Municipio. El Juez Pieras le ordenó al Municipio considerar la viabilidad de una contra oferta transaccional.

En el análisis de los hechos del caso y de los resultados ya obtenidos por los primeros veinte demandantes, era probable que los restantes demandantes obtuvieran un veredicto similar. El Municipio entonces estaría en riesgo de verse obligado a pagar la cantidad de veintiún millones quinientos sesenta y cuatro mil ochocientos cuarenta dólares ($21,564,840.00).

Después de examinar todos los escenarios, el Municipio le presentó una contra oferta de transacción de doce millones quinientos mil dólares ($12,5000.000.00) para finiquitar la totalidad del pleito. Esto representaría una economía para el Municipio de aproximadamente nueve millones de dólares ($9,000,000.00).

La oferta de transacción fue aprobada por la Asamblea Municipal mediante Resolución No. 7 Serie 2006-2007. Se celebró una vista de transacción ante el Juez Pieras el 14 de noviembre de 2006 y se dictó sentencia ese mismo día. (Anejo1).

A la luz de lo anteriormente expuesto, solicitamos que el Comité de Transacción finalice su evaluación de nuestro Memorando y que se proceda conforme con lo dispuesto por la Ley 9 y cualquier otro pronunciamiento que proceda en derecho.

Alcalde de Adjuntas,
Honorable Jaime Barlucea Maldonado

C/C
Departamento de Hacienda
CRIM
OGP
Pres. de la Cámara de Representante
Pres. del Senado