

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**GOBIERNO MUNICIPAL DE OROCOVIS**

5 de septiembre de 2007

Compañeros Alcaldes Federados

¡Saludos!

El pasado martes, 28 de agosto de 2007 la Junta de Gobierno del CRIM se reunió y discutió lo siguiente:

Discusión del 2.5% de los recaudos netos del Gobierno Central correspondiente a los municipios. Como he mencionado anteriormente, el Ejecutivo se niega a reconocer la cantidad que nosotros entendemos nos corresponde por este concepto. Debido a esto, el CRIM demandó al Ejecutivo y autorizamos enmendar la demanda para incluir la Asamblea Legislativa.

Si esto no se resuelve a octubre, la Junta autorizó ajustar los estimados negativamente para los municipios. Sé que esto es un inconveniente para todos nosotros, pero hasta el momento hemos operado la deficiencia (julio a sept.) con una línea de crédito, la cual la Junta no está autorizando a continuar utilizando.

Gracias compañeros Alcaldes, si tienen dudas no duden en comunicarse con este servidor.

Jesús E. Colón Berlingeri
Alcalde

Post-it® Fax Note  7671  Date 10/1/07  # of pages ▶ 3
To Hon. Jaime Barlucea   From Luis Irón Díaz
Co./Dept Alcalde   Co. Federación Alcalde
Phone #   Phone #
Fax # (787)1629-0685   Fax # (787) 740-4126

P.O. Box 2106 - Orocovis, Puerto Rico 00720 • Tel. (787) 867-5000 • Fax: (787) 867-0455