1 | CIVIL NO. 05-1816 (RLA)                                    Page 6
2 | _____

3 | ### SUMMARY OF DEADLINES AND SETTINGS

4 |

5 | **5/31/07** Plaintiffs to respond to the interrogatories propounded by DR. SOTO.

6 | **5/31/07** Plaintiffs to respond to Rule 26 requests propounded by DR. JAN RODRIGUEZ on December 8, 2006.

7 |

8 | **5/31/07** DR. SOTO and EMERGENCY MEDICAL SERVICES ("EMS") to respond to plaintiffs' interrogatories.

9 | **5/31/07** Parties to propound written discovery.

10 | **6/11/07** Plaintiffs to designate all liability and/or damages expert witnesses and to provide, pursuant to Rule 26 (a)(2)(B):
11 | (1) expert qualifications, (2) list of publications; (3) compensation (including fees charged for depositions in
12 | this case whether taken within or outside Puerto Rico, and (4) list of cases where expert has testified at trial or
13 | via deposition.
Additionally, plaintiffs shall advise whether or not any of
14 | the experts will need an interpreter at their deposition.

15 | **7/31/07** Plaintiffs' experts preliminary reports which must describe with particularity the specific negligence alleged for each
16 | of the named defendants and the pertinent causal
17 | relationship to the damages alleged in the complaint.

18 | **8/31/07** Plaintiffs to confirm which depositions will be taken.

19 | **8/31/07** Plaintiffs to show cause why depositions of DR. UBALDO SANTIAGO and/or DR. JAN RODRIGUEZ should be taken again.

20 | **9/7/07** Parties to advise which deponents will need an interpreter.

21 | **9/7/07** Responses to show cause motion regarding repeated
22 | depositions of DR. UBALDO SANTIAGO and/or DR. JAN RODRIGUEZ.

23 | **9/28/07** Deposition of DR. UBALDO SANTIAGO and/or DR. JAN RODRIGUEZ and/or DR. DORAYDE QUIÑONES at **1:00 p.m.**

24 |

25 | **9/28/07** Defendants to designate all liability and/or damages expert witnesses and to provide, pursuant to Rule 26 (a)(2)(B):
(1) expert qualifications, (2) list of publications; (3)
26 | compensation (including charges for depositions in this

CIVIL NO. 05-1816 (RLA)                                          Page 7

---

case if taken within or outside Puerto Rico, if applicable), and (4) list of cases where has testified at trial or via deposition.
Additionally, plaintiffs shall advise whether or not any of the experts will need an interpreter at their deposition.

| | |
|---|---|
| 10/9/07 | Deposition of DR. SUZETTE RIVERA at **2:00 p.m.** |
| 10/10/07 | Deposition of DR. MARIBEL RODRIGUEZ NOBLE at **2:00 p.m.** |
| 11/30/07 | Plaintiffs' experts final reports. |
| 12/14/07 | Plaintiff JANE DOES at **2:00 p.m.** in Puerto Rico. |
| 1/31/08 | Conclusion of depositions of parties and fact witnesses. |
| 2/1/08 | Defendants' experts preliminary reports. |
| 2/19,20 & 21/08 | Blocked for plaintiffs' expert depositions |
| 3/15/08 | Conclusion of plaintiffs' expert depositions. |
| 3/21/08 | Defendants' experts final reports. |
| 4/28,29 & 30/08 | Blocked for defendants' expert depositions |
| 5/15/08 | Conclusion of defendants' expert depositions. |
| 6/13/08 | Dispositive Motions. |
| 6/30/08 | Oppositions to dispositive motions. |
| 7/15/08 | Replies to dispositive motions. |

Case 3:05-cv-01   -RLA   Document 91   Filed 05/16   7   Page 3 of 7

1 | **CIVIL NO. 05-1816 (RLA)** | **Page 7**

2 | _____

3

4 | <center>SUMMARY OF DEADLINES AND SETTINGS</center>

5 | **8/15/08**   Parties to meet to prepare JOINT PRETRIAL ORDER.

6 | **9/3/08**    Deadline for filing JOINT PRETRIAL ORDER.

7 | **9/3/08**    Deadline for filing motions in limine.

8 | **9/12/08**   PRETRIAL/SETTLEMENT CONFERENCE at **11:00 a.m.**

·9 | **9/15/08**   Deadline for filing responses to motions in limine.

10 | **9/24/08**   Deadline for filing TRIAL BRIEF, PROPOSED JURY
     INSTRUCTIONS, PROPOSED VOIR DIRE and PROPOSED
11 |   VERDICT FORM

12 | **9/24/08**   Deadline for forwarding copy of the PROPOSED JURY
     INSTRUCTIONS via e-mail.
13

   | **9/24/08**   Deadline for parties to mark evidence prior to trial
14

   | **9/24/08**   Parties to provide the court copy of all documents intended
15 |   to be presented as evidence at trial.

16 | **10/3/08**   JURY TRIAL at **1:30 p.m.**

17

18

19

20

21

22

23

24

25

26