IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS ACEVEDO-GARCIA et als.<br><br>   Plaintiffs<br><br>   v.<br><br>ROBERTO VERA-MONROIG, et als.<br><br>   Defendants | CIVIL NO. 97-2639  (JP) |

**IINFORMATIVE MOTION ON THE CONTINUANCE OF
HEARING SET ON DECEMBER 14, 2007**

TO THE HONORABLE COURT:

   COME NOW defendants Roberto Vera-Monroig and Irma Gonzalez in their personal capacity, through the undersigned attorney, respectfully alleges and prays as follows:

   1.   Counsel for codefendant Municipality of Adjuntas has requested that the hearing set for December 14, 2007 be continued due to conflict of calendar.  In turn, counsel suggested various dates for the re-scheduling of the same during the month of December.  (Docket 514)

   2.   The undersigned is amenable to re-scheduling of the December 14, 2007 date that was set by the Court,  filed under Docket 511.

   3.   In addition, we hereby inform the Court that the dates suggested by counsel Evelyn Carrasquillo are available in our calendar in the afternoon, with the **exception of December 18, 2007.**

   WHEREFORE, appearing defendants respectfully request that this Honorable Court take notice that the undersigned has available most of the dates

as suggested by codefense counsel for the continuance of hearing, but that December 18, 2007 is not available at this time.

I HEREBY CERTIFY that on this same date true and exact copy of the foregoing has been filed electronically with the Clerk of the Court via CM/ECF system which will send notification of such filing to the following attorneys: Israel Roldan-Gonzalez, Evelyn Quiñonez-Carrasquillo and Harry R. Segarra-Arroyo.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico on this 1st day of November, 2007

| | |
|---|---|
| ROBERTO SANCHEZ RAMOS<br>Secretary of Justice | **S/ANA M. MARGARIDA-JULIA**<br>ANA M. MARGARIDA-JULIA<br>USDC-215501 |
| VIVIAN GONZALEZ MENDEZ<br>Deputy Secretary of Justice<br>In charge of Litigation | Department of Justice<br>Federal Litigation Division<br>PO Box 9020192<br>San Juan, PR  00902-0192 |
| JOSE ENRICOVALENZUELA-ALVARADO<br>USDC PR No. 220104<br>Director of Legal Affairs<br>General Litigation Office - Unit VII | Tel. 787-721-5636/Fax 723-9188 |