IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS.<br><br>　Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG,<br>ET ALS.<br>　Defendants | Civil No.:　97-2639(JP) |

**INFORMATIVE MOTION REQUESTING ORDER**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

We received a letter dated December 20, 2007 from counsel Ana M. Margarida Julia in which she informed us that after the status conference held in chambers on May 7, 2007, Mr. Hans Mercado the Municipal Government's Financial Aide present during the above mentioned meeting, informed her that they had received evidence at the office indicating that the remnant amount form the First Judgment, this is $10,596.53, was owed by the municipality.

She also informed that she held a conference on this issue with defendant's counsel Jorge Martinez Luciano representing the municipality of Adjuntas and counsel Luis Villares on behalf of individual defendant, both counsel informed her that it is highly unlikely that the former Mayor of Adjuntas Roberto Vera-Monroig had any remnant amount since he had the benefit of Law 9 and the amount agreed upon with the municipality had been fully

deposited at court. Counsel Martinez-Luciano informed counsel Margarida-Julia that those documents pertinent to the matter were sent to the municipality of Adjuntas after the change in administration (2005).

We respectfully request from this Honorable Court to order the municipality of Adjuntas to pay the remnant amount from the Partial Judgment entered in 2002. It is clear to us from the information received from counsel Margarida Julia that what was informed to the Court, that the municipality did not have the documents to confirm what party was responsible for the payment of the outstanding $10,596.53 is not correct, as well as their allegations that the former Mayor, Roberto Vera-Monroig might be the defendant responsible for the payment in his individual capacity.

**WHEREFORE,** we respectfully requested that this Motion BE GRANTED.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney in the above entitled case.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 26th day of December, 2007.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiffs**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com