UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. ACEVEDO GARCIZ**<br><br>    **Plaintiffs**<br><br>    **vs.**<br><br>**HON. ROBERTO VERA-MONROIG,**<br><br>**Defendants** | CILVIL NO: 97-2639 (JP) |

## REPLY TO
## INFORMATIVE MOTION REQUESTING ORDER

**TO THE HONORABLE COURT:**

   **COMES NOW the Municipality of Adjuntas** and respectfully **ALLEGES** and **PRAYS:**

1.    On December 26, 2007, the Plaintiffs filed a Motion requesting that this Honorable Court order the Municipality of Adjuntas to pay $10,596.53, a remnant from the First Judgment that is allegedly outstanding.

2.    Said motion contains information that is not correct, offensive and what is worse, it gives the impression that Counsel Margarida Julia initiated the series of events that followed.

3.    First of all, Plaintiff's counsel indicated that "We received a letter dated December 20, 2007 from counsel Ana M. Margarida Julia in which she informed

us that after the status conference held in chambers on May 7, 2007, Mr. Hans Mercado, the Municipal Government's Financial Aide…informed her that they had received evidence at the office indicating that the remnant amount form (sic) the first Judgment, this is $10,596.53, was owed by the municipality".

4.    Since we were never notified a copy of said letter, we called sister counsel after her Christmas recess.  She informed us that her letter was in reply to one sent to her by Mr. Isreal Roldán, and that being the case she had assumed that he had sent us a copy. We informed her we hadn't and to please forward Mr. Roldan's letter and her response. (Exhibit 1).

5.    Counsel Margarida Julia's letter was in reaction to the letter **sent to her** by Mr. Roldan, and not something initiated **by her** as he would have this Honorable Court infer. (Exhibit 2)

6.     On the other hand, Mr. Hans Mercado informed Counsel Margarida that the Municipal Government had received a letter for Mr. Roldán indicating that it there was an outstanding debt from the first judgment.  That is all the evidence that the Municipal government has as to any "outstanding debt".

7.    Plaintiff's counsel indicates, in part pertinent that "It is clear to us from the information received from counsel Margarida Julia that what was informed to the Court, that municipality did not have the documents to confirm what part was responsible for the payment of the outstanding $10,596.53 is not correct".  We

empathically resent Mr. Roldan's accusations that defendant's counsels and the Honorable Mayor or Adjuntas lied to this Honorable Court.

8.    We have always come before this Honorable Court with clean hands and the truth.

9.    We reiterate; there is not one document in the hands of the Municipality of Adjuntas as to any outstanding debt or how the judgment was miraculously paid.

10.    On another note, we must presume that Plaintiffs' counsel must retain a copy of the check paid for the First Judgment. If he does as he should, it will give us some guidance as to how to solve the mystery of who paid what.

**WHEREFORE** it is respectfully requested that the Motion requesting Order of payment **NOT BE GRANTED.**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney in the above entitled case.

Respectfully submitted;

**In Ponce, Puerto Rico, this 16th day of January, 2008**

s/DR. EVELYN QUIÑONES CARRASQUILLO
Dr. Evelyn Quiñones-Carrasquillo
USDC-PR.211308
1910 MURCIA St.
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717

E-mail:eqclaw@choicecable.net