**Israel Roldán González**
ABOGADO - NOTARIO

Progreso 44
Aguadilla, Puerto Rico 00603
Tel. (787) 891-1359
Fax (787) 882-5000

December 14, 2007

Ana Margarida, Esq.
Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192

Re: Acevedo, Luis v. Monroig,
Civil No. 97-2639

Dear sister counsel:

Please let me know if there was any reaction at the Justice Department to what Judge Pierás told us, as to his intentions to issue an order against the Justice Department for the execution of judgment because of the disposition of section 3092 of law 9 (32 PRLA 3092).

Let me call to your attention that at the status conference that we held in chambers with Judge Pieras on May 30, 2007 the Municipality confirmed that $10,596.53 is still outstanding from the court's partial judgment after the jury verdict. The mayor said then that he believed that former Mayor Vera-Monroig might be responsible for that payment in his individual capacity. On behalf of Vera-Monroig you stated that you would look into this in order to determine whether the $10,596.53 is owed by the Municipality or by the former Mayor Vera-Monroig.

I'll appreciate that you look into this and to let me know what is the Justice Department position as to Law 9 benefits.

Best Wishes,

ISRAEL ROLDAN GONZALEZ

IRG/sh