ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE JUSTICIA
PO BOX 9020192, SAN JUAN PR 00902-0192

December 20, 2007

Israel Roldan Gonzalez, Esq.
44 Progreso Street
Aguadilla, PR 00603

Re:  Luis Acevedo Garcia v Roberto Vera Monroig et al.
    Civil 97-2639 (JP)

Dear counsel:

After the status conference held in chambers with Judge Pieras on May 30, 2007, the undersigned was informed by Mr. Hans Mercado, the Municipal Government's financial aide present during the above mentioned meeting, that they had received evidence at the office indicating that the remnant amount was owed by the Municipality.

Notwithstanding the above, the undersigned has held conversations on this issue with defense counsel Jorge Martinez-Luciano, representing the Municipality of Adjuntas and counsel Luis Villares, on behalf of individual defendants.

Both counsel Martinez-Luciano and Villares believe that it is highly unlikely that individual defendants have any remnant amount since they had the benefits of Law No. 9 and the amount agreed upon with the Municipality was fully deposited at court. In addition, counsel Martinez-Luciano informed that all documents pertinent to the matter were sent to the Municipality of Adjuntas after the change in administration.

We are following up on the other matter mentioned on your last communication.

Ana M. Margarida Juliá, Esq.
General Litigation Office
Unit VII
Tel.  787-721-5636, 721- 8010
Fax: 787-723-9188