UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIZ<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG,<br><br>Defendants | CILVIL NO: 97-2639 (JP) |

## NOTICE AND MOTION

**TO THE HONORABLE COURT:**

**COMES NOW the Municipality of Adjuntas** and respectfully **NOTIFIES** and **PRAY**:

1. This Honorable Court has requested that counsels for the Plaintiffs and Defendants draft in conjunction an Order to be issued to the Department of Justice of the Commonwealth of Puerto Rico.

2. Counsel's having differing views and can not reach a consensus.

**WHEREFORE** it is respectfully requested that Notice be taken the above and that this Honorable court issue its Order without the input of counsels.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in the above entitled case.

Respectfully submitted.

In Ponce, this 16th day of January, 2008

**DR. EVELYN QUIÑONES CARRASQUILLO**
USDC-PR. 211308
**1910 MURCIA ST.**
**EXT. LA RAMBLA**
**PONCE, PR 00730**
**TEL. (787) 848-8113**
**FAX (787) 843-6717**
**E-mail: eqclaw@choicecablepr.net**