Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete
Documents

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, et al<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, et al<br><br>Defendants | CIVIL NO: 97-2639 (JP) |

MOTION
REQUESTING RECONSIDERATION OF THE ORDER
DATED JAUNARY 16, 2008

**TO THE HONORABLE COURT:**

**COMES NOW** the **Municipality of Adjuntas,** by the undersigned and respectfully **AVER** and **PRAY:**

1.      On January 16, 2008, this Honorable Court ordered the appearing party to pay $620,000.00 by March 15, 2008.  This Order, however seems to go against all of the agreements made during the hearings held in chambers.

2.      At said hearings the Municipal Government has indicated that it has set aside the amount of $250,000.00 in order to pay off any loan obtained from the Commonwealth of Puerto Rico pursuant to Law 9, from a banking institution or via an appropriation made by the Legislature of the Commonwealth of Puerto Rico.

3.      In the event that the Municipality is not able to obtain the same, then it would pay up to five hundred thousand dollars ($500,000.00) **during this fiscal year which ends in June 30, 2008**.

4. The Municipal Government of Adjuntas does not have the funds to pay the amount ordered, due to the critical financial scenario of the municipality.

5. It is a known fact The Justice Department that the Commonwealth of Puerto Rico, along with its agencies and instrumentalities are suffering from the current fiscal crisis. This also applies to most of its municipalities, especially those that have been relegated by the central government for decades, as has Adjuntas.

6. Pursuant to a "good faith" gesture to comply with its obligations, the Municipality applied for and was granted a loan from the "Banco Gubernamental de Fomento", for the amount of six hundred fifteen thousand dollars ($615,000.00), which was the maximum credit available to the Municipality. This was tendered during the last fiscal year.

7. We reiterate, the Order of this Honorable Court is impossible to comply with and if it were to be imposed, it would severely interfere with the execution of essential public functions and services and in detriment of the common good. For all practical purposes, $620,000.00 for the Municipality of Adjuntas at this moment in time, is the same as twelve million and would constitute an execution of the judgment de facto.

8. Being this the case, this court should apply the legal doctrine adopted by the Supreme Court of Puerto Rico in **Stump Corp. v. Tribunal Superior, 99 D.P.R. 179 (1970)** and reaffirmed in **Librotex, Inc. v. A.A.A., 138 D.P.R. 938 (1995).** It reinforced this doctrine in cases such as the one at bar, where a government entity was faced with a severe financial crisis.

9. It would appear that the Municipality may [1] have to resort to the principle and doctrine of Rebus Sic Stantibus if this order stands.

---

[1] The mayor and his economic advisors remain steadfast in their efforts to obtain the settlement funds.

**WHEREFORE** it is respectfully requested that this Honorable Court reconsider its Order as to the payment of six hundred twenty thousand dollars ($620,000.00) by March 15, 2008.

**RESPECTFULLY SUBMITTED;**

s/ Evelyn Quiñones-Carrasquillo

**DR. EVELYN QUIÑONES CARRASQUILLO**
**USDC-PR 211308**
**1910 CALLE MURCIA  ST. , EXT. LA RAMBLA**
**PONCE, PR 00730**
**TEL. (787) 848-8113**
**FAX (787) 843-6717**
**e-mail: eqclaw@choicecable.net**