PDF Complete. Click Here & Upgrade. Expanded Features Unlimited Pages.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, et al<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, et al<br><br>Defendants | CIVIL NO: 97-2639 (JP) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

   **COMES NOW** the **Municipality of Adjuntas,** by the undersigned and respectfully **AVERS** and **PRAYS :**

1.    The undersigned mistakenly filed "Motion for Reconsideration" docketed "Document Number 525."

2.    We have resubmitted our Motion for Reconsideration document number 526.

**WHEREFORE** it is respectfully requested that this Honorable Court take notice of our mistake and accept Motion for Reconsideration document number 526.

**RESPECTFULLY SUBMITTED;**

s/ Evelyn Quiñones-Carrasquillo

**DR. EVELYN QUIÑONES CARRASQUILLO
USDC-PR 211308
1910 CALLE MURCIA  ST. , EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717**
e-mail: eqclaw@choicecable.net