## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. * | |
| * | |
|    Plaintiffs * | |
| * | Civil No.:   97-2639(JP) |
| vs. * | |
| * | |
| HON. ROBERTO VERA-MONROIG, * | |
| ET ALS. * | |
|    Defendants * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

We received today from one of the plaintiffs a copy of an Ordinance enacted on January 15, 2008, (copy of which is included) by the Municipal Legislature of Adjuntas, specifically Ordinance 12 series 2007-2008 which dispose of the amount of $570,000.00, a superavit that the City of Adjuntas had in the fiscal year that ended June 30, 2007. In this ordinance the City of Adjuntas creates a special fund for administrative expenses. The reason they allege to create this special fund is that the (CRIM) The Municipal Collection Center, has informed that the estimated revenue for 2007-2008 could be less than what was originally estimated in the amount of $470,000.00. In other words the City of Adjuntas had a surplus of $570,000.00 and they want to continue spending the money in what they call administrative expenses, making no economies in order to pay or at least partially pay

the final judgment in the above entitled case.

This is evidence that the City of Adjuntas has money available, at least to pay the amount that was ordered to be paid by March 15, 2008. Considering that they informed the Court at the hearing held in chambers that they had already allocated $250,000.00 and that they could come up with $500,000.00 amount that if added to the surplus of $570,000.00 exceeds the $620,000.00 ordered to be paid by March 15, 2008.

Once again the City of Adjuntas choose not to give the payment of the judgment in this case the priority that by law they have to. (21 Puerto Rico Laws Ann. Sec. 4303)

This is another reason why the motion for reconsideration should be denied.

**WHEREFORE,** we respectfully requested that this Motion BE GRANTED.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney in the above entitled case.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 24th day of January, 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiffs**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com

2