### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. * | |
| * | |
| Plaintiffs * | |
| * | Civil No.:   97-2639(JP) |
| vs. * | |
| * | |
| HON. ROBERTO VERA-MONROIG, * | |
| ET ALS. * | |
| Defendants * | |
| * | |

**************************************************

### MOTION REQUESTING LEAVE TO FILE DOCUMENTS IN SPANISH

**TO THE HONORABLE COURT:**

COMES NOW plaintiffs, through the undersigned counsel, and very respectfully prays, alleges, and states:

1. On this date plaintiffs are filing an informative motion. (docket 529)

2. The aforementioned motion is partly supported by exhibits in the Spanish language.

3. For reason of procedural economy and in order to speed up the proceedings of this case, we respectfully request from this Honorable Court a leave to file all Spanish language documents pertaining to this case without translation, subjecting translation to appellate procedures only.

4. In the alternative, we request a leave to file said exhibits in Spanish pending their subsequent translation in English.

**WHEREFORE**, plaintiffs very respectfully request that Honorable Court grants this motion.

**RESPECTFULLY SUBMITTED**.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in this case.

In Aguadilla, Puerto Rico, this the 24th day of January, 2008.

s/ Israel Roldan Gonzalez
**ISRAEL ROLDAN GONZALEZ**
**U.S.D.C.-P.R.  115602**
**Attorney for Plaintiffs**
**44 Progreso Street**
**Aguadilla, P.R.  00603**
**Tel.  (787) 891-1359**
**Fax (787) 882-5000**
roldangonzalezpr@yahoo.com
