UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. ACEVEDO GARCIZ**<br><br>  Plaintiffs<br><br>vs.<br><br>**HON. ROBERTO VERA-MONROIG,**<br><br>**Defendants** | CILVIL NO: 97-2639 (JP) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

  **COMES NOW, the Municipality of Adjuntas,** and respectfully Avers and Prays as follows.

1.   The undersigned mistakenly filed õMotion for Reconsiderationö docketed õDocument Number 525ö.

2.   We have resubmitted our Motion for Reconsideration document number 526.

**WHEREFORE** it is respectfully requested that this Honorable Court take notice our mistake and accept Motion for Reconsideration document number 526.

  In Ponce Puerto Rico this 24 of January 2008.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the attorneys in the above entitled case.

Respectfully Submitted;

s/ Evelyn Quiñones Carrasquillo
DRA. EVELYN QUIÑONES CARRASQUILLO
U.S.D.C. PR 211308
1910 CALLE MURCIA
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717

Case 3:97-cv-02639-JP    Document 532    Filed 01/27/2008    Page 3 of 3