UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. ACEVEDO GARCIZ**<br><br>  Plaintiffs<br><br>  vs.<br><br>**HON. ROBERTO VERA-MONROIG,**<br><br>  Defendants | CILVIL NO: 97-2639 (JP) |

**MOTION OF COMPLIANCE**

**TO THE HONORABLE COURT:**

**COMES NOW, the Municipality of Adjuntas,** and respectfully avers and prays as follows.

1. On this day, 9th day of February, 2008 the Municipality of Adjuntas has tendered a check for the amount of ten thousand five hundred ninety six dollars and fifty three cents ($10,596.53) to Plaintiff's counsel for distribution. (Check # 026374, Banco Popular de Puerto Rico).

In Ponce Puerto Rico this 9th day of February of 2008

**WHEREFORE** it is respectfully requested that this Honorable Court take Notice of defendant's compliance with the Order issued.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in the above entitled case.

s/ Evelyn Quiñones-Carrasquillo

DRA. EVELYN QUIÑONES CARRASQUILLO
U.S.D.C. PR 211308
1910 CALLE MURCIA
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717