IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. * | |
| * | |
| Plaintiffs * | |
| * | Civil No.:   97-2639(JP) |
| vs. * | |
| * | |
| HON. ROBERTO VERA-MONROIG, * | |
| ET ALS. * | |
| Defendants * | |
| * | |

**************************************************

## MOTION FOR DISBURSEMENT OF FUNDS

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

On January 16, 2008 this Court issued an Order (No. 524) directed to defendants to deposit the amount of $10,596.53 as the outstanding balance from the Court's Partial Judgment entered 2002 (No. 275). Defendants were ordered to deposit the amount of $10,596.53 and the interest at the prevailing rate from the date of the Judgment, March 8, 2002.

Once again defendants fail to faithfully comply with this Court's Order since the amount deposited does not include the interest as ordered by the Court.

In order to accelerate the payment of the amount due to plaintiffs since March 8, 2002 (this is almost 5 years). We respectfully request that this Honorable Court order the

Clerk of the Court to issue twenty separate checks in favor of said plaintiffs as follows:

| Name | Amount |
|---|---|
| Edwin Plaza | $ 529.83 |
| Lilliam Torres | $ 529.83 |
| Iris B. Rivera | $ 529.83 |
| Sonia Bermudez | $ 529.83 |
| Nora E. Ruiz | $ 529.83 |
| Jose Aponte | $ 529.83 |
| Jose A. Rodriguez | $ 529.83 |
| Juan A. Hernandez | $ 529.83 |
| Maria Irizarry | $ 529.83 |
| Miguel Camacho | $ 529.83 |
| Luz M. Ramirez | $ 529.83 |
| Helga Maldonado | $ 529.83 |
| Luis Acevedo | $ 529.83 |
| Isabel Velez | $ 529.82 |
| Jose J. Rosado | $ 529.82 |
| Fermin Diaz | $ 529.82 |
| Luz N. Perez | $ 529.82 |
| Edirudis Ramos | $ 529.82 |
| Flor M. Santiago | $ 529.82 |
| Gabriel Caraballo | $ 529.82 |
| Amount deposit: | $ 10,596.53 |

If any interest are accrued after the deposit is made by plaintiff we respectfully

request that the same be divided in 20 equal shares, 1 part for each of these 20 plaintiffs and that said amount be added to the amount that we are requesting that the checks be issued.

We also respectfully request that this Honorable Court issue an order to the Municipality of Adjuntas to deposit the interest from the date of Judgment, entered March 8, 2002 (No. 275) until the date the same is deposited, on or before February 15, 2008 as it was previously ordered and that they be admonished that failure to comply with this Court's Order will result in the imposition of sanctions as were established in the cited January 16, 2008 order.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 11 day of February 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.   (787) 891-1359**
**Fax.   (787) 891-5000**
roldangonzalezpr@yahoo.com

3