IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | * |
| Plaintiffs | * |
| vs. | * Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | * |
| Defendants | * |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

We were informed that defendant had deposited in Court the amount of $10,596.53 as payment of the outstanding balance of the Judgment entered on March 8, 2002. For this reason we filed a motion for the disbursement of those funds.

The Municipality of Adjuntas has filed a motion informing the court that the amount was sent directly to the subscriber as counsel for plaintiffs and in fact we received today check # 26374 for the amount of $10,596.50. Reason for which our request for disbursement of funds becomes moot.

We reiterate our petition that defendant be ordered to pay the interest that were ordered to be paid on or before February 15, 2008 and that they be admonished that an

order of this Court has to be fully complied with and that failure to do so, will result in the sanctions that were specified int his Court's order.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 12 day of February 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.   (787) 891-1359**
**Fax.   (787) 891-5000**
roldangonzalezpr@yahoo.com