UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. ACEVEDO GARCIZ**<br><br>   **Plaintiffs**<br><br>   **vs.**<br><br>**HON. ROBERTO VERA-MONROIG,**<br><br>**Defendants** | CILVIL NO: 97-2639 (JP) |

## SECOND MOTION OF COMPLIANCE

**TO THE HONORABLE COURT:**

   **COMES NOW, the Municipality of Adjuntas,** and respectfully Avers and Prays as follows.

   1.    On this day, 15^(TH) day of February, 2008 the Municipality of Adjuntas has tendered a check for the amount of three thousand eight hundred and fourteen dollars and twenty five cents ($3,814.25) to Plaintiffs counsel for distribution. (Check # 0264553, Banco Popular de Puerto Rico).

   2.    Said amount is for the interests accrued since the date of Judgment up to the present moment.

   In Ponce Puerto Rico this 15th day of February of 2008.

**WHEREFORE** it is respectfully requested that this Honorable

Court take Notice of defendant⁄s compliance with the Order issued.

**I HEREBY CERTIFY** that on this date, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the attorneys in the above entitled case.


s/ Evelyn Quiñones-Carrasquillo

DRA. EVELYN QUIÑONES CARRASQUILLO
U.S.D.C. PR 211308
1910 CALLE MURCIA
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717