UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. ACEVEDO GARCIA**<br><br>Plaintiffs<br><br>vs.<br><br>**HON. ROBERTO VERA-MONROIG,**<br><br>Defendants | CILVIL NO: 97-2639 (JP) |

## MOTION OF COMPLIANCE

**TO THE HONORABLE COURT:**

**COMES NOW, the Municipality of Adjuntas,** and respectfully Avers and Prays as follows.

1. On March 14th of 2008, the Municipality of Adjuntas consigned a check for the amount of $420,000.00 at the Clerk's office.

2. On the 17th of the appearing party will file its financial plan with the Court and to Plaintiffs' counsel.

**In Ponce Puerto Rico this 15th day of March of 2008.**

**WHEREFORE** it is respectfully requested that this Honorable Court take Notice of defendant's compliance with the Order issued.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in the above entitled case.

s/ Evelyn Quiñones-Carrasquillo

DRA. EVELYN QUIÑONES CARRASQUILLO
U.S.D.C. PR 211308
1910 CALLE MURCIA
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717
E-mail: eqclaw@chocicecable.net