UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIZ<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG,<br><br>Defendants | CILVIL NO: 97-2639 (JP) |

## SECOND MOTION OF COMPLIANCE

**TO THE HONORABLE COURT:**

**COMES NOW, the Municipality of Adjuntas,** and respectfully Avers and Prays as follows.

1. On this day, March 17, 2008, the Municipality of Adjuntas, is filing its Financial Plan for financing the final judgment.

In Ponce Puerto Rico this 17th day of March of 2008.

**WHEREFORE** it is respectfully requested that this Honorable Court take Notice of defendant's compliance with the Order issued.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in the above entitled case.

s/ Evelyn Quiñones-Carrasquillo

**DRA. EVELYN QUIÑONES CARRASQUILLO**
**U.S.D.C. PR 211308**
1910 CALLE MURCIA
EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717
Cel: 787-553-2113
E-mail:eqclaw@choicecable.net