### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. * <br> * <br>     Plaintiffs              * <br> * <br> vs.                           * <br> * <br> HON. ROBERTO VERA-MONROIG,  * <br> ET ALS.                     * <br>     Defendants         * <br> * | Civil No.:   97-2639(JP) |

**************************************************

### MOTION

**TO THE HONORABLE COURT:**

    **COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

    This morning we filed a motion requesting various remedies against defendants. One of this was that sanctions be imposed because they failed to pay the interest accrued in an amount that was still outstanding from the March 8, 2002 Judgment.

    Today at 1:00 p.m. we received the check paying those interest, reason for which that part of our motion becomes moot.

    **WHEREFORE,** we respectfully requested that this Honorable Court rule on our other three petitions.

    **I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

    **RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 18   day of March 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. 891-1359Fax. 891-5000**
**roldangonzalezpr@yahoo.com**