**Municipality of Adjuntas**

**Proposed Payment Plan**

**Civil Case Number 97-2639 (JP)**

**Luis Acevedo García, et als. v. Municipio de Adjuntas. et als.**

**Sum of Final Judgment - $12,500,000.00**

- First Payment-                    $615,000.00 (source: loan obtained from the Governmental Development Bank (GDB).

- Second Payment-        $420,000.00; on or before March 15, 2008. (Availability of funds resulting from internal budget accounts transfers).

- Third payment-                    $200,000.00; on or before May 15, 2008. (Source: appropriation of funds in Municipal General Budget).

**Outstanding sum of the Final Judgment- $11,265,000.00**

**PROPOSED PAYMENT PLAN FOR THE OUTSTANDING SUM OF FINAL JUDGMENT:**

Payment for future fiscal years:

- **FY 2008-2009- $620,000. Source:** Appropriation of funds in Municipal General Budget. Budget for fiscal year 2008-2009, has a limitation imposed by Law, (21 LPRA §4359) of 50% of the total

1

appropriations and expenditures. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be scheduled to be disbursed on or before May 15, 2009.

**Estimated Balance = $10,645,000.**

- **FY 2009-2010- $620,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $310,000 on or before October 15, 2009, and $310,000 on or before May 15, 2010.

  **Estimated Balance = $10,025,000.**

**Note:** The Municipality of Adjuntas will request the Department of Justice, once again, full payment of the outstanding sum of the final judgment, pursuant to the PR Law 9 provisions. The Municipal administration will present a formal reimbursement plan to the Commonwealth government. It is important to mention that more seventy percent (70%) of Adjuntas

2010, and $310,000 on or before May 15, 2011. We estimate that for FY 2010-2011, the Municipality might be able to get a loan in the amount of $250,000, through a general obligation issue with GDB, according to Municipal Financing Law provisions (21 LPRA § 6001 et. seq.). Under this scenario, payment for fiscal year 2010-2011 will be approximately $870,000.

**Estimated Balance = $9,155,000.**

- **FY 2011-2012- $650,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $325,000 on or before October 15, 2011, and $325,000 on or before May 15, 2012.

  **Estimated Balance = $8,505,000.**

- **FY 2012-2013- $650,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $325,000 on or before October 15, 2012, and $325,000 on or before May 15, 2013.

  **Estimated Balance = $7,855,000.**

- **FY 2013-2014- $650,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization of municipal Legislative Body. Payment will be divided in two disbursements; $325,000 on or before October 15, 2013, and $325,000 on or before May 15, 2014.

3

**Estimated Balance = <u>$7,205,000.</u>**

- **FY 2014-2015- $650,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $325,000 on or before October 15, 2014, and $325,000 on or before May 15, 2015.

  **Estimated Balance = <u>$6,555,000.</u>**

- **FY 2015-2016- $650,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $325,000 on or before October 15, 2015, and $325,000 on or before May 15, 2016. We estimate that for FY 2015-2016, the Municipality might be able to get a loan in the amount of $200,000, through a general obligation issue with GDB. Under this scenario, payment for fiscal year 2015-2016 will be approximately $850,000.

  **Estimated Balance = <u>$5,705,000.</u>**

- **FY 2016-2017- $700,000. Source:** appropriation of funds in municipal general budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $350,000 on or before October 15, 2016, and $350,000 on or before May 15, 2017.

  **Estimated Balance = <u>$5,005,000.</u>**

- **FY 2017-2018- $725,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $362,500 on or before October 15, 2017, and $362,500 on or before May 15, 2018.

  **Estimated Balance = $4,280,000.**

- **FY 2018-2019- $750,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $375,000 on or before October 15, 2018, and $375,000 on or before May 15, 2019.

  **Estimated Balance = $3,530,000.**

- **FY 2019-2020- $775,000. Source:** appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $387,500 on or before October 15, 2019, and $387,500 on or before May 15, 2020.

  **Estimated Balance = $2,755,000.**

- **FY 2020-2021- $800,000. Source:** appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization by the Municipal Legislative Body. Payment will be divided into two disbursements; $400,000 on or before October 15, 2020, and $400,000 on or before May 15, 2021.

  **Estimated Balance = $1,955,000.**

- **FY 2021-2022- $800,000. Source:** Appropriation of funds in Municipal General Budget. Budget amount is subject to the authorization of municipal Legislative Body. Payment will be divided in two disbursements; $400,000 on or before October 15, 2021, and $400,000 on or before May 15, 2022.

  **Estimated Balance = <u>$1,155,000.</u>**

- **FY 2022-2023- $1,155,000. Source:** Appropriation of $800,000 in Municipal General Budget and, $355,000 obtained from a loan of a general obligation issue with GDB. Budget amount is subject to the authorization by the Municipal Legislative Body. Full and final payment will be disbursed on or before October 15, 2023.

  **Estimated Balance = $ 0.**

---

Presented and signed by:

Hon. Jaime H. Barlucea Maldonado

Mayor


Jorge I. Quiles Feliciano

Director of Finances