IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO-GARCIA, et al.<br><br>    Plaintiffs<br><br>    v.<br><br>HON. ROBERTO VERA-MONROIG, et al.<br><br>    Defendants | CIVIL NO. 97-2639 (JP) |

**ORDER FOR DISBURSEMENT OF FUNDS**

Before the Court is Plaintiffs' motion (**No. 558**) for disbursement of funds. The Court **GRANTS** Plaintiffs' motion and **ORDERS** the Clerk of the Court to disburse the following:

1) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Anel Acosta-Meléndez;

2) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José A. Alvarado-González;

3) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José E. Aponte-Soto;

CIVIL NO. 97-2639 (JP)        -2-

4) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Juan de Jesús Aponte-Soto;

5) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Agustina Arce-Rosado;

6) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Clara Ayala-Sotomayor;

7) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José D. Betancourt-Ortiz;

8) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Juan A. Brebán-Caraballo;

9) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**,

CIVIL NO. 97-2639 (JP)           -3-

>    plus any interest accumulated, made payable to the order of Obed D. Cintrón-González;
>
> 10) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Iván Castro-Jiménez;
>
> 11) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Aurora Cabán-Maldonado;
>
> 12) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Héctor Camacho-Alicea;
>
> 13) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Domingo Caraballo-Ortiz;
>
> 14) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Brunilda Caraballo-Ramos;

CIVIL NO. 97-2639 (JP)          -4-

15) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Luis Castro-Ruiz;

16) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Miguel A. Castro-Ruiz;

17) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of David Cruz-Irizarry;

18) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Gladys Delgado-Pérez;

19) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Nelly I. Echevarría-Pérez;

20) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**,

CIVIL NO. 97-2639 (JP)          -5-

> plus any interest accumulated, made payable to the order of Wanda I. Estronza-Martínez;
>
> 21) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Angel A. Estronza-Vélez;
>
> 22) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Héctor L. Fillipetti-Santiago;
>
> 23) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José A. García-Quiles;
>
> 24) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Juanita González-Vélez;
>
> 25) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Antonio González-Altoro;

CIVIL NO. 97-2639 (JP)          -6-

26) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Jacqueline González-Vélez;

27) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Nora E. López-Maldonado;

28) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Héctor L. Madera-López;

29) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Luis N. Madera-López;

30) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Blanca I. Maldonado;

31) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**,

CIVIL NO. 97-2639 (JP)          -7-

> plus any interest accumulated, made payable to the order of Aurea Martínez-Pérez;
>
> 32) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Angel Munnet-Echevarría;
>
> 33) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Jesús Nolasco-Vélez;
>
> 34) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Antonio Ortiz-de Jesús;
>
> 35) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Miguel Ostolaza-Miró;
>
> 36) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Migdalia Pagán-Reyes;

CIVIL NO. 97-2639 (JP)          -8-

37) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José E. Plaza-Rosado;

38) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Luis Plaza-García;

39) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Janisse Plaza-Ruiz;

40) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Oscar Quiñones-Salcedo;

41) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Miguel A. Rivera;

42) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**,

CIVIL NO. 97-2639 (JP)          -9-

      plus any interest accumulated, made payable to the order of Luz M. Rivera-Santiago;

43) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Harry Rivera-Torres;

44) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Javier Rivera-Vega;

45) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Arístides Rodríguez-Quiles;

46) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Harry Rodríguez-Torres;

47) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José Rodríguez-Vega;

CIVIL NO. 97-2639 (JP)          -10-

48) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Maribel Rodríguez-Vega;

49) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Elba I. Román-Luciano;

50) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José A. Román-Torres;

51) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Nilda E. Rosario;

52) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Rubén Salcedo-Rodríguez;

53) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**,

CIVIL NO. 97-2639 (JP)         -11-

>       plus any interest accumulated, made payable to the order of Miguel Santana-Pérez;
> 54)   One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of José Santiago-Rodríguez;
> 55)   One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Wanda Torres-Laracuente;
> 56)   One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Awilda Torres-Natal;
> 57)   One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Lilliam Torres-Natal;
> 58)   One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Vilma Torres-Rivera;

CIVIL NO. 97-2639 (JP)          -12-

59) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Norma Vázquez-de Zayas;

60) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Elizabeth Vélez-Caraballo;

61) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Edwin R. Vélez-Plaza; and

62) One check in the amount of **Six Thousand Seven Hundred Seventy Four Dollars and Nineteen Cents ($6,774.19.00)**, plus any interest accumulated, made payable to the order of Marta Zayas-Vázquez.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of March, 2008.

                                                  s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE