IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | |
| Plaintiffs | |
| vs. | Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | |
| Defendants | |

## MOTION FOR DISBURSEMENT OF FUNDS

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

In compliance with this Court's Order (546), defendants deposited the amount of $200,000.00 as partial payment of the outstanding Judgment.

We respectfully request that this Honorable Court order the Clerk of the Court to issue sixty two separate checks in favor of plaintiffs as follows:

| | | |
|---|---|---|
| 1. | Anel Acosta Meléndez | 3,225.81 |
| 2. | José A. Alvarado González | 3,225.81 |
| 3. | José E. Aponte Soto | 3,225.81 |
| 4. | Juan de Jesús Aponte Soto | 3,225.81 |
| 5. | Agustina Arce Rosado | 3,225.81 |

| | | |
|---|---|---|
| 6. | Clara Ayala Sotomayor | 3,225.81 |
| 7. | José D. Betancourt Ortiz | 3,225.81 |
| 8. | Juan A. Brebán Caraballo | 3,225.81 |
| 9. | Obed D. Cintrón González | 3,225.81 |
| 10. | Iván Castro Jiménez | 3,225.81 |
| 11. | Aurora Cabán Maldonado | 3,225.81 |
| 12. | Héctor Camacho Alicea | 3,225.81 |
| 13. | Domingo Caraballo Ortiz | 3,225.81 |
| 14. | Brunilda Caraballo Ramos | 3,225.81 |
| 15. | Luis Castro Ruiz | 3,225.81 |
| 16. | Miguel A. Castro Ruiz | 3,225.81 |
| 17. | David Cruz Irizarry | 3,225.81 |
| 18. | Gladys Delgado Pérez | 3,225.81 |
| 19. | Nelly I. Echevarría Pérez | 3,225.81 |
| 20. | Wanda I. Estronza Martínez | 3,225.81 |
| 21. | Angel A. Estronza Vélez | 3,225.81 |
| 22. | Héctor L. Fillipetti Santiago | 3,225.81 |
| 23. | José A. García Quiles | 3,225.81 |
| 24. | Juanita González Acevedo | 3,225.81 |
| 25. | Antonio González Altoro | 3,225.81 |
| 26. | Jacqueline González Vélez | 3,225.81 |
| 27. | Nora E. López Maldonado | 3,225.81 |
| 28. | Héctor L. Madera López | 3,225.81 |

| | | |
|---|---|---|
| 29. | Luis N. Madera López | 3,225.81 |
| 30. | Blanca I. Maldonado | 3,225.81 |
| 31. | Aurea Martínez Pérez | 3,225.81 |
| 32. | Angel Munnet Echevarría | 3,225.81 |
| 33. | Jesús Nolasco Vélez | 3,225.81 |
| 34. | Antonio Ortiz De Jesús | 3,225.81 |
| 35. | Miguel Ostolaza Miro | 3,225.81 |
| 36. | Migdalia Pagán Reyes | 3,225.81 |
| 37. | José E. Plaza Rosado | 3,225.81 |
| 38. | Luis Plaza García | 3,225.81 |
| 39. | Janisse Plaza Ruiz | 3,225.81 |
| 40. | Oscar Quiñones Salcedo | 3,225.81 |
| 41. | Miguel A. Rivera | 3,225.80 |
| 42. | Luz M. Rivera Santiago | 3,225.80 |
| 43. | Harry Rivera Torres | 3,225.80 |
| 44. | Javier Rivera Vega | 3,225.80 |
| 45. | Arístides Rodríguez Quiles | 3,225.80 |
| 46. | Harry Rodríguez Torres | 3,225.80 |
| 47. | José Rodríguez Vega | 3,225.80 |
| 48. | Maribel Rodríguez Vega | 3,225.80 |
| 49. | Elba I. Román Luciano | 3,225.80 |
| 50. | José A. Román Torres | 3,225.80 |
| 51. | Nilda E. Rosario | 3,225.80 |

| | | |
|---|---|---|
| 52. | Rubén Salcedo Rodríguez | 3,225.80 |
| 53. | Miguel Santana Pérez | 3,225.80 |
| 54. | José Santiago Rodríguez | 3,225.80 |
| 55. | Wanda Torres Laracuente | 3,225.80 |
| 56. | Awilda Torres Natal | 3,225.80 |
| 57. | Lilliam Torres Natal | 3,225.80 |
| 58. | Vilma Torres Rivera | 3,225.80 |
| 59. | Norma Vázquez De Zayas | 3,225.80 |
| 60. | Elizabeth Vélez Caraballo | 3,225.80 |
| 61. | Edwin R. Vélez Plaza | 3,225.80 |
| 62. | Marta Zayas Vázquez | 3,225.80 |
| Amount deposit: | | $ 200,000.00 |

If any interest are accrued after the deposit is made by plaintiff we respectfully request that the same be divided in 62 equal shares, 1 part for each of these 62 plaintiffs and that said amount be added to the amount that we are requesting that the checks be issued.

**WHEREFORE,** It is respectfully requested that this motion **BE GRANTED**.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 16 day of May 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel.   (787) 891-1359**
**Fax.   (787) 891-5000**
**roldangonzalezpr@yahoo.com**