# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, et al<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, et al<br><br>Defendants | CIVIL NO: 97-2639 (JP) |

## MOTION IN COMPLIANCE

**TO THE HONORABLE COURT:**

   **COMES NOW** the defendant, **the Municipality of Adjuntas,** by the undersigned and respectfully **AVERS** and **PRAYS**  :

1.   Pursuant to the Order of this Honorable Court, the appearing party consigned the remaining amount due of $200,000.00, on May 15th 2008.

**WHEREFORE** it is respectfully requested that this Honorable Court take notice of the aforementioned.

**RESPECTFULLY SUBMITTED;**

s/ Evelyn Quiñones-Carrasquillo

**DR. EVELYN QUIÑONES CARRASQUILLO**
**USDC-PR 211308**
**1910 CALLE MURCIA  ST. , EXT. LA RAMBLA**
**PONCE, PR 00730**
**TEL. (787) 848-8113**
**FAX (787) 843-6717**
**e-mail: eqclaw@choicecable.net**