IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. ACEVEDO-GARCIA, et al.,

      Plaintiffs

         v.

HON. ROBERTO VERA-MONROIG, et al.,

      Defendants

CIVIL NO. 97-2639 (JP)

## ORDER FOR DISBURSEMENT OF FUNDS

Before the Court is Plaintiffs' motion (**No. 564**) for disbursement of funds. The Court **GRANTS** Plaintiffs' motion and **ORDERS** the Clerk of the Court to disburse the following:

1) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Anel Acosta-Meléndez;

2) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José A. Alvarado-González;

3) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José E. Aponte-Soto;

CIVIL NO. 97-2639 (JP)          -2-

4)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Juan de Jesús Aponte-Soto;

5)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Agustina Arce-Rosado;

6)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Clara Ayala-Sotomayor;

7)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José D. Betancourt-Ortiz;

8)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Juan A. Brebán-Caraballo;

9)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus

CIVIL NO. 97-2639 (JP)          -3-

any interest accumulated, made payable to the order of
Obed D. Cintrón-González;

10) One check in the amount of **Thee Thousand Two Hundred
Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus
any interest accumulated, made payable to the order of
Iván Castro-Jiménez;

11) One check in the amount of **Thee Thousand Two Hundred
Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus
any interest accumulated, made payable to the order of
Aurora Cabán-Maldonado;

12) One check in the amount of **Thee Thousand Two Hundred
Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus
any interest accumulated, made payable to the order of
Héctor Camacho-Alicea;

13) One check in the amount of **Thee Thousand Two Hundred
Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus
any interest accumulated, made payable to the order of
Domingo Caraballo-Ortiz;

14) One check in the amount of **Thee Thousand Two Hundred
Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus
any interest accumulated, made payable to the order of
Brunilda Caraballo-Ramos;

CIVIL NO. 97-2639 (JP)          -4-

15) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Luis Castro-Ruiz;

16) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Miguel A. Castro-Ruiz;

17) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of David Cruz-Irizarry;

18) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Gladys Delgado-Pérez;

19) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Nelly I. Echevarría-Pérez;

20) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus

CIVIL NO. 97-2639 (JP)          -5-

        any interest accumulated, made payable to the order of Wanda I. Estronza-Martínez;

21)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Angel A. Estronza-Vélez;

22)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Héctor L. Fillipetti-Santiago;

23)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José A. García-Quiles;

24)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Juanita González-Vélez;

25)   One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Antonio González-Altoro;

CIVIL NO. 97-2639 (JP)            -6-

26) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Jacqueline González-Vélez;

27) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Nora E. López-Maldonado;

28) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Héctor L. Madera-López;

29) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Luis N. Madera-López;

30) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Blanca I. Maldonado;

31) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus

CIVIL NO. 97-2639 (JP)          -7-

any interest accumulated, made payable to the order of Aurea Martínez-Pérez;

32) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Angel Munnet-Echevarría;

33) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Jesús Nolasco-Vélez;

34) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Antonio Ortiz-de Jesús;

35) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Miguel Ostolaza-Miró;

36) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Migdalia Pagán-Reyes;

CIVIL NO. 97-2639 (JP)          -8-

37)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José E. Plaza-Rosado;

38)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Luis Plaza-García;

39)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Janisse Plaza-Ruiz;

40)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Oscar Quiñones-Salcedo;

41)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Miguel A. Rivera;

42)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any

CIVIL NO. 97-2639 (JP)          -9-

interest accumulated, made payable to the order of Luz M. Rivera-Santiago;

43) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Harry Rivera-Torres;

44) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Javier Rivera-Vega;

45) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Arístides Rodríguez-Quiles;

46) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Harry Rodríguez-Torres;

47) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of José Rodríguez-Vega;

CIVIL NO. 97-2639 (JP)          -10-

48)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Maribel Rodríguez-Vega;

49)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Elba I. Román-Luciano;

50)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of José A. Román-Torres;

51)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Nilda E. Rosario;

52)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Rubén Salcedo-Rodríguez;

53)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any

CIVIL NO. 97-2639 (JP)            -11-

interest accumulated, made payable to the order of Miguel Santana-Pérez;

54) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of José Santiago-Rodríguez;

55) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Wanda Torres-Laracuente;

56) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Awilda Torres-Natal;

57) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Lilliam Torres-Natal;

58) One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Vilma Torres-Rivera;

CIVIL NO. 97-2639 (JP)          -12-

59)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Norma Vázquez-de Zayas;

60)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Elizabeth Vélez-Caraballo;

61)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Edwin R. Vélez-Plaza; and

62)  One check in the amount of **Thee Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Marta Zayas-Vázquez.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of June, 2008.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE
