IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS.<br><br>   Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG, ET ALS.<br>   Defendants | Civil No.:   97-2639(JP) |

**MOTION**

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

We respectfully request from this Honorable Court to correct its order for Disbursement of Funds(567) as to the name of plaintiff #24 which states Juanita González-Vélez when the correct name is Juanita González-Acevedo.

**WHEREFORE,** we respectfully requested that this Honorable Court take notice of the above.

   **I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 11 day of June 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiff**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. 891-1359Fax. 891-5000**
**roldangonzalezpr@yahoo.com**