IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO-GARCIA, et al.,<br><br>　　　　Plaintiffs<br><br>　　　　v.<br><br>HON. ROBERTO VERA-MONROIG, et al.,<br><br>　　　　Defendants | CIVIL NO. 97-2639 (JP) |

### **AMENDED ORDER FOR DISBURSEMENT OF FUNDS**

**This Order amends the Court's prior order for disbursement of funds (No. 567) only to correctly state the name of Plaintiff No. 24 as Juanita González-Acevedo, not Juanita González-Vélez.**

Before the Court is Plaintiffs' motion (**No. 564**) for disbursement of funds.  The Court **GRANTS** Plaintiffs' motion and **ORDERS** the Clerk of the Court to disburse the following:

1)  One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Anel Acosta-Meléndez;

2)  One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José A. Alvarado-González;

CIVIL NO. 97-2639 (JP)          -2-

3) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of José E. Aponte-Soto;

4) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Juan de Jesús Aponte-Soto;

5) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Agustina Arce-Rosado;

6) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Clara Ayala-Sotomayor;

7) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of José D. Betancourt-Ortiz;

8) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus

CIVIL NO. 97-2639 (JP)              -3-

    any interest accumulated, made payable to the order of Juan A. Brebán-Caraballo;

9) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Obed D. Cintrón-González;

10) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Iván Castro-Jiménez;

11) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Aurora Cabán-Maldonado;

12) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Héctor Camacho-Alicea;

13) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Domingo Caraballo-Ortiz;

CIVIL NO. 97-2639 (JP)            -4-

14) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Brunilda Caraballo-Ramos;

15) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Luis Castro-Ruiz;

16) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Miguel A. Castro-Ruiz;

17) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of David Cruz-Irizarry;

18) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Gladys Delgado-Pérez;

19) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus

CIVIL NO. 97-2639 (JP)          -5-

> any interest accumulated, made payable to the order of Nelly I. Echevarría-Pérez;
>
> 20) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Wanda I. Estronza-Martínez;
>
> 21) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Angel A. Estronza-Vélez;
>
> 22) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Héctor L. Fillipetti-Santiago;
>
> 23) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of José A. García-Quiles;
>
> 24) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Juanita González-Acevedo;

CIVIL NO. 97-2639 (JP)         -6-

25) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Antonio González-Altoro;

26) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Jacqueline González-Vélez;

27) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Nora E. López-Maldonado;

28) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Héctor L. Madera-López;

29) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Luis N. Madera-López;

30) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus

CIVIL NO. 97-2639 (JP)          -7-

      any interest accumulated, made payable to the order of Blanca I. Maldonado;

31) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Aurea Martínez-Pérez;

32) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Angel Munnet-Echevarría;

33) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Jesús Nolasco-Vélez;

34) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Antonio Ortiz-de Jesús;

35) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81),** plus any interest accumulated, made payable to the order of Miguel Ostolaza-Miró;

CIVIL NO. 97-2639 (JP)            -8-

36) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Migdalia Pagán-Reyes;

37) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of José E. Plaza-Rosado;

38) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Luis Plaza-García;

39) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Janisse Plaza-Ruiz;

40) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty-One Cents ($3,225.81)**, plus any interest accumulated, made payable to the order of Oscar Quiñones-Salcedo;

41) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80)**, plus any

CIVIL NO. 97-2639 (JP)             -9-

> interest accumulated, made payable to the order of Miguel A. Rivera;
>
> 42) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Luz M. Rivera-Santiago;
>
> 43) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Harry Rivera-Torres;
>
> 44) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Javier Rivera-Vega;
>
> 45) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Arístides Rodríguez-Quiles;
>
> 46) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Harry Rodríguez-Torres;

CIVIL NO. 97-2639 (JP)          -10-

47) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of José Rodríguez-Vega;

48) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Maribel Rodríguez-Vega;

49) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Elba I. Román-Luciano;

50) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of José A. Román-Torres;

51) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Nilda E. Rosario;

52) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any

CIVIL NO. 97-2639 (JP)          -11-

> interest accumulated, made payable to the order of Rubén Salcedo-Rodríguez;
>
> 53) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Miguel Santana-Pérez;
>
> 54) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of José Santiago-Rodríguez;
>
> 55) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Wanda Torres-Laracuente;
>
> 56) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Awilda Torres-Natal;
>
> 57) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Lilliam Torres-Natal;

CIVIL NO. 97-2639 (JP)          -12-

58) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Vilma Torres-Rivera;

59) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Norma Vázquez-de Zayas;

60) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Elizabeth Vélez-Caraballo;

61) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any interest accumulated, made payable to the order of Edwin R. Vélez-Plaza; and

62) One check in the amount of **Three Thousand Two Hundred Twenty Five Dollars and Eighty Cents ($3,225.80),** plus any

CIVIL NO. 97-2639 (JP)             -13-

>    interest accumulated, made payable to the order of Marta Zayas-Vázquez.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of June, 2008.

                                                               s/Jaime Pieras, Jr.
                                                                  JAIME PIERAS, JR.
                                                         U.S. SENIOR DISTRICT JUDGE