IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA, ET ALS. | |
| Plaintiffs | |
| vs. | Civil No.: 97-2639(JP) |
| HON. ROBERTO VERA-MONROIG, ET ALS. | |
| Defendants | |

## MOTION REQUESTING ORDER

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorney, who very respectfully states and prays as follows:

We received today several calls from plaintiffs in which they inform the subscriber that the Mayor of Adjuntas, Hon. Jaime Barlucea has publicly stated at a political meeting the he does not have to comply with the order issued by this Honorable Court on August 29, 2008 (docket 576). Allegedly he also stated that he had called the Court and that he was instructed to file a motion stating that he could not comply with the order because he didn't have the funds available and that said motion will be granted.

We know that these allegations by the Mayor are not true and that probably they are part of the political process that we are going through. The fact still remains that these comments by the Mayor puts us in a delicate and difficult position because plaintiffs and the mayor are affiliated to the same political party and the mayor is alleging his supposed friendship with the Judge in order to state the he will be excused form complying with this

Court's Order.

This is creating a serious problem of credibility and trust between plaintiffs and the subscriber. Reason for which we respectfully request that an order be issued to the Mayor of Adjuntas and if this court deems it proper to all the parties to refrain form making public statements about the above entitled case and that the parties circumscribe themselves to making whatever allegation that has to be made through the filing of motion in accordance to the Rules of Civil Procedure.

**WHEREFORE,** we respectfully requested that this Motion BE GRANTED.

**I hereby certify** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney in the above entitled case.

**RESPECTFULLY SUBMITTED.**

In Aguadilla, Puerto Rico, this 8th of September, 2008.

*s/ Israel Roldán González*
**ISRAEL ROLDAN GONZALEZ**
**USDC-P.R. 115602**
**Attorney for Plaintiffs**
**44 Progreso Street**
**Aguadilla, Puerto Rico 00603**
**Tel. (787) 891-1359 Fax.(787) 891-5000**
roldangonzalezpr@yahoo.com