UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS A. ACEVEDO GARCIA, et al.,**<br><br>Plaintiffs<br><br>vs.<br><br>**HON. ROBERTO VERA-MONROIG, et al.,**<br><br>**Defendants** | CILVIL NO: 97-2639 (JP) |

**OPPOSITION TO "MOTION REQUESTING ORDER"**

**TO THE HONORABLE COURT:**

**COMES NOW, the Municipality of Adjuntas,** and in reply to Plaintiffs' allegations respectfully avers and prays as follows.

I.   The undersigned must react to the comments and allegations made by plaintiffs' counsel in the "Motion Requesting Order" filed on the 8th of September, 2008.

2.   In a prior motion filed by plaintiffs' counsel and opposed on June 30th, 2008, he proffered that the "Mayor of Adjuntas, is under the impression that this court will not enforce the payment and that the only thing that he has to do is make the partial payments that he proposed when he filed his payment plan".

3.   Those comments are not true. The Mayor has been complying with the orders of this Honorable Court even though many municipal services and public activities are being curtailed. He has also knocked on every possible door with no positive results.

4. Now plaintiffs' counsel has gone too far. Knowing that the appearing party must ask for reconsideration of the Order for the reasons that follow, he is attempting to set the stage and intentionally trying to mislead this Honorable Court.

5. Plaintiffs' counsel indicates that he received several calls from plaintiffs in which they informed him that the appearing party, by its Mayor, had publicly stated at a political meeting that he does not have to comply with the order issued by this Honorable Court on August 29, 2008. Additionally, they allege that the appearing party, by its Mayor, called the Court and that he was instructed to file a motion stating that he could not comply with the order because he did not have the funds and that said motion would be granted.

6. Counsel here indicates that "We know that these allegations by the Mayor are not true and that probably they are part of the political process that **WE** are going through". Who is "**WE**"?; the plaintiffs, counsel, the appearing party, by its Mayor or all of the aforementioned?

7. The Municipality of Adjuntas, by its Mayor, emphatically denies that it has made the statements it is being unjustly accused of and that the same are not only false but intentionally and maliciously set out.

8. We must agree that there is an ongoing electoral process. Plaintiffs are voters and **they** may have hidden agendas that they are promoting. We are relying on counsel's word and ethics that he is not part of the scheme to defame.

9. We take issue with the statement that "The **fact** still remains that these comments… puts us in a delicate and difficult position because plaintiffs and the mayor are affiliated to the same political party…" This is not a fact! These are allegations and when money is involved people tend to forget their political loyalties and affiliations!

**WHEREFORE** it is respectfully requested that this Honorable Court Deny the request to emit an Order for the Mayor of Adjuntas to refrain from making public statements about the above entitled case since the accusations are false and ill intended.

**RESPECTFULLY SUBMITTED:**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in the above entitled case.

In Ponce, Puerto Rico on this 10th day of September 2008.

s/Evelyn Quiñones-Carrassquillo

Dr. EVELYN QUIÑONES CARRASQUILLO
USDC-PR 211308
1910 CALLE MURCIA, EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717
E-mail: eqclaw@chociecable.net