UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. ACEVEDO GARCIA<br><br>Plaintiffs<br><br>vs.<br><br>HON. ROBERTO VERA-MONROIG,<br><br>Defendants | CILVIL NO: 97-2639 (JP) |

REPLY TO

"MOTION REQUESTING THAT DEFENDANT BE FOUND IN CONTEMPT."

**TO THE HONORABLE COURT:**

**COMES NOW, the Municipality of Adjuntas,** and in reply to Plaintiffs' averments respectfully avers and prays as follows.

I.   The content of plaintiffs' counsel "Motion Requesting that Defendant be Found in Contempt" is blatantly misleading this Honorable Court.

2.   Counsel is claiming and we quote "The time granted to defendants by this Honorable Court has elapsed without its compliance or **even with a reaction for the record**". (Emphasis ours)

3.   The appearing party filed its "Motion for Reconsideration" on, September 10, 2008, at 10:09 pm. (docket Number 579).

4.      At this juncture, plaintiffs' counsel's accusations that the Mayor of Adjuntas is playing politics and lying about what his obligations as mayor are, do not merit any other response.

**In Ponce Puerto Rico this 18th day of September 2008.**

**WHEREFORE** it is respectfully requested that this Honorable Court take Notice of the appearing party's "Motion for Reconsideration" and that the extreme measures requested be **DENIED**.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in the above entitled case.

Respectfully Submitted:

s/Evelyn Quiñones-Carrassquillo

EVELYN QUIÑONES CARRASQUILLO
USDC-PR 211308
1910 CALLE MURCIA, EXT. LA RAMBLA
PONCE, PR 00730
TEL. (787) 848-8113
FAX (787) 843-6717
E-mail: eqclaw@chociecable.net